# EXHIBIT A

# EXHIBIT A

*Universal City Studios Productions LLLP, et al. v. Dwayne Anthony Johnson d/b/a Quality Restreams and AllAccessTV*, *et al*.

Representative List of Copyrighted Works

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Fast & Furious Presents: Hobbs & Shaw | Universal City Studios Productions LLLP | PA 2-192-296 | July 31, 2019 |
| The Invisible Man | Universal City Studios Productions LLLP | PA 2-230-559 | February 26, 2020 |
| Identity Thief | Universal City Studios Productions LLLP | PA 1-833-795 | February 8, 2013 |
| Jason Bourne | Universal City Studios Productions LLLP | PA 2-002-679 | August 8, 2016 |
| Jurassic World | Universal City Studios Productions LLLP and Amblin Entertainment LLC | PA 1-946-359 | June 10, 2015 |
| Jurassic World: Fallen Kingdom | Universal City Studios Productions LLLP and Amblin Entertainment, Inc. | PA 2-146-543 | June 19, 2018 |
| The Secret Life of Pets | Universal City Studios Productions LLLP | PA 1-992-458 | June 24, 2016 |
| Split | Universal City Studios Productions LLLP | PA 2-021-437 | February 3, 2017 |
| The Office (Season 4, Episode 13) | Universal Network Television LLC and NBC Studios, Inc. | PA 1-627-229 | May 7, 2008 |
| Trolls World Tour | DreamWorks Animation L.L.C. | PA 2-259-027 | March 12, 2020 |
| Back to the Future | Universal City Studios, Inc. | PA 266-708 | October 15, 1985 |
| Knocked Up | Universal City Studios LLLP | PA 1-375-523 | May 31, 2007 |
| Toy Story 3 | Disney Enterprises, Inc. | PA 1-688-323 | July 19, 2010 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Wreck-It Ralph | Disney Enterprises, Inc. | PA 1-814-870 | November 13, 2012 |
| Black-ish (Season 2, Episode 1) | Disney Enterprises, Inc. | PA 1-967-854 | October 23, 2015 |
| How to Get Away with Murder (Season 1, Episode 2) | Disney Enterprises, Inc. | PA 1-927-414 | October 17, 2014 |
| Da 5 Bloods | Netflix US, LLC | PA 2-259-842 | July 30, 2020 |
| Eurovision Song Contest: The Story of Fire Saga | Netflix US, LLC | PA 2-261-556 | August 6, 2020 |
| Indecent Proposal | Paramount Pictures Corp. | PA 610-723 | May 7, 1993 |
| Jack Reacher | Paramount Pictures Corp. | PA 1-817-771 | December 21, 2012 |
| A Quiet Place | Paramount Pictures Corp. | PA 2-090-823 | April 6, 2018 |
| The Godfather | Paramount Pictures Corp. | LP 40553 | February 23, 1972 |
| Mission: Impossible - Rogue Nation | Paramount Pictures Corp. | PA 1-951-538 | July 30, 2015 |
| Coming to America | Paramount Pictures Corp. | PA 376-420 | July 12, 1988 |
| Grease | Paramount Pictures Corp. | PA 16-189 | October 20, 1978 |
| Star Trek: Into Darkness | Paramount Pictures Corp. | PA 1-837-943 | May 9, 2013 |
| Mean Girls | Paramount Pictures Corp. | PA 1-233-942 | July 12, 2004 |
| Beverly Hills Cop | Paramount Pictures Corp. | PA 235-452 | December 27, 1984 |
| Venom | Columbia Pictures Industries, Inc.; Tencent Pictures (USA) LLC | PA 2-131-027 | October 25, 2018 |
| The Karate Kid | Columbia Pictures Industries, Inc. | PA 216-986 | July 6, 1984 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Spider-Man: Homecoming | Columbia Pictures Industries, Inc. and LSC Film Corporation | PA 2-044-059 | July 7, 2017 |
| Jumanji: The Next Level | Columbia Pictures Industries, Inc. | PA 2-221-398 | January 10, 2020 |
| Bad Boys for Life | Columbia Pictures Industries, Inc. and 2.0 Entertainment Borrower, LLC | PA 2-228-950 | February 14, 2020 |
| The Amazing Spider-Man | Columbia Pictures Industries, Inc. | PA 1-793-261 | June 29, 2012 |
