1  Elizabeth A. McNamara (*Pro Hac Vice* Application forthcoming)
      lizmcnamara@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   1251 Avenue of the Americas, 21st Floor
3  New York, New York 10020
   Telephone: (212) 603-6437
4  Fax: (212) 489-8340

5  Sean M. Sullivan, Esq. (Cal. Bar No. 229104)
      seansullivan@dwt.com
6  Arleen Fernandez (Cal. Bar No. 318205)
      arleenfernandez@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
8  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
9  Fax: (213) 633-6899

10 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and, SCREEN GEMS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20,<br>Defendants. | Case No.  2:21-CV-09361<br><br>**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>[Fed. R. Civ. P. 7.1 and L.R. 7.1-1] |
|---|---|

TO THE COURT, AND TO PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Plaintiff Universal City Studios Productions LLLP is a wholly owned indirect subsidiary of Comcast Corporation, a publicly traded company. No other publicly held corporation owns 10% or more of the equity of Universal City Studios Productions LLLP.

Plaintiff Universal City Studios LLC is a wholly owned indirect subsidiary of Comcast Corporation, a publicly traded company. No other publicly held corporation owns 10% or more of the equity of Universal City Studios LLC.

Plaintiff Universal Television LLC is a wholly owned indirect subsidiary of Comcast Corporation, a publicly traded company. No other publicly held corporation owns 10% or more of the equity of Universal Television LLC.

Plaintiff Universal Content Productions LLC is a wholly owned indirect subsidiary of Comcast Corporation, a publicly traded company. No other publicly held corporation owns 10% or more of the equity of Universal Content Productions LLC.

Plaintiff DreamWorks Animation LLC is a wholly owned indirect subsidiary of Comcast Corporation, a publicly traded company. No other publicly held

corporation owns 10% or more of the equity of DreamWorks Animation LLC.

     Plaintiff Disney Enterprises, Inc. is a wholly owned subsidiary of The Walt Disney Company, a publicly traded company.

     Plaintiff Paramount Pictures Corporation is a wholly owned subsidiary of ViacomCBS Inc.  ViacomCBS Inc. is a publicly traded company.  National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of ViacomCBS Inc.  ViacomCBS Inc. is not aware of any publicly held corporation owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.

     Plaintiff Amazon Content Services LLC is a wholly owned indirect subsidiary of Amazon.com Inc., a publicly traded company.

     Plaintiff Apple Video Programming LLC is a wholly owned subsidiary of Apple Inc., a publicly traded company.

     Plaintiff Warner Bros. Entertainment Inc. is a wholly owned indirect subsidiary of AT&T Inc., a publicly traded company.

     Plaintiff Netflix US, LLC is a wholly owned subsidiary of Netflix Inc., a publicly traded company.

     Plaintiff Columbia Pictures Industries, Inc. is a wholly owned indirect subsidiary of Sony Corporation, a publicly traded company.

     Plaintiff Screen Gems, Inc. is a wholly owned indirect subsidiary of Sony Corporation, a publicly traded company.

     Defendant Dwayne Johnson d/b/a AllAccessTV and Quality Restreams, is an individual.

     Defendants Does 1-20.

///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: December 2, 2021 | /s/ Sean M. Sullivan |
| 2 | | Sean M. Sullivan |
| | | Arleen Fernandez |
| 3 | | DAVIS WRIGHT TREMAINE LLP |
| | | 865 South Figueroa Street, 24th Floor |
| 4 | | Los Angeles, California 90017-2566 |
| 5 | | Elizabeth A. McNamara |
| | | DAVIS WRIGHT TREMAINE LLP |
| 6 | | 1251 Avenue of the Americas, 21st Floor |
| | | New York, NY 10020 |
| 7 | | Attorneys for Plaintiffs |