AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.    DATE FILED | United States District Court, Central District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| Universal City Studios Productions LLLP, et al. | Dwayne Anthony Johnson d/b/a AllAccessTV and Quality Restreams; DOES 1-20 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See attached Ex. A | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A

# EXHIBIT A

*Universal City Studios Productions LLLP, et al. v. Dwayne Anthony Johnson d/b/a Quality Restreams and AllAccessTV*, *et al*.

List of Copyrighted Works

| **Title** | **Copyright Registrants** | **Registration No.** | **Registration Date** |
|---|---|---|---|
| Fast & Furious Presents: Hobbs & Shaw | Universal City Studios Productions LLLP | PA 2-192-296 | July 31, 2019 |
| The Invisible Man | Universal City Studios Productions LLLP | PA 2-230-559 | February 26, 2020 |
| Identity Thief | Universal City Studios Productions LLLP | PA 1-833-795 | February 8, 2013 |
| Jason Bourne | Universal City Studios Productions LLLP | PA 2-002-679 | August 8, 2016 |
| Jurassic World | Universal City Studios Productions LLLP and Amblin Entertainment LLC | PA 1-946-359 | June 10, 2015 |
| Jurassic World: Fallen Kingdom | Universal City Studios Productions LLLP and Amblin Entertainment, Inc. | PA 2-146-543 | June 19, 2018 |
| The Secret Life of Pets | Universal City Studios Productions LLLP | PA 1-992-458 | June 24, 2016 |
| Split | Universal City Studios Productions LLLP | PA 2-021-437 | February 3, 2017 |
| The Office (Season 4, Episode 13) | Universal Network Television LLC and NBC Studios, Inc. | PA 1-627-229 | May 7, 2008 |
| Trolls World Tour | DreamWorks Animation L.L.C. | PA 2-259-027 | March 12, 2020 |
| Back to the Future | Universal City Studios, Inc. | PA 266-708 | October 15, 1985 |
| Knocked Up | Universal City Studios LLLP | PA 1-375-523 | May 31, 2007 |
| Toy Story 3 | Disney Enterprises, Inc. | PA 1-688-323 | July 19, 2010 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Wreck-It Ralph | Disney Enterprises, Inc. | PA 1-814-870 | November 13, 2012 |
| Black-ish (Season 2, Episode 1) | Disney Enterprises, Inc. | PA 1-967-854 | October 23, 2015 |
| How to Get Away with Murder (Season 1, Episode 2) | Disney Enterprises, Inc. | PA 1-927-414 | October 17, 2014 |
| Da 5 Bloods | Netflix US, LLC | PA 2-259-842 | July 30, 2020 |
| Eurovision Song Contest: The Story of Fire Saga | Netflix US, LLC | PA 2-261-556 | August 6, 2020 |
| Indecent Proposal | Paramount Pictures Corp. | PA 610-723 | May 7, 1993 |
| Jack Reacher | Paramount Pictures Corp. | PA 1-817-771 | December 21, 2012 |
| A Quiet Place | Paramount Pictures Corp. | PA 2-090-823 | April 6, 2018 |
| The Godfather | Paramount Pictures Corp. | LP 40553 | February 23, 1972 |
| Mission: Impossible - Rogue Nation | Paramount Pictures Corp. | PA 1-951-538 | July 30, 2015 |
| Coming to America | Paramount Pictures Corp. | PA 376-420 | July 12, 1988 |
| Grease | Paramount Pictures Corp. | PA 16-189 | October 20, 1978 |
| Star Trek: Into Darkness | Paramount Pictures Corp. | PA 1-837-943 | May 9, 2013 |
| Mean Girls | Paramount Pictures Corp. | PA 1-233-942 | July 12, 2004 |
| Beverly Hills Cop | Paramount Pictures Corp. | PA 235-452 | December 27, 1984 |
| Venom | Columbia Pictures Industries, Inc.; Tencent Pictures (USA) LLC | PA 2-131-027 | October 25, 2018 |
| The Karate Kid | Columbia Pictures Industries, Inc. | PA 216-986 | July 6, 1984 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Spider-Man: Homecoming | Columbia Pictures Industries, Inc. and LSC Film Corporation | PA 2-044-059 | July 7, 2017 |
| Jumanji: The Next Level | Columbia Pictures Industries, Inc. | PA 2-221-398 | January 10, 2020 |
| Bad Boys for Life | Columbia Pictures Industries, Inc. and 2.0 Entertainment Borrower, LLC | PA 2-228-950 | February 14, 2020 |
| The Amazing Spider-Man | Columbia Pictures Industries, Inc. | PA 1-793-261 | June 29, 2012 |
| The Amazing Spider-Man 2 | Columbia Pictures Industries, Inc. and LSC Film Corporation | PA 1-889-675 | April 16, 2014 |
| Bad Boys | Columbia Pictures Industries, Inc. | PA 699-273 | May 2, 1995 |
| Ghostbusters | Columbia Pictures Industries, Inc. | PA 2-209-511 | March 18, 2019 |
| Men in Black: International | Columbia Pictures Industries, Inc.; Hemisphere-Culver III, LLC; and Tencent Pictures (USA) LLC | PA 2-185-238 | July 1, 2019 |
| Men in Black | Columbia Pictures Industries, Inc. | PA 845-156 | July 10, 1997 |
| Men in Black II | Columbia Pictures Industries, Inc. | PA 1-089-930 | July 3, 2002 |
| Men in Black 3 | Columbia Pictures Industries, Inc. and Hemisphere - Culver Picture Partners I, LLC | PA 1-787-577 | May 24, 2012 |
| Spider-Man | Columbia Pictures Industries, Inc. | PA 1-079-955 | May 3, 2002 |
| Spider-Man 2 | Columbia Pictures Industries, Inc. | PA 1-222-519 | June 30, 2004 |
| Spider-Man 3 | Columbia Pictures Industries, Inc. | PA 1-332-103 | May 1, 2007 |
| Spider-Man: Far from Home | Columbia Pictures Industries, Inc. | PA 2-189-651 | July 19, 2019 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Harry Potter and the Deathly Hallows: Part 1 | Warner Bros. Entertainment Inc. | PA 1-721-904 | March 4, 2011 |
| Harry Potter and the Sorcerer's Stone | Warner Bros. Television, a division of Time Warner Entertainment Company, L.P. | PA 1-063-646 | November 8, 2001 |
| Harry Potter and the Prisoner of Azkaban | Warner Bros. Entertainment Inc., by Assignment | PA 1-222-542 | July 1, 2004 |
| Harry Potter and the Goblet of Fire | Warner Bros. Entertainment Inc., by Assignment | PA 1-279-121 | February 15, 2006 |
| Harry Potter and the Order of the Phoenix | Warner Bros. Entertainment Inc. | PA 1-355-547 | September 21, 2007 |
| Harry Potter and the Half-Blood Prince | Warner Bros. Entertainment Inc. | PA-1-647-906 | October 23, 2009 |
| Harry Potter and the Deathly Hallows: Part 2 | Warner Bros. Entertainment Inc. | PA 1-742-099 | July 22, 2011 |
| Just Mercy | Warner Bros. Entertainment Inc. | PA 2-221-186 | January 8, 2020 |
| Joker | Warner Bros. Entertainment Inc.; Village Roadshow Films North America Inc.; and BRON Creative USA Corp. | PA 2-205-188 | October 3, 2019 |
| A Star Is Born | Warner Bros. Entertainment Inc. and Metro-Goldwyn-Mayer Pictures Inc. | PA 2-126-256 | October 4, 2018 |
| Friends (Season 5, Episode 1) | Warner Bros. Television, a division of Time Warner Entertainment Company, L.P. | PA 903-501 | October 23, 1998 |
| Scoob! | Warner Bros. Entertainment Inc. | PA 2-253-641 | August 21, 2020 |

