Elizabeth A. McNamara (*Pro Hac Vice* Application forthcoming)
    lizmcnamara@dwt.com
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Fax: (212) 489-8340

Sean M. Sullivan, Esq. (Cal. Bar No. 229104)
    seansullivan@dwt.com
Arleen Fernandez (Cal. Bar No. 318205)
    arleenfernandez@dwt.com
Davis Wright Tremaine LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and, SCREEN GEMS, INC. | Case No. **2:21-cv-09361-AB (MRWx)** |
| | **DECLARATION OF JAN VAN VOORN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| Plaintiffs, | Judge:      Hon. Andre Birotte Jr. |
| vs. | Date:        January 7, 2022 |
| | Time:        10:00 a.m. |
| DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, | Courtroom: 7B |
| Defendants. | Filed concurrently herewith: |
| | (1) Motion for Preliminary Injunction |
| | (2) Declaration of Steve Kang |
| | (3) Declaration of Sean M. Sullivan |
| | (4) [Proposed] Preliminary Injunction |
| | Action Filed:  December 2, 2021 |
| | Trial Date:  None Set |

## <u>DECLARATION OF JAN VAN VOORN</u>

I, Jan van Voorn, declare as follows:

1.      I am Executive Vice President and Chief, Global Content Protection ("GCP") Enforcement and Operations, at the Motion Picture Association ("MPA"), where I have worked since 2013.  I have worked in the field of intellectual property infringement, enforcement, investigations, and litigation for 14 years.  Prior to joining the MPA, I had a career in law enforcement and led teams specialized in investigating and prosecuting organized and computer crimes.

2.      I submit this declaration in support of the motion for a preliminary injunction submitted by Plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc. (collectively, "Plaintiffs").

3.      Except as otherwise noted, the contents of this declaration are based on my personal knowledge and the results of the investigation conducted by the GCP team and at my direction.  The exhibits attached hereto were collected in conjunction with our investigation.  If called as a witness in this action, I could and would testify competently to the contents of this declaration.

### *Introduction*

4.      The MPA (https://www.motionpictures.org/) is the not-for-profit trade association that supports the film, television, and streaming industry.  The MPA contributes to the work of global initiatives such as the Alliance for Creativity and Entertainment ("ACE") (https://www.alliance4creativity.com/), which is a global coalition of leading stakeholders in the distribution ecosystem committed to protecting the growing legal dissemination of creative content and addressing the challenges of online piracy.  ACE members include Plaintiffs, as well as other

1  legitimate services, creators, broadcasters, and other companies contributing to the

2  legitimate distribution of creative content.

3       5.     The GCP team is responsible for, among other work, investigating

4  infringements of copyrights and working with counsel and law enforcement to halt

5  and remedy such violations.  My current role leading the GCP involves directing and

6  supervising investigations related to online intellectual property infringement,

7  including the unlawful dissemination of copyrighted motion pictures and television

8  programs via live streaming and video-on-demand ("VOD") delivery.  Based on my

9  work, I have extensive knowledge regarding the technology that enables online

10  infringement, including circumvention and decryption tools, website and file hosting

11  and operation, VOD and streaming content delivery systems, marketing,

12  communication, and payment processing, and other functions supporting or related to

13  online infringement.  I also have experience with methods of identifying individuals

14  and entities responsible for that infringement, including analyzing the aforementioned

15  infringement technologies, such as analyzing and tracing internet protocol traffic, to

16  establish a digital link between the operator and the infringement.

17       6.     The investigation of Dwayne Anthony Johnson ("Mr. Johnson") d/b/a

18  AllAccessTV ("AATV") and Quality Restreams, and the individuals or entities,

19  who, along with Mr. Johnson, own or operate the infringing services of AATV and

20  Quality Restreams (collectively with Mr. Johnson, "Defendants"), and the AATV

21  and Quality Restreams services described herein was undertaken by the GCP team

22  on behalf of Plaintiffs and in support of ACE's efforts to protect the intellectual

23  property rights of legitimate stakeholders in the streaming ecosystem.

