# EXHIBIT 1

EXHIBIT 1
Page 20

```
Domain Name: allaccessiptv.com
Registry Domain ID: 2107384316_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2017-03-23T16:41:11Z
Creation Date: 2017-03-23T16:41:11Z
Registrar Registration Expiration Date: 2018-03-23T16:41:11Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Dwayne Johnson
Registrant Organization:
Registrant Street:
Registrant Street:
Registrant City: Coconut Creek
Registrant State/Province: Florida
Registrant Postal Code:
Registrant Country: US
Registrant Phone: +1.9547566552
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@dwaynejohnson.info
Registry Admin ID: Not Available From Registry
Admin Name: Dwayne Johnson
Admin Organization:
Admin Street:
Admin Street:
Admin City: Coconut Creek
Admin State/Province: Florida
Admin Postal Code:
Admin Country: US
Admin Phone: +1.9547566552
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@dwaynejohnson.info
```

EXHIBIT 1
Page 21