# EXHIBIT 2

EXHIBIT 2
Page 22

Dear Jan,

Thank you for your reply.

Based on our review of the information you provided, we are disclosing our customer's underlying contact information so you can communicate directly with the domain hold

Dwayne Johnson

Coconut Creek Florida

United States

+1.9547566552

phaseonemarketinginc@gmail.com

This information was provided by the customer and Domains By Proxy cannot guarant accuracy. If the information proves to be invalid, please let us know. In your email, ple: provide a "bounce" message showing the email address is invalid or a scan of postal m returned due to an invalid mailing address.

EXHIBIT 2
Page 23