# EXHIBIT 3

EXHIBIT 3
Page 24



EXHIBIT 3
Page 25