# EXHIBIT 4

EXHIBIT 4
Page 26



EXHIBIT 4
Page 27