# EXHIBIT 5

EXHIBIT 5
Page 28

Pacific Time: 2:13 pm Wednesday, Oct 28th, 2020
IPTV community
Search...
Log in
Register
Welcome to IPTV Community! You need login/register in-order to access forum without restriction.
Forums
What's new
Reseller
Subscription
IPTV Help Center
Login to Dashboard
D
DJ_Boxx
New Member · 43
Messages
20
Reaction score
3
Points
3
Joined: Dec 7, 2017 Last seen: Aug 20, 2020
Find
LATEST ACTIVITY
POSTINGS
ABOUT
POST AREAS
Birthday: (Age: 43)
Gender: Male

EXHIBIT 5
Page 29