# EXHIBIT 6

EXHIBIT 6
Page 30



EXHIBIT 6
Page 31