# EXHIBIT 7

EXHIBIT 7
Page 32





EXHIBIT 7
Page 33



EXHIBIT 7
Page 34