# EXHIBIT 8

EXHIBIT 8
Page 35



EXHIBIT 8
Page 36