# EXHIBIT 9

EXHIBIT 9
Page 37

# VPN SAFE VAULT LLC

| | |
|---|---|
| Company Number | 0803570431 |
| Status | In Existence |
| Incorporation Date | 10 March 2020 (over 1 year ago) |
| Company Type | Domestic Limited Liability Company (LLC) |
| Jurisdiction | Texas (US) |
| Registered Address | 4645 AVON LN STE 345<br>FRISCO<br>75033-1215<br>TX<br>USA |
| Alternative Names | VPN SAFE VAULT LLC (trading name, 2020-03-11 - ) |
| Agent Name | InCorp Services, Inc |
| Agent Address | 815 Brazos St, Ste 500, Austin, TX, 78701, USA |
| Directors / Officers | Dwayne Johnson, manager<br>InCorp Services, Inc, agent |
| Registry Page | https://mycpa.cpa.state.tx.us/coa/ |

## Recent filings for VPN SAFE VAULT LLC

10 Mar 2020    CERTIFICATE OF FORMATION

Source Texas Secretary of State, https://direct.sos.state.tx.us/help/h..., 11 Jun 2021

**ADD DATA (WEBSITE, ADDRESS, ETC)**

## Company Addresses

MAILING ADDRESS
815 BRAZOS ST STE 500, AUSTIN, TX, 78701

---

**Company network**
Not yet available for this company

**9:50**  28 October Thursday

**Latest Events**

- 2021-03-01 - 2021-04-30   Addition of officer 00000000, agent
- 2021-04-30 - 2021-05-31   Addition of officer InCorp Services, Inc, agent
- 2021-06-01 - 2021-06-10   Removal of officer 00000000, agent

See all events

**Corporate Grouping** USER CONTRIBUTED
None known. Add one now?
See all corporate groupings

EXHIBIT 9
Page 38