# EXHIBIT 10

EXHIBIT 10
Page 39



EXHIBIT 10
Page 40