# EXHIBIT 11

EXHIBIT 11
Page 41



EXHIBIT 11
Page 42