# EXHIBIT 12

EXHIBIT 12
Page 43



EXHIBIT 12
Page 44



EXHIBIT 12
Page 45



EXHIBIT 12
Page 46