# EXHIBIT 13

EXHIBIT 13
Page 47



EXHIBIT 13
Page 48