# EXHIBIT 14

EXHIBIT 14
Page 49



EXHIBIT 14
Page 50