# EXHIBIT 15

EXHIBIT 15
Page 51



EXHIBIT 15
Page 52



EXHIBIT 15
Page 53