# EXHIBIT 16

EXHIBIT 16
Page 54



EXHIBIT 16
Page 55



EXHIBIT 16
Page 56