# EXHIBIT 17

EXHIBIT 17
Page 57





EXHIBIT 17
Page 58





EXHIBIT 17
Page 59