# EXHIBIT 18

EXHIBIT 18
Page 60



EXHIBIT 18
Page 61



EXHIBIT 18
Page 62