# EXHIBIT 19

EXHIBIT 19
Page 63



EXHIBIT 19
Page 64



EXHIBIT 19
Page 65