# EXHIBIT 20

EXHIBIT 20
Page 66





EXHIBIT 20
Page 68



EXHIBIT 20
Page 69



EXHIBIT 20
Page 70