# EXHIBIT 21

EXHIBIT 21
Page 71



EXHIBIT 21
Page 72



EXHIBIT 21
Page 73



EXHIBIT 21
Page 74



EXHIBIT 21
Page 75



EXHIBIT 21
Page 76



EXHIBIT 21
Page 77