# EXHIBIT 22

EXHIBIT 22
Page 78



EXHIBIT 22
Page 79