# EXHIBIT 23

EXHIBIT 23
Page 80



EXHIBIT 23
Page 81