# EXHIBIT 24

EXHIBIT 24
Page 82



EXHIBIT 24
Page 83