# EXHIBIT 25

EXHIBIT 25
Page 84



And for the iPad, go to your App Store and download the App called "Supa Legacy IPTV" you want be able to login until I set up your free trial account! To do so all I need is the following:
First and last name
Complete address
Email and cell
And a created password (only letters and numbers)

After I have set up your account, I will message you the login information!

Once you have downloaded that app, take a photo of the screen with the long #, that's your MAC address. I will need that to get your iPad activated!



EXHIBIT 25
Page 85