Elizabeth A. McNamara (*Pro Hac Vice* Application forthcoming)
   lizmcnamara@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Fax: (212) 489-8340

Sean M. Sullivan, Esq. (Cal. Bar No. 229104)
   seansullivan@dwt.com
Arleen Fernandez (Cal. Bar No. 318205)
   arleenfernandez@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and, SCREEN GEMS, INC. | ) Case No. 2:21-cv-09361-AB (MRWx) <br><br> ) **DECLARATION OF SEAN M.** <br> ) **SULLIVAN IN SUPPORT OF** <br> ) **MOTION FOR PRELIMINARY** <br> ) **INJUNCTION** <br><br> ) Judge:    Hon. Andre Birotte Jr. <br> ) Date:     January 7, 2022 <br> ) Time:    10:00 a.m. <br> ) Courtroom: 7B |
|               Plaintiffs, <br><br>    vs. <br><br> DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, <br><br>               Defendants. | ) Filed concurrently herewith: <br> ) (1) Motion for Preliminary Injunction <br> ) (2) Declaration of Jan Van Voorn <br> ) (3) Declaration of Steve Kang <br> ) (4) [Proposed] Preliminary Injunction <br><br> ) Action Filed:  December 2, 2021 <br> ) Trial Date:  None Set <br> ) <br> ) |

## <u>DECLARATION OF SEAN M. SULLIVAN</u>

I, Sean M. Sullivan, declare as follows:

1.      I am a partner with the law firm of Davis Wright Tremaine LLP, and I represent the Plaintiffs in the above-captioned action.  I submit this declaration in support of Plaintiffs' motion for a preliminary injunction ("Motion").  The statements made in this declaration are based on my personal knowledge.  If called to testify as a witness, I would testify as follows.

2.      Attached hereto as **Exhibit 1** is the Certificate of Registration to the motion picture entitled, *Fast & Furious Presents: Hobbs & Shaw*, and bearing the U.S. Copyright Registration No. PA 2-192-296.

3.      Attached hereto as **Exhibit 2** is the Certificate of Registration to the motion picture entitled, *The Invisible Man*, and bearing the U.S. Copyright Registration No. PA 2-230-559.

4.      Attached hereto as **Exhibit 3** is the Certificate of Registration to the motion picture entitled, *Identity Thief*, and bearing the U.S. Copyright Registration No. PA 1-833-795.

5.      Attached hereto as **Exhibit 4** is the Certificate of Registration to the motion picture entitled, *Jason Bourne*, and bearing the U.S. Copyright Registration No. PA 2-002-679.

6.      Attached hereto as **Exhibit 5** is the Certificate of Registration to the motion picture entitled, *Jurassic World*, and bearing the U.S. Copyright Registration No. PA 1-946-359.

7.      Attached hereto as **Exhibit 6** is the Certificate of Registration to the motion picture entitled, *Jurassic World: Fallen Kingdom*, and bearing the U.S. Copyright Registration No. PA 2-146-543.

8.      Attached hereto as **Exhibit 7** is the Certificate of Registration to the motion picture entitled, *The Secret Life of Pets*, and bearing the U.S. Copyright Registration No. PA 1-992-458.

DECLARATION OF SEAN M. SULLIVAN ISO PLTF'S
MOTION FOR PRELIMINARY INJUNCTION

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

9.      Attached hereto as **Exhibit 8** is the Certificate of Registration to the motion picture entitled, *Split*, and bearing the U.S. Copyright Registration No. PA 2-021-437.

10.     Attached hereto as **Exhibit 9** is the Certificate of Registration to the motion picture entitled, *Dinner Party – (The Office)*, and bearing the U.S. Copyright Registration No. PA 1-627-229.

11.     Attached hereto as **Exhibit 10** is the Certificate of Registration to the motion picture entitled, *Trolls World Tour*, and bearing the U.S. Copyright Registration No. PA 2-259-027.

12.     Attached hereto as **Exhibit 11** is the Certificate of Registration to the motion picture entitled, *Back to the Future*, and bearing the U.S. Copyright Registration No. PA 266-708.

13.     Attached hereto as **Exhibit 12** is the Certificate of Registration to the motion picture entitled, *Knocked Up*, and bearing the U.S. Copyright Registration No. PA 1-375-523.

14.     Attached hereto as **Exhibit 13** is the Certificate of Registration to the motion picture entitled, *Toy Story 3*, and bearing the U.S. Copyright Registration No. PA 1-688-323.

15.     Attached hereto as **Exhibit 14** is the Certificate of Registration to the motion picture entitled, *Wreck-It-Ralph*, and bearing the U.S. Copyright Registration No. PA 1-814-870.

16.     Attached hereto as **Exhibit 15** is the Certificate of Registration to the motion picture entitled, *Black-Ish "Rock, Paper, Scissors, Gun" (201)*, and bearing the U.S. Copyright Registration No. PA 1-967-854.

17.     Attached hereto as **Exhibit 16** is the Certificate of Registration to the motion picture entitled, *How to Get Away With Murder "It's All Her Fault" (102)*, and bearing the U.S. Copyright Registration No. PA 1-927-414.

18.     Attached hereto as **Exhibit 17** is the Certificate of Registration to the

DECLARATION OF SEAN M. SULLIVAN ISO PLTF'S
MOTION FOR PRELIMINARY INJUNCTION

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

motion picture entitled, *Da 5 Bloods*, and bearing the U.S. Copyright Registration No. PA 2-259-842.

19.     Attached hereto as **Exhibit 18** is the Certificate of Registration to the motion picture entitled, *Eurovision Song Contest: The Story of Fire Saga*, and bearing the U.S. Copyright Registration No. PA 2-261-556.

20.     Attached hereto as **Exhibit 19** is the Certificate of Registration to the motion picture entitled, *Indecent Proposal*, and bearing the U.S. Copyright Registration No. PA 610-723.

21.     Attached hereto as **Exhibit 20** is the Certificate of Registration to the motion picture entitled, *Jack Reacher*, and bearing the U.S. Copyright Registration No. PA 1-817-771.

22.     Attached hereto as **Exhibit 21** is the Certificate of Registration to the motion picture entitled, *A Quiet Place*, and bearing the U.S. Copyright Registration No. PA 2-090-823.

23.     Attached hereto as **Exhibit 22** is the Certificate of Registration to the motion picture entitled, *The Godfather*, and bearing the U.S. Copyright Registration No. LP 40553.

24.     Attached hereto as **Exhibit 23** is the Certificate of Registration to the motion picture entitled, *Mission: Impossible – Rouge Nation*, and bearing the U.S. Copyright Registration No. PA 1-951-538.

25.     Attached hereto as **Exhibit 24** is the Certificate of Registration to the motion picture entitled, *Coming to America*, and bearing the U.S. Copyright Registration No. PA 376-420.

26.     Attached hereto as **Exhibit 25** is the Certificate of Registration to the motion picture entitled, *Grease*, and bearing the U.S. Copyright Registration No. PA 16-189.

27.     Attached hereto as **Exhibit 26** is the Certificate of Registration to the motion picture entitled, *Star Trek Into Darkness*, and bearing the U.S. Copyright

DECLARATION OF SEAN M. SULLIVAN ISO PLTF'S
MOTION FOR PRELIMINARY INJUNCTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Registration Nos. PA 1-837-943.

28.     Attached hereto as **Exhibit 27** is the Certificate of Registration to the motion picture entitled, *Mean Girls*, and bearing the U.S. Copyright Registration No. PA 1-233-942.

29.     Attached hereto as **Exhibit 28** is the Certificate of Registration to the motion picture entitled, *Beverly Hills Cop*, and bearing the U.S. Copyright Registration No. PA 235-452.

30.     Attached hereto as **Exhibit 29** is the Certificate of Registration to the motion picture entitled, *Venom*, and bearing the U.S. Copyright Registration No. PA 2-131-027.

31.     Attached hereto as **Exhibit 30** is the Certificate of Registration to the motion picture entitled, *The Karate Kid*, and bearing the U.S. Copyright Registration No. PA 216-986.

32.     Attached hereto as **Exhibit 31** is the Certificate of Registration to the motion picture entitled, *Spider-Man: Homecoming*, and bearing the U.S. Copyright Registration No. PA 2-044-059.

33.     Attached hereto as **Exhibit 32** is the Certificate of Registration to the motion picture entitled, *Jumanji: The Next Level*, and bearing the U.S. Copyright Registration No. PA 2-221-398.

34.     Attached hereto as **Exhibit 33** is the Certificate of Registration to the motion picture entitled, *Bad Boys for Life*, and bearing the U.S. Copyright Registration No. PA 2-228-950.

35.     Attached hereto as **Exhibit 34** is the Certificate of Registration to the motion picture entitled, *The Amazing Spider-Man*, and bearing the U.S. Copyright Registration No. PA 1-793-261.

36.     Attached hereto as **Exhibit 35** is the Certificate of Registration to the motion picture entitled, *The Amazing Spider-Man 2*, and bearing the U.S. Copyright Registration No. PA 1-889-675.

DECLARATION OF SEAN M. SULLIVAN ISO PLTF'S
MOTION FOR PRELIMINARY INJUNCTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

37.     Attached hereto as **Exhibit 36** is the Certificate of Registration to the motion picture entitled, *Bad Boys*, and bearing the U.S. Copyright Registration No. PA 699-273.

38.     Attached hereto as **Exhibit 37** is the Certificate of Registration to the motion picture entitled, *Ghostbusters*, and bearing the U.S. Copyright Registration No. PA 2-209-511.

39.     Attached hereto as **Exhibit 38** is the Certificate of Registration to the motion picture entitled, *Men in Black: International*, and bearing the U.S. Copyright Registration No. PA 2-185-238.

40.     Attached hereto as **Exhibit 39** is the Certificate of Registration to the motion picture entitled, *Men in Black*, and bearing the U.S. Copyright Registration No. PA 845-156.

41.     Attached hereto as **Exhibit 40** is the Certificate of Registration to the motion picture entitled, *Men in Black II*, and bearing the U.S. Copyright Registration No. PA 1-089-930.

42.     Attached hereto as **Exhibit 41** is the Certificate of Registration to the motion picture entitled, *Men in Black 3*, and bearing the U.S. Copyright Registration No. PA 1-787-577.

43.     Attached hereto as **Exhibit 42** is the Certificate of Registration to the motion picture entitled, *Spider-Man*, and bearing the U.S. Copyright Registration No. PA 1-079-955.

44.     Attached hereto as **Exhibit 43** is the Certificate of Registration to the motion picture entitled, *Spider-Man 2*, and bearing the U.S. Copyright Registration No. PA 1-222-519.

45.     Attached hereto as **Exhibit 44** is the Certificate of Registration to the motion picture entitled, *Spider-Man 3*, and bearing the U.S. Copyright Registration No. PA 1-332-103.

46.     Attached hereto as **Exhibit 45** is the Certificate of Registration to the

DECLARATION OF SEAN M. SULLIVAN ISO PLTF'S
MOTION FOR PRELIMINARY INJUNCTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

motion picture entitled, *Spider-Man: Far from Home*, and bearing the U.S. Copyright Registration No. PA 2-189-651.

47.     Attached hereto as **Exhibit 46** is the Certificate of Registration to the motion picture entitled, *Harry Potter and the Deathly Hallows Part 1*, and bearing the U.S. Copyright Registration No. PA 1-721-904.

48.     Attached hereto as **Exhibit 47** is the Certificate of Registration to the motion picture entitled, *Harry Potter and the Sorcerer's Stone*, and bearing the U.S. Copyright Registration No. PA 1-063-646.

49.     Attached hereto as **Exhibit 48** is the Certificate of Registration to the motion picture entitled, *Harry Potter and the Prisoner of Azkaban*, and bearing the U.S. Copyright Registration No. PA 1-222-542.

50.     Attached hereto as **Exhibit 49** is the Certificate of Registration to the motion picture entitled, *Harry Potter and the Goblet of Fire*, and bearing the U.S. Copyright Registration No. PA 1-279-121.

51.     Attached hereto as **Exhibit 50** is the Certificate of Registration to the motion picture entitled, *Harry Potter and the Order of the Phoenix*, and bearing the U.S. Copyright Registration No. PA 1-355-547.

52.     Attached hereto as **Exhibit 51** is the Certificate of Registration to the motion picture entitled, *Harry Potter and the Half-Blood Prince*, and bearing the U.S. Copyright Registration No. PA 1-647-906.

53.     Attached hereto as **Exhibit 52** is the Certificate of Registration to the motion picture entitled, *Harry Potter and the Deathly Hallows Part 2*, and bearing the U.S. Copyright Registration No. PA 1-742-099.

54.     Attached hereto as **Exhibit 53** is the Certificate of Registration to the motion picture entitled, *Just Mercy*, and bearing the U.S. Copyright Registration No. PA 2-221-186.

55.     Attached hereto as **Exhibit 54** is the Certificate of Registration to the motion picture entitled, *Joker*, and bearing the U.S. Copyright Registration No. PA

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

2-205-188.

56.     Attached hereto as **Exhibit 55** is the Certificate of Registration to the motion picture entitled, *A Star Is Born*, and bearing the U.S. Copyright Registration No. PA 2-126-256.

57.     Attached hereto as **Exhibit 56** is the Certificate of Registration to the motion picture entitled, *Friends (Series) "The One After Ross Says Rachel"*, and bearing the U.S. Copyright Registration No. PA 903-501.

58.     Attached hereto as **Exhibit 57** is the Certificate of Registration to the motion picture entitled, *Scoob!*, reflecting U.S. Copyright Registration No. PA 2-253-641.

59.     Attached hereto as **Exhibit 58** is the Certificate of Registration to the motion picture entitled, *Suicide Squad*, and bearing the U.S. Copyright Registration No. PA 1-995-698.

60.     Attached hereto as **Exhibit 59** is the Certificate of Registration to the motion picture entitled, *Troop Zero*, and bearing the U.S. Copyright Registration No. PA 2-223-593.

61.     Attached hereto as **Exhibit 60** is a true and correct copy of the Copyright Office's website's summary of registration information for the motion picture entitled, *Pass Over*, reflecting U.S. Copyright Registration No. PA 2-104-410.

62.     Attached hereto as **Exhibit 61** is a true and correct copy of the Copyright Office's website's summary of registration information for the motion picture entitled, *Chemical Hearts*, reflecting U.S. Copyright Registration No. PA 2-253-607.

63.     Attached hereto as **Exhibit 62** is a true and correct copy of the Copyright Office's website's summary of registration information for the motion picture entitled, *Black Box*, reflecting U.S. Copyright Registration No. PA 2-260-261.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

64.     Attached hereto as **Exhibit 63** is the Certificate of Registration to the motion picture entitled, *Ted Bundy: Falling for a Killer: 101, Boy Meets Girl*, and bearing the U.S. Copyright Registration No. PA 2-231-189.

65.     Attached hereto as **Exhibit 64** is the Certificate of Registration to the motion picture entitled, *Easy A*, and bearing the U.S. Copyright Registration No. PA 1-698-112.

66.     Attached hereto as **Exhibit 65** is the Certificate of Registration to the motion picture entitled, *Think Like A Man*, and bearing the U.S. Copyright Registration No. PA 1-782-033.

67.     Attached hereto as **Exhibit 66** is the Certificate of Registration to the motion picture entitled, *Palmer*, and bearing the U.S. Copyright Registration No. PA 2-286-734.

68.     Attached hereto as **Exhibit 67** is the Certificate of Registration to the motion picture entitled, *Servant: Episode 101-Reborn*, and bearing the U.S. Copyright Registration No. PA 2-278-451.

69.     Attached hereto as **Exhibit 68** is the Copyright Office's website's summary of registration information for the motion picture entitled, *See-Episode 101*, reflecting U.S. Copyright Registration No. PA 2-237-475.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 8, 2021, at Los Angeles, California.

By:    /s/ Sean M. Sullivan
           Sean M. Sullivan

DECLARATION OF SEAN M. SULLIVAN ISO PLTF'S
MOTION FOR PRELIMINARY INJUNCTION

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899