# EXHIBIT 1

Exhibit 1
Page 10

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-192-296**

**Effective Date of Registration:**
July 31, 2019



### Title
| | |
|---|---|
| Title of Work: | Fast & Furious Presents: Hobbs & Shaw |

### Completion/Publication
| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | July 31, 2019 |
| Nation of 1st Publication: | Egypt |
| Preregistration: | PRE000010825 |

### Author
| | |
|---|---|
| • Author: | Universal City Studios LLC |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |

### Copyright Claimant
| | |
|---|---|
| Copyright Claimant: | Universal City Studios Productions LLLP<br>100 Universal City Plaza, Universal City, CA, 91608 |
| Transfer statement: | By written agreement |

### Limitation of copyright claim
| | |
|---|---|
| Material excluded from this claim: | preexisting music |
| New material included in claim: | all other cinematographic material |

### Certification
| | |
|---|---|
| Name: | Carly Seabrook |
| Date: | July 31, 2019 |

Page 1 of 1

Exhibit 1
Page 11