# EXHIBIT 2

Exhibit 2
Page 12

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-230-559

**Effective Date of Registration:**
February 26, 2020
**Registration Decision Date:**
February 28, 2020

---

## Title

**Title of Work:** The Invisible Man

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** February 26, 2020
**Nation of 1st Publication:** Egypt
**Preregistration:** PRE000011217

## Author

- **Author:** Disguised Productions PTY Ltd.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Disguised Productions, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Universal City Studios Productions LLLP
100 Universal City Plaza, Universal City, CA 91608
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music
**New material included in claim:** all other cinematographic material

## Certification

Page 1 of 2

Exhibit 2
Page 13

**Name:** Carly Seabrook
**Date:** February 26, 2020

**Correspondence:** Yes