# EXHIBIT 3

Exhibit 3
Page 15

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-833-795

**Effective date of registration:**

February 8, 2013

## Title
**Title of Work:** Identity Thief

## Completion/Publication
**Year of Completion:** 2012
**Date of 1st Publication:** February 7, 2013         **Nation of 1st Publication:** Croatia
**Preregistration:** PRE000006138

## Author
- **Author:** Universal City Studios LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States         **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Universal City Studios Productions LLLP
100 Universal City Plaza, Universal City, CA, 91608
**Transfer Statement:** By written agreement

## Limitation of copyright claim
**Material excluded from this claim:** script/screenplay, preexisting music
**Previous registration and year:** PAu 3-633-637    2012
**New material included in claim:** all other cinematographic material

## Certification
**Name:** Carly Seabrook
**Date:** February 7, 2013

Page 1 of 1

Exhibit 3
Page 16