# EXHIBIT 4

Exhibit 4
Page 17

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-002-679**

**Effective Date of Registration:**
August 08, 2016

## Title

**Title of Work:** Jason Bourne

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** July 27, 2016
**Nation of 1st Publication:** Indonesia
**Preregistration:** PRE000008861

## Author

- **Author:** Universal City Studios LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Universal City Studios Productions LLLP
100 Universal City Plaza, Universal City, CA, 91608
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting music
**Previous registration and year:** pending, 2016

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Carly Seabrook
**Date:** August 01, 2016

Page 1 of 1

Exhibit 4
Page 18