# EXHIBIT 5

Exhibit 5
Page 19

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-946-359**

**Effective Date of Registration:**
June 10, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Jurassic World |
| **Previous or Alternate Title:** | Ebb Tide |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | June 10, 2015 |
| **Nation of 1st Publication:** | Belgium |
| **Preregistration:** | PRE000007974 |

## Author

| | |
|---|---|
| • **Author:** | Universal City Studios LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Amblin Entertainment LLC<br>100 Universal City Plaza, Universal City, CA, 91608 |
| **Transfer statement:** | By written agreement |
| **Copyright Claimant:** | Universal City Studios Productions LLLP<br>100 Universal City Plaza, Universal City, CA, 91608 |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting music |
| **Previous registration and year:** | 2015 |
| **New material included in claim:** | all other cinematographic material |

## Certification

Page 1 of 2

Exhibit 5
Page 20

**Name:** Carly Seabrook
**Date:** June 10, 2015

---

**Correspondence:** Yes

