# EXHIBIT 6

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**PA 2-146-543**
**Effective Date of Registration:**
June 19, 2018

## Title

**Title of Work:** Jurassic World: Fallen Kingdom

**Previous or Alternate Title:** Jurassic World 2

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 06, 2018
**Nation of 1st Publication:** Belgium
**Preregistration:** PRE000010310

## Author

- **Author:** Universal City Studios LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Universal City Studios Productions LLLP
100 Universal City Plaza, Universal City, CA, 91608
**Transfer statement:** By written agreement

**Copyright Claimant:** Amblin Entertainment, Inc.
100 Universal City Plaza, Universal City, CA, 91608
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Certification



**Name:** Carly Seabrook
**Date:** June 18, 2018

---