# EXHIBIT 8

Exhibit 8
Page 28

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-021-437**

**Effective Date of Registration:**
February 03, 2017

## Title

    **Title of Work:** Split

## Completion/Publication

    **Year of Completion:** 2016
    **Date of 1st Publication:** January 18, 2017
    **Nation of 1st Publication:** Philippines
    **Preregistration:** PRE000009310

## Author

-     **Author:** K.W. Crumb Productions, LLC
    **Author Created:** entire motion picture
    **Work made for hire:** Yes
    **Citizen of:** United States
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Universal City Studios Productions LLLP
    100 Universal City Plaza, Universal City, CA, 91608
    **Transfer statement:** By written agreement

## Limitation of copyright claim

    **Material excluded from this claim:** preexisting music
    **New material included in claim:** all other cinematographic material

## Certification

    **Name:** Carly Seabrook
    **Date:** January 23, 2017

Page 1 of 1

Exhibit 8
Page 29