# EXHIBIT 9

Exhibit 9
Page 30

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**PA 1-627-229**

**Effective date of registration:**

May 7, 2008

## Title
**Title of Work:** Dinner Party - (The Office)
**Nature of Work:** Motion Picture

## Completion/Publication
**Year of Completion:** 2008
**Date of 1st Publication:** April 10, 2008   **Nation of 1st Publication:** United States

## Author
- **Author:** Universal Network Television LLC
  **Author Created:** Co-Author of Entire work.
  **Work made for hire:** Yes
  **Anonymous:** No    **Pseudonymous:** No
- **Author:** NBC Studios, Inc.
  **Author Created:** Co-Author of Entire work.
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Anonymous:** No    **Pseudonymous:** No

## Copyright claimant
**Copyright Claimant:** Universal Network Television LLC
100 Universal City Plaza, Universal City, CA 91608

**Copyright Claimant:** NBC Studios, Inc.
100 Universal City Plaza, Universal City, CA 91608

## Limitation of copyright claim
**Previously registered:** No

Exhibit 9
Page 31

Page 1 of 2

## Certification

**Name:** Carly Seabrook

**Date:** May 2, 2008

Exhibit 9
Page 32
Page 2 of 2