# EXHIBIT 10

Exhibit 10
Page 33

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**PA 2-259-027**

Effective Date of Registration:
March 12, 2020
Registration Decision Date:
October 01, 2020

## Title

Title of Work: Trolls World Tour

## Completion/Publication

Year of Completion: 2020
Date of 1st Publication: March 12, 2020
Nation of 1st Publication: Malaysia
Preregistration: PRE000011234

## Author

- Author: DreamWorks Animation L.L.C.
  Author Created: entire motion picture
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: DreamWorks Animation L.L.C.
100 Universal City Plaza, Universal City, CA 91608

## Limitation of copyright claim

Material excluded from this claim: preexisting music
New material included in claim: all other cinematographic material

## Certification

Name: Carly Seabrook
Date: March 12, 2020

Page 1 of 1

Exhibit 10
Page 34