# EXHIBIT 13

Exhibit 13
Page 41

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-688-323**

Effective date of registration:

July 19, 2010

## Title
**Title of Work:** TOY STORY 3

## Completion/Publication
**Year of Completion:** 2010
**Date of 1st Publication:** June 16, 2010          **Nation of 1st Publication:** China

## Author
- **Author:** Pixar
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Pixar
1200 Park Avenue, Emeryville, CA 94608 United States
**Transfer Statement:** By written agreement

**Copyright Claimant:** Disney Enterprises, Inc.
500 S. Buena Vista, Burbank, CA 911521 United States
**Transfer Statement:** By written agreement

## Limitation of copyright claim
**Material excluded from this claim:** script/screenplay, based on preexisting Disney/Pixar artwork.
**New material included in claim:** all other cinematographic material, Revisions/additions to script as spoken text

## Certification

Exhibit 13
Page 42

Page 1 of 2

**Name:** Gary Young Lim
**Date:** June 21, 2010
**Applicant's Tracking Number:** 90575



Exhibit 13
Page 43

Page 2 of 2