# EXHIBIT 14

Exhibit 14
Page 44

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-814-870**

**Effective date of registration:**

November 13, 2012

## Title

**Title of Work:** WRECK-IT RALPH

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** October 31, 2012   **Nation of 1st Publication:** Philippines

## Author

- **Author:** Walt Disney Animation Studios
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Disney Enterprises, Inc.
500 S. Buena Vista, Burbank, CA, 91521, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay

**New material included in claim:** all other cinematographic material, revisions/additions to script

## Certification

**Name:** Gary Young Lim

**Date:** November 5, 2012

**Applicant's Tracking Number:** 102649

Page 1 of 1

Exhibit 14
Page 45