# EXHIBIT 15

Exhibit 15
Page 46

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-967-854**

**Effective Date of Registration:**
October 23, 2015

## Title

Title of Work:  BLACK-ISH "ROCK, PAPER, SCISSORS, GUN" (201)

## Completion/Publication

Year of Completion:  2015
Date of 1st Publication:  September 30, 2015
Nation of 1st Publication:  United States

## Author

- Author:  ABC STUDIOS
Author Created:  entire motion picture, SCREENPLAY AS SPOKEN TEXT
Work made for hire:  Yes
Domiciled in:  United States

## Copyright Claimant

Copyright Claimant:  DISNEY ENTERPRISES, INC.
500 S. Buena Vista St., Burbank, CA, 91521, United States
Transfer statement:  Assignment

## Limitation of copyright claim

Material excluded from this claim:  preexisting music
New material included in claim:  all other cinematographic material, SCREENPLAY AS SPOKEN TEXT

## Certification

Name:  Thad Scroggins
Date:  October 12, 2015
Applicant's Tracking Number:  152839