# EXHIBIT 16

Exhibit 16
Page 48

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-927-414**

Effective date of registration:

October 17, 2014

---

## Title
**Title of Work:** HOW TO GET AWAY WITH MURDER "IT'S ALL HER FAULT" (102)

## Completion/Publication
**Year of Completion:** 2014
**Date of 1st Publication:** October 2, 2014    **Nation of 1st Publication:** United States

## Author
- **Author:** ABC Studios
  **Author Created:** Entire motion picture.
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** DISNEY ENTERPRISES, INC.
500 S. Buena Vista St., Burbank, CA, 91521, United States
**Transfer Statement:** Assignment

## Certification
**Name:** Thad Scroggins
**Date:** October 7, 2014
**Applicant's Tracking Number:** 113945