# EXHIBIT 17

Exhibit 17
Page 50

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-259-842**

**Effective Date of Registration:**
July 30, 2020

**Registration Decision Date:**
October 07, 2020

## Title

**Title of Work:** Da 5 Bloods

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 12, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Prospect Street Productions, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Netflix US, LLC
5808 Sunset Blvd, Los Angeles, CA, 90028, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music
**Previous registration and year:** PAu004033809, 2020
**New material included in claim:** all other cinematographic material, production as a motion picture

## Rights and Permissions

**Organization Name:** Netflix
**Name:** Copyright Administrator
**Email:** copyrightadmin@netflix.com

Page 1 of 2

Exhibit 17
Page 51

**Address:** 5808 Sunset Blvd
Los Angeles, CA 90028 United States

## Certification

**Name:** Lauren Simmonds
**Date:** July 30, 2020