# EXHIBIT 18

Exhibit 18
Page 53

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-261-556

**Effective Date of Registration:**
August 06, 2020
**Registration Decision Date:**
October 21, 2020

---

## Title

| | |
|---|---|
| **Title of Work:** | Eurovision Song Contest: The Story of Fire Saga |
| **Previous or Alternate Title:** | Eurovision |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2020 |
| **Date of 1st Publication:** | June 26, 2020 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Oblik Productions Limited |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Netflix US, LLC<br>5808 Sunset Blvd, Los Angeles, CA 90028 United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music |
| **Previous registration and year:** | PAu003985446, 2019 |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Netflix |

Page 1 of 2

Exhibit 18
Page 54

|      |      |
|-----:|:-----|
| **Name:** | Copyright Administrator |
| **Email:** | copyrightadmin@netflix.com |
| **Address:** | 5808 Sunset Blvd |
|      | Los Angeles, CA 90028 United States |

**Certification** _____

|      |      |
|-----:|:-----|
| **Name:** | Lauren Simmonds |
| **Date**: | August 06, 2020 |