# EXHIBIT 20

Exhibit 20
Page 58

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-817-771**

**Effective date of registration:**

December 21, 2012

## Title
- **Title of Work:** JACK REACHER
- **Previous or Alternative Title:** ONE SHOT

## Completion/Publication
- **Year of Completion:** 2012
- **Date of 1st Publication:** December 20, 2012
- **Nation of 1st Publication:** Hong Kong
- **Preregistration:** PRE000005928

## Author
- **Author:** Paramount Pictures Corporation
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Paramount Pictures Corporation
  5555 Melrose Avenue, Hollywood, CA, 90038

## Limitation of copyright claim
- **Material excluded from this claim:** script/screenplay, preexisting photograph(s), preexisting music, Preexisting artwork; preexisting film/video clips

- **New material included in claim:** all other cinematographic material, production as a motion picture, revisions/additions to script

## Certification
- **Name:** Scott Martin
- **Date:** December 20, 2012

Exhibit 20
Page 59

Page 1 of 1