# EXHIBIT 21

Exhibit 21
Page 60

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary A. Tugle*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-090-823**

Effective Date of Registration:
April 06, 2018

## Title

| | |
|---|---|
| Title of Work: | A QUIET PLACE |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | April 05, 2018 |
| Nation of 1st Publication: | United States |
| Preregistration: | PRE000010204 |

## Author

| | |
|---|---|
| • Author: | Paramount Pictures Corporation |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Paramount Pictures Corporation<br>5555 Melrose Avenue, Hollywood, CA, 90038, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | preexisting music |
| New material included in claim: | all other cinematographic material |

## Certification

| | |
|---|---|
| Name: | Scott Martin, EVP & Deputy General Counsel |
| Date: | April 05, 2018 |

Page 1 of 1

Exhibit 21
Page 61