| The Amazing Spider-Man 2 | Columbia Pictures Industries, Inc. and LSC Film Corporation | PA 1-889-675 | April 16, 2014 |
| Bad Boys | Columbia Pictures Industries, Inc. | PA 699-273 | May 2, 1995 |
| Ghostbusters | Columbia Pictures Industries, Inc. | PA 2-209-511 | March 18, 2019 |
| Men in Black: International | Columbia Pictures Industries, Inc.; Hemisphere-Culver III, LLC; and Tencent Pictures (USA) LLC | PA 2-185-238 | July 1, 2019 |
| Men in Black | Columbia Pictures Industries, Inc. | PA 845-156 | July 10, 1997 |
| Men in Black II | Columbia Pictures Industries, Inc. | PA 1-089-930 | July 3, 2002 |
| Men in Black 3 | Columbia Pictures Industries, Inc. and Hemisphere - Culver Picture Partners I, LLC | PA 1-787-577 | May 24, 2012 |
| Spider-Man | Columbia Pictures Industries, Inc. | PA 1-079-955 | May 3, 2002 |
| Spider-Man 2 | Columbia Pictures Industries, Inc. | PA 1-222-519 | June 30, 2004 |
| Spider-Man 3 | Columbia Pictures Industries, Inc. | PA 1-332-103 | May 1, 2007 |
| Spider-Man: Far from Home | Columbia Pictures Industries, Inc. | PA 2-189-651 | July 19, 2019 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Harry Potter and the Deathly Hallows: Part 1 | Warner Bros. Entertainment Inc. | PA 1-721-904 | March 4, 2011 |
| Harry Potter and the Sorcerer's Stone | Warner Bros. Television, a division of Time Warner Entertainment Company, L.P. | PA 1-063-646 | November 8, 2001 |
| Harry Potter and the Prisoner of Azkaban | Warner Bros. Entertainment Inc., by Assignment | PA 1-222-542 | July 1, 2004 |
| Harry Potter and the Goblet of Fire | Warner Bros. Entertainment Inc., by Assignment | PA 1-279-121 | February 15, 2006 |
| Harry Potter and the Order of the Phoenix | Warner Bros. Entertainment Inc. | PA 1-355-547 | September 21, 2007 |
| Harry Potter and the Half-Blood Prince | Warner Bros. Entertainment Inc. | PA-1-647-906 | October 23, 2009 |
| Harry Potter and the Deathly Hallows: Part 2 | Warner Bros. Entertainment Inc. | PA 1-742-099 | July 22, 2011 |
| Just Mercy | Warner Bros. Entertainment Inc. | PA 2-221-186 | January 8, 2020 |
| Joker | Warner Bros. Entertainment Inc.; Village Roadshow Films North America Inc.; and BRON Creative USA Corp. | PA 2-205-188 | October 3, 2019 |
| A Star Is Born | Warner Bros. Entertainment Inc. and Metro-Goldwyn-Mayer Pictures Inc. | PA 2-126-256 | October 4, 2018 |
| Friends (Season 5, Episode 1) | Warner Bros. Television, a division of Time Warner Entertainment Company, L.P. | PA 903-501 | October 23, 1998 |
| Scoob! | Warner Bros. Entertainment Inc. | PA 2-253-641 | August 21, 2020 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Suicide Squad | Warner Bros. Entertainment Inc. | PA 1-995-698 | August 4, 2016 |
| Troop Zero | Amazon Content Services LLC | PA 2-223-593 | January 22, 2020 |
| Pass Over | Amazon Content Services LLC | PA 2-104-410 | April 23, 2018 |
| Chemical Hearts | Amazon Content Services LLC | PA 2-253-607 | August 24, 2020 |
| Black Box | Amazon Content Services LLC | PA 2-260-261 | October 10, 2020 |
| Ted Bundy: Falling for a Serial Killer (Season 1, Episode 1) | Amazon Content Services LLC | PA 2-231-189 | February 3, 2020 |
| Easy A | Screen Gems, Inc. | PA 1-698-112 | September 16, 2010 |
| Think Like a Man | Screen Gems, Inc. | PA 1-782-033 | April 20, 2012 |
| Palmer | Palmer Movie, LLC and Nadler No GMO Popcorn Co. Ltd | PA 2-286-734 | February 5, 2021 |
| See (Season 1, Episode 1) | Endeavor Content Capital, LLC and Chernin TV Productions, LLC | PA 2-237-475 | February 20, 2020 |
| Servant (Season 1, Episode 1) | Uncle George Productions, LLC | PA 2-278-451 | January 12, 2021 |

5