| Title | Copyright Registrants | Registration No. | Registration Date |
|---|---|---|---|
| Suicide Squad | Warner Bros. Entertainment Inc. | PA 1-995-698 | August 4, 2016 |
| Troop Zero | Amazon Content Services LLC | PA 2-223-593 | January 22, 2020 |
| Pass Over | Amazon Content Services LLC | PA 2-104-410 | April 23, 2018 |
| Chemical Hearts | Amazon Content Services LLC | PA 2-253-607 | August 24, 2020 |
| Black Box | Amazon Content Services LLC | PA 2-260-261 | October 10, 2020 |
| Ted Bundy: Falling for a Serial Killer (Season 1, Episode 1) | Amazon Content Services LLC | PA 2-231-189 | February 3, 2020 |
| Easy A | Screen Gems, Inc. | PA 1-698-112 | September 16, 2010 |
| Think Like a Man | Screen Gems, Inc. | PA 1-782-033 | April 20, 2012 |
| Palmer | Palmer Movie, LLC and Nadler No GMO Popcorn Co. Ltd | PA 2-286-734 | February 5, 2021 |
| See (Season 1, Episode 1) | Endeavor Content Capital, LLC and Chernin TV Productions, LLC | PA 2-237-475 | February 20, 2020 |
| Servant (Season 1, Episode 1) | Uncle George Productions, LLC | PA 2-278-451 | January 12, 2021 |