24       ***Investigation of the AATV and Quality Restreams Services***

25       7.     Through web-based application technology for platforms such as smart

26  TVs, computers, set-top boxes, and mobile and tablet devices ("AATV Platforms"),

27  the AATV service provides Internet Protocol television ("IPTV")—a delivery

28  method for transmitting content over Internet Protocol networks (as compared to

DECLARATION OF JAN VAN VOORN
ISO PLTF'S MOTION FOR PRELIMINARY INJUNCTION

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

cable, satellite, or "over the air").  The AATV IPTV service provides subscribers with access to online streaming of thousands of channels of television, motion pictures, and sports programming, including works whose copyrights I understand are owned or controlled by Plaintiffs, including the works listed on Exhibit A to Plaintiffs' Complaint in this matter ("Copyrighted Works").  The AATV service also offers its subscribers access to a VOD service, which provides on-demand viewing of thousands of movies and television shows, including the Copyrighted Works.

8.      Quality Restreams is a related streaming enterprise that operates as a "content-provider" for various illicit IPTV services, including AATV.  Quality Restreams provides these IPTV operators (and their customers) with unauthorized access to copyrighted movies and television programs through live television channels and VOD offerings.

9.      After the GCP team became aware of the AATV and Quality Restreams services, and confirmed that the service was not authorized by Plaintiffs to stream their Copyrighted Works, members of my team, including our investigators, acting at my direction and under my supervision, subscribed to and tested the AATV service.[1]  The GCP team also investigated and reviewed information available on the Internet, including social media, related websites, and online discussion channels that provided additional information regarding Defendants' operations and the AATV and Quality Restreams services.

10.     Members of the GCP team and I have used the AATV Platforms as recently as this week to search for all of the titles listed on Exhibit A to Plaintiffs' Complaint.  I can confirm that each of the identified Copyrighted Works have recently streamed on the AATV Platforms.

---

[1] As part of the GCP investigation, members of my team purchased subscriptions to AATV's IPTV and VOD services directly from aatvpanel.com and backoffice.vpnsafevault.com.  The subscriber credentials obtained from these purchases were then used in California, thus confirming that the Copyrighted Works are being streamed to subscribers in California without the Plaintiffs' authorization.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

*Identification of Parties Responsible for the AATV and Quality Restreams Services*

11.     Part of any investigation regarding an unauthorized pirate service involves trying to identify the responsible individuals and entities, as they typically take steps to obscure their involvement with the illicit operation.  This investigative work includes, among other steps, tracing the registration of websites to their owners, analyzing internet protocol traffic, and reviewing social media and other online material for connections between individuals and the pirate service. The investigation of the AATV and Quality Restreams services followed these typical steps.

12.     Using and analyzing the technology and internet protocol paths involved in the AATV and Quality Restreams services and platforms, GCP investigators identified a number of different domains connected to these operations: aatvdigitalmedia.com, aatvpanel.com, aatvapp.live, myaatv.com, aatvdigital.com, aatvwebplayer.com, allaccessiptv.com, allaccesstv.live, tv.allaccesstv.live, vod.allaccesstv.live, kids.allaccesstv.live, aatv.media, qualityrestreams.com, qsplaylist.com, qualitystreamz.guru, qsprovider.com, mediaflo.net, vpnsafevault.com, backoffice.vpnsafevault.com, and v2.dmdapi.com (collectively, the "Websites").[2]

13.     The GCP team's investigation into the AATV and Quality Restreams services revealed that Dwayne Anthony Johnson is the owner and/or operator of the AATV and Quality Restreams services.

14.     WHOIS is an online database that catalogues registration information for internet websites and domains.  We used the DomainTools WHOIS research service to find recent and historical domain registrant information for the Websites. Our queries revealed that the registrant information for many of these domains is currently concealed by Domains by Proxy, a private registration service that allows

_____

[2] Some of these Websites have been taken offline by Defendants.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

its customers to register domain names without listing their personal information.
However, based on the available WHOIS information, my team determined that one
of the Websites—allaccessiptv.com —is registered to Dwayne Johnson.
The WHOIS information also lists an address in Coconut Creek, Florida, which
from other evidence discussed below, appears to be the location of one of
Mr. Johnson's previous residences.  In addition, a registrant disclosure request to
Domains by Proxy for the domain myaatv.com revealed that the registrant for this
domain is also Dwayne Johnson (with the same Coconut Creek, Florida address).
The GCP team's investigation into Mr. Johnson confirmed that he currently resides
in Frisco, Texas and has been associated with a residential address located in
Coconut Creek, Florida.  Attached as **Exhibit 1** is a true and correct copy of a
screen capture of the DomainTools WHOIS search results for the allaccessiptv.com
domain (certain identifying information has been redacted from this screenshot).
Attached as **Exhibit 2** is a true and correct copy of a screen capture of an email
I received from a Domains By Proxy representative in response to the registrant
disclosure request for the domain myaatv.com (certain identifying information has
been redacted from this screenshot).

15.    Online communication channels that the GCP team has monitored and
investigated further show Mr. Johnson representing that he is the owner of the
Quality Restreams and AATV services.  For example, an individual utilizing the
username DJ_Boxx has advertised the Quality Restreams service on the website
IPTV.Community, a forum often used by operators of illicit IPTV services to
advertise their services and connect with other operators.  DJ_Boxx's Skype ID is
"Dwayne.johnson34," and the GCP team has also confirmed that the listed date of
birth on DJ_Boxx's profile matches Mr. Johnson's date of birth.  Attached as
**Exhibit 3** is a true and correct copy of a screen capture of the post on
IPTV.Community by DJ_Boxx advertising a content-source service under the name
Quality Restreams.  Attached as **Exhibit 4** is a true and correct copy of a screen

capture of a thread post on IPTV.Community where DJ_Boxx states his Skype ID is dwayne.johnson34.  Attached as **Exhibit 5** is a true and correct copy of a screen capture of DJ_Boxx's user profile on IPTV.Community (certain identifying information has been redacted from this screenshot).

16.    In addition, Mr. Johnson's personal Facebook page includes a post advertising a webinar hosted by him on how to become involved with a "Streaming TV Franchise Opportunity."  The advertisement includes the AATV logo and instructs users to register at http://aatvwebinar.com.  Attached as **Exhibit 6** is a true and correct copy of a screen capture of Mr. Johnson's Facebook post advertising the webinar.

17.    Mr. Johnson is also one of the creators and administrators of a private Facebook group titled MediaBoxx Corporation.  As discussed in further detail below, this group was limited exclusively to AATV resellers.[3]  Attached as **Exhibit 7** are true and correct copies of screen captures of the homepage for the MediaBoxx Corporation Facebook group and of a capture showing that Mr. Johnson added the group's header image, which features the AATV logo.

18.    As discussed further below, Mr. Johnson expanded the AATV operation to the Philippines in late 2020.  The GCP team's investigation revealed that an individual named Kyu Lapiz is the primary recruiter of staff for the operation.  In a post on her personal Facebook account, Lapiz directly named Mr. Johnson as her "boss."  A commenter replied to the post "[w]ay to go AATV."  Attached as **Exhibit 8** is a true and correct copy of a screen capture of this Facebook post.

19.    As explained in further detail below, Defendants currently sell AATV subscriptions via the site backoffice.vpnsafevault.com.  Mr. Johnson is a registered manager of VPN Safe Vault LLC, a company that bears a virtually identical name

---

[3] Defendants have recently deleted this Facebook group.

DECLARATION OF JAN VAN VOORN
ISO PLTF'S MOTION FOR PRELIMINARY INJUNCTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

to this domain.  Attached as **Exhibit 9** is a true and correct copy of a screen capture of the search results for "VPN Safe Vault LLC" on opencorporates.com, a website that shares data on corporations, showing Mr. Johnson as a registered manager for VPN Safe Vault LLC.

20.     The evidence gathered in our investigation also supports the conclusion that Mr. Johnson operates an entity called The MediaBoxx, which he uses to promote and provide support to resellers of AATV.  *See* ¶ 17.  The domains qualityrestreams.com, qsplaylist.com, and qsprovider.com have all used the IP address 50.7.69.202.  Querying this IP address on CentralOps.net, an online service that provides tools for, among other things, investigating domain names and IP addresses, revealed that this address is within a range of IP addresses (50.7.69.200 - 50.7.69.207) leased to The MediaBoxx by FDC Servers.net, LLC ("FDC Servers"), a provider of Internet server and hosting services.  Likewise, the IP address 23.237.94.34, which has been used by domains qsplaylist.com, myaatv.com, and allaccessiptv.com, is also within a range leased to The Mediaboxx.[4]

### *How Defendants' AATV Service Works*

21.     Currently, Defendants' primary public-facing website for their AATV service is aatvdigitalmedia.com, a domain name that obscures the fact that it has been used to sell subscriptions to unauthorized streaming services.[5]  As explained in greater detail below, in June 2021, via aatvdigitalmedia.com, subscribers could access the website aatvpanel.com, another AATV affiliated site.  Through aatvpanel.com, Defendants, via third-party resellers, sold AATV subscriptions and distributed user credentials which could be used to access the IPTV and VOD services, as discussed below.  Just recently, Defendants changed their method for

_____

[4] Until recently, one of mediaflo.net's subdomains, shou06.mediaflo.net, used the IP address 23.237.162.170. This IP address is also hosted by FDC Servers.
[5] In late 2020, Defendants' primary public-facing website was aatvdigital.com.

purchasing and managing AATV subscriptions, directing users to the site backoffice.vpnsafevault.com.  Based on the GCP team's investigation, I will walk through how a new subscriber would purchase and use the AATV service in both June 2021 and November 2021, as well as how the unauthorized service operates to provide the unauthorized content.

22.     New subscribers must personally connect with an AATV reseller to purchase an AATV subscription.  In June 2021, after connecting with a reseller, subscribers were first directed to aatvdigitalmedia.com.[6]  Once at the aatvdigitalmedia.com homepage, subscribers were then instructed by the reseller to click on a button titled "Sign Up for $10/month."  Attached as **Exhibit 10** is a true and correct copy of a screen capture of the homepage for aatvdigitalmedia.com. After clicking on this button, subscribers were redirected to aatvpanel.com, where they were able to sign up for the AATV service.  Once at the aatvpanel.com website, subscribers filled out their personal information and entered a numerical sponsor ID provided by the reseller they connected with.  Attached as **Exhibit 11** is a true and correct copy of a screen capture of the sign-up panel on the aatvpanel.com website.

23.     After inputting the sponsor ID provided by a reseller, subscribers were then directed to choose an IPTV subscription package (referred to as "products"). The pricing for these packages varies depending on the number of connections, i.e., the number of devices that can access the service, a subscriber selects.  At the time of GCP's investigation, Defendants charged $10.00 for 1 connection, $20.00 for 3 connections, $25.00 for 5 connections, and $45.00 for 10 connections.

24.     After choosing the number of connections desired, subscribers were then directed to choose paid "add-on" packages.  These "add-on" packages include the "Premium Package," which provides users with access to VOD and "Premium Movie"

---

[6] Aatvdigitalmedia.com is still operating and accessible to the public.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

content for an additional $15.00 per month, and the "All In" package for an additional $25.00 per month, which includes everything in Defendants' "Ala Cart" section. Subscribers were also able to "add-on" certain international channels at no additional charge.  Apart from charging a monthly fee for their services, Defendants also charged an additional one-time $25.00 activation fee.  Attached as **Exhibit 12** are true and correct copies of screen captures from aatvpanel.com showing the offerings available for purchase (IPTV subscriptions, VOD subscriptions, and other "add-ons").

25.      After choosing a package, subscribers were then prompted to enter payment and billing information.  After a subscriber entered their billing information, Defendants sent subscribers a confirmation message with a numerical username and directed subscribers to create an account password.  These are the same credentials (username and password) a subscriber uses to access the AATV Platforms. Subscribers were also able to use these credentials to manage their subscriptions on the aatvpanel.com website.  Attached as **Exhibit 13** is a true and correct copy of a screen capture of an email received by a GCP investigator after purchasing an AATV subscription via aatvpanel.com (certain identifying information has been redacted from this screenshot).  Attached as **Exhibit 14** is a true and correct copy of a screen capture of the main subscriber page on the aatvpanel.com website (certain identifying information has been redacted from this screenshot).

26.      Currently, Defendants sell AATV subscriptions through backoffice.vpnsafevault.com, a website that is stripped of all AATV branding and designed to appear like it sells VPN software to consumers.  However, Defendants are actually selling subscriptions to their AATV service through this site.  Unlike with aatvpanel.com, Defendants are not using aatvdigitalmedia.com to link subscribers to the backoffice.vpnsafevault.com site to sign up for the AATV service.  Rather, subscribers now receive verbal instructions on how to access this site.  In late October 2021, a GCP investigator contacted AATV's "support line," and was directed to backoffice.vpnsafevault.com to renew his AATV subscription.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

The GCP investigator was able to renew his AATV subscription and obtain credentials to access the AATV Platforms through the site.  Further, just as recently as last week, the GCP team confirmed that the process to purchase an AATV subscription and create user credentials is the same as it was via aatvpanel.com. Attached as **Exhibit 15** are true and correct copies of screen captures of the homepage and log-in page for backoffice.vpnsafevault.com.

27.     Although aatvpanel.com appears to recently have been taken offline by Defendants, based on my experience investigating unauthorized IPTV services, operators of illicit IPTV services usually take certain websites offline to make it appear as though they have permanently shut down their infringing services, only to later replace those websites with new ones.  It is also common for operators of illicit IPTV services to provide instructions on how to purchase access to their services via word of mouth only.  In my experience, these actions evidence an intent to operate IPTV services in a covert manner because the operators know their services are illegal.

28.     Regardless of which site users use to purchase an AATV subscription, subscribers must download an AATV Platform to access the AATV service.  In order to download and access the AATV Platforms, a subscriber must text message Defendants' "24/7 text support line" and connect with an AATV tech support agent. The AATV tech support agent provides subscribers with detailed instructions on how to download and install the most appropriate AATV Platform for their device and ultimately obtain IPTV streaming.  For example, subscribers who use iOS devices are instructed to download the "Supa Legacy IPTV" application to access the AATV service.  After downloading the application, users must take a photo of their MAC address and connect with an AATV tech support agent, who then activates their device.  Subscribers that use the "Supa Legacy IPTV" application can access AATV's live and VOD offerings via this same application.  Attached as **Exhibit 16** are true and correct copies of screen captures of the Supa Legacy IPTV application before and after activation by an AATV agent.

29.     For subscribers who use Android devices, a subscriber must first visit the following links to download the live, VOD, and kids' applications: http://tv.allaccesstv.live/, http://vod.allaccesstv.live/, and http://kids.allaccesstv.live. Subscribers who use Android devices must therefore use separate applications to access AATV's live and VOD offerings.  After downloading the correct application, the subscriber then enters their credentials to access the AATV Platforms.[7]  Attached as **Exhibit 17** are true and correct copies of screen captures of the live and VOD interfaces for the Android AATV Platforms (certain identifying information has been redacted from this screenshot).

30.     Upon visiting one of the AATV Platforms (by downloading and installing one of the applications for use on a smart TVs, computer, set-top box, and mobile and tablet devices) and entering the purchased AATV credentials, subscribers see a welcome screen from where they can access IPTV streaming. Attached as **Exhibit 18** are true and correct copies of screen captures of the welcome pages for the AATV Platforms.

31.     There are thousands of channel offerings available for immediate streaming via the AATV Platforms.  At the time of the GCP investigation, there were approximately 2,500 such channels.  These channel offerings are of two types: (1) unauthorized streams from legitimate pre-programmed channels, such as ABC, NBC, and Fox; and (2) what Defendants describe as "24/7" channels, which offer specially curated channels not available on any legitimate service.

32.     The AATV Platforms employ organized and user-friendly interfaces through which subscribers can navigate the thousands of pre-programmed live television channels available on the AATV Platforms.  The channel offerings include paid cable channels such as A&E, MTV, BET, Comedy Central, USA

---

[7] The AATV Platforms for Android users use the domain v2.dmdapi.com to authenticate user requests on the backend of the applications.

DECLARATION OF JAN VAN VOORN
ISO PLTF'S MOTION FOR PRELIMINARY INJUNCTION

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Network, as well as premium channels such as HBO and Cinemax.  The channel

offerings also include live channels from multiple cities across the United States.

As a result, AATV subscribers may obtain streams of broadcasts from outside of the

geographic area where the subscribers are located.  Depicted below and attached as

**Exhibit 19** are true and correct copies of screen captures of pre-programmed live

channels available on the AATV Platforms showing Plaintiffs' Copyrighted Works.

33.     Based on my experience investigating unauthorized IPTV services, the

AATV services' offering of live pre-programmed channels entails that Defendants or

upstream suppliers have circumvented technological protection measures that control

access to the original broadcasts and redirected the licensed transmission path to the

downstream service—in this case the AATV service.  The result for AATV

subscribers is that these channels are streamed, without authorization, virtually at the

same time as the channel offerings are disseminated from licensed sources.

34.     In addition to unauthorized live pre-programmed channels, the AATV

service also offers access to a collection of title, franchise, and genre-curated

channels, which they call "24/7" channels because they stream on a continuous

loop.  These 24/7 channels can be devoted exclusively to a single television series

or collection of movies, streaming on repeat.  To illustrate, when a AATV

subscriber clicks on a 24/7 channel devoted to a single movie, the movie does not

start playing from the beginning (as would be the case with on-demand viewing).

Instead, the subscriber receives a stream of that particular movie at the same point

in the movie's runtime that other subscribers receiving the same transmission are

receiving it.  This stream continues until the movie ends, at which point the AATV

service starts streaming the movie again from the beginning.  Attached as **Exhibit

20** are true and correct copies of screen captures reflecting two 24/7 channels

dedicated to streaming Plaintiffs' Copyrighted Works.

35.     Based on my experience investigating unauthorized streaming services

and my familiarity with the technology that enables these services, the operation of

the 24/7 channels necessarily requires the creation of digital copies of the particular Copyrighted Works being streamed on these channels. This is because, unlike Defendants' unauthorized live pre-programmed channels, the 24/7 channels are not offered by any legitimate service, so they must be digitally curated and compiled into a library before they can be transmitted through the AATV Platforms. That creation process necessarily entails reproducing copies of the relevant television program(s) or movie(s) to assemble them into a form that can be streamed continuously.

36.     Apart from live pre-programmed and "24/7" channels, Defendants also provide VOD offerings via the AATV Platforms. Subscribers using iOS devices can access AATV's VOD offerings through the same AATV Platform (Supa Legacy IPTV) used to access AATV's IPTV service. Subscribers using Android devices can access the VOD offerings via a separate application. All of the AATV Platforms, regardless of whether the platforms are being used on an iOS or Android device, can be accessed using the same credentials created during the sign-up process.

37.     The AATV VOD Platforms contain over 600 movie titles and 600 television series. Because television series often include multiple seasons, with multiple episodes, the actual number of television programs offered via VOD is likely in the thousands. The VOD interface on the AATV Platform for Android users organizes the movie and television series offerings into categories, including the legitimate streaming services on which the movies and television series appear, such as "Netflix," "Amazon Prime Video," "Hulu," "HBOMax," and "Disney+," as depicted in part in the image below. AATV's VOD library includes content exclusively found on these streaming services.

///

///

///

///

14

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899



38.     Once a subscriber selects a VOD offering, the title, along with an image showing a theatrical poster or cover art for the title, appears on the subscriber's screen.  After clicking "play" on the title that a subscriber wishes to view, the subscriber will receive a stream of the movie or television show from the beginning "on demand."  Attached as **Exhibit 21** are true and correct copies of screen captures reflecting certain VOD offerings of Plaintiffs' Copyrighted Works on the AATV VOD Platforms.

39.     Based on my experience investigating unauthorized streaming services and my familiarity with the operation of VOD services and their technology, the provision of a library of on-demand content requires the creation of digital copies of Plaintiffs' Copyrighted Works, which are then stored on servers and streamed "on demand."

### *How Defendants' Quality Restreams Service Works*

40.     Quality Restreams provides content, i.e., live channels and VOD offerings, to several third-party IPTV services via certain IP addresses and/or domain-based access.

41.     In particular, Quality Restreams uses several disparate domains in order to stream and provide content to IPTV operators, including qualityrestreams.com, qsplaylist.com, qualitystreamz.guru, and qsprovider.com. For example, our investigation revealed that CosmosTV, an unauthorized third-

DECLARATION OF JAN VAN VOORN
ISO PLTF'S MOTION FOR PRELIMINARY INJUNCTION

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

party IPTV service, was sourcing content from a content delivery server located at IP address 23.237.94.34.  By analyzing the DomainTools Domain Name System (DNS) information for this IP address, the GPS team determined that this IP address was used by several domains owned and/or operated by Defendants, including qsplaylist.com, myaatv.com, and allaccessiptv.com.  Likewise, StreamBuddy.ca, a third-party IPTV service, was sourcing content from a content delivery server located at IP address 50.7.69.202, an IP address used by the domain qualityrestreams.com.

42.     The evidence gathered in our investigation also supports the conclusion that AATV obtains its content from Quality Restreams.  Among other things, AATV's content is sourced from mediaflo.net.[8]  Until recently, mediaflo.net's subdomain, shou06.mediaflo.net, used the IP address 23.237.162.170, an address that is very close to an IP address used by the domain qsplaylist.com. Moreover, by analyzing the internet protocol traffic for the AATV Platform for Android users, the GCP team determined that the platform sourced certain of its images from the domain qsplaylist.com at the IP address 23.237.94.34.[9]  Further, the domain aatvapp.live has used the IP address 104.243.41.74, an IP address that has been used by the domains qsplaylist.com, qualitystreamz.guru, and qsprovider.com.

43.     As discussed above, the evidence gathered in GCP's investigation strongly supports the conclusion that Defendants, the AATV Platforms, and the Quality Restreams service are employing their Websites and technology to transmit the unauthorized live channels and 24/7 channels, as well as the VOD offerings.

### *Defendants' Reseller Network*

44.     Defendants have created and grown a network of resellers who market

---

[8] In late 2020, the AATV Platform for iOS users sourced its content mainly from qsplaylist.com.

[9] A current analysis of internet protocol traffic for the AATV Platform for Android users shows that it currently sources its images from allaccesstv.live and mediaflo.net.

16

DECLARATION OF JAN VAN VOORN
ISO PLTF'S MOTION FOR PRELIMINARY INJUNCTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  and promote AATV to attract new subscribers to the illegal service and to sell

2  AATV subscriptions on their behalf.

3      45.    Defendants operate the reseller program like a multilevel marketing

4  scheme.  The reseller program essentially works like this: Defendants recruit

5  individuals, namely existing AATV customers, to market and sell subscriptions to

6  end users on their behalf.  Resellers then earn money based on their recruits' sales

7  as well as their own.  For example, in 2020, if a recruit sold a $25 per month

8  subscription, the reseller that recruited him or her earned a $10 commission on that

9  sale.  As a result, resellers are encouraged to recruit as many individuals as possible

10  to sell AATV subscriptions in order to maximize their commissions.  Attached as

11  **Exhibit 22** is a true and correct copy of a receipt for an AATV subscription

12  showing a $10 upline for a reseller on an order of $25 (certain identifying

13  information has been redacted from this screenshot).

14      46.    Mr. Johnson himself has advertised the reseller program as a

15  "streaming TV franchise opportunity," where resellers have the potential to earn

16  large salaries, obtain car and mortgage allowances, and discounts on their own

17  AATV subscriptions (as shown in the image below).  Mr. Johnson has also claimed

18  that several resellers have earned six figure residuals in 2020, as depicted below.

19  Attached as **Exhibits 23 and 24** are true and correct copies of screen captures of

20  certain of Mr. Johnson's social media posts containing these advertisements.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

17

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

47.     Defendants' reseller network is already expansive and we have reason to believe that it is only growing.  For example, Mr. Johnson has boasted on social media platforms to have over 600+ "[s]ales agents."  *See* **Ex. 24**.  Defendants' private Facebook group for AATV resellers (described above) had over 780 members in late 2020.  *See* **Ex. 7**.  And, as described above, Defendants have also expanded their reseller program to the Philippines.

48.     Defendants' resellers are located throughout the country, including in California.  These resellers also sell AATV subscriptions to individuals located in California.  For example, in 2020 and 2021, one of Defendants' resellers sold AATV subscriptions to a GCP investigator located in California.  Attached as **Exhibit 25** are true and correct copies of screen captures of communications between the GCP investigator and Defendants' reseller.

DECLARATION OF JAN VAN VOORN
ISO PLTF'S MOTION FOR PRELIMINARY INJUNCTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**Defendants' Efforts to Conceal Their Infringing Conduct**

49.    Our investigation has revealed that Defendants have taken a number of steps to avoid detection of their continued infringing conduct.

50.    To start, Defendants have failed to register AATV and Quality Restreams as corporate entities.

51.    In addition, as described above, Defendants also use a complex and seemingly endless web of various websites, domain names, and applications to operate their infringing AATV and Quality Restreams services.  Indeed, the registrant information for many of the domains underlying both the AATV and Quality Restreams services are shielded by privacy proxies, including aatvdigitalmedia.com, allaccesstv.live, and mediaflo.net.  As mentioned above, the GCP team only discovered Mr. Johnson's identity as the registrant for myaatv.com through a Domains by Proxy registrant request.  Based on my experience investigating unauthorized IPTV services, many operators of illegal IPTV services choose to register domain names through a proxy in an attempt to conceal their connection with the unlawful services.

52.    Moreover, Defendants have seemingly set-up the reseller network in a way that helps keep their role as the orchestrators of these enterprises concealed.  For instance, it is not possible to purchase an AATV subscription directly from Mr. Johnson.  GCP investigators tried to purchase an AATV subscription from Mr. Johnson himself on multiple occasions but were unable to reach him.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this 1st day of December 2021 at Redondo Beach, California.

Jan Van Voorn

19

DECLARATION OF JAN VAN VOORN
ISO PLTF'S MOTION FOR PRELIMINARY INJUNCTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800