# EXHIBIT 22

Exhibit 22
Page 62

# Certificate
## Registration of a Claim to Copyright
### in a motion picture

FORM L-M

CLASSES: L-M
REGISTRATION NO.: P 40553
DO NOT WRITE HERE

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name: Paramount Pictures Corporation

Address: 1 Gulf + Western Plaza, New York, New York 10023

Name: 

Address: 

**2. (a) Title:** THE GODFATHER
(Give the title of this particular motion picture as it appears on the copies)

**(b) Series Title:** 
(If work is part of a series with a continuing title, give series title)

**3. (a) Nature of Work:**
  X ☐ Photoplay      ☐ Motion picture other than a photoplay

**(b) Description of Copies:** 15,759 feet
(Give running time, footage, or number of reels)

**(c) Number of Prints Deposited:** (For unpublished works only)

**4. Author:**

Name: Paramount Pictures Corporation    Citizenship: U S A
(Name of country)

Domiciled in U.S.A. Yes X  No ___  Address: 202 N. Canon Drive, Beverly Hills, California 90210

**5. (a) Date of Publication:**

February 23, 1972
(Month) (Day) (Year)

**(b) Place of Publication:**

United States
(Name of country)

**6. Previous Registration or Publication:**

Was work previously registered? Yes ___ No ___ Date of registration ___ Registration number ___
Was work previously published? Yes ___ No ___ Date of publication ___ Registration number ___
Is there any substantial NEW MATTER in this version? Yes ___ No ___ If your answer is "Yes," give a brief general statement of the nature of the NEW MATTER in this version:

EXAMINER

*Complete all applicable spaces on next page*

Exhibit 22
Page 63

7. Deposit account:

Fulton Brylawski

8. Send correspondence to:

Name _____ Address _____

9. Send certificate to:

(Type or print name and address)

Name: Fulton Brylawski
Address: 224 E. Capitol Street
(Number and street)
Washington, D. C.      20003
(City)        (State)        (ZIP code)

## Information concerning copyright in motion pictures

*When to Use Form L-M.* Form L-M is appropriate for unpublished and published motion pictures.

*What Is a "Motion Picture"?* The copyright law provides for two classes of motion pictures.

—*Photoplays* (Class L) include motion pictures that are dramatic in character and tell a connected story, such as feature films, filmed television plays, and animated cartoons.

—*Motion Pictures Other Than Photoplays* (Class M) include such films as newsreels, travelogues, promotional films, nature studies, and filmed television programs having no plot.

*Unpublished Scenarios.* The Copyright Office cannot make registration for an unpublished scenario, synopsis, format, or general description of a motion picture.

*No "Blanket" Copyright.* The general idea, outline, or title of a motion picture or of a filmed series cannot be copyrighted. Registration for a motion picture covers the copyrightable material in the film, but does not give any sort of "blanket" protection to the characters or situations portrayed, to future films in the series, or to the series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished motion pictures

*How to Register a Claim.* To obtain copyright registration mail the following material to the Register of Copyrights, Library of Congress, Washington, D.C. 20540: (1) the title of the film; (2) a description (synopsis, press book, continuity, etc.); (3) for photoplays, one print (frame or blow-up) taken from each scene or act, and for other motion pictures, at least two prints taken from different sections of the film; (4) an application on Form L-M; and, (5) a fee of $6.

*Procedure to Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published work must contain a copyright notice in the required form and position.

### Published motion pictures

*What Is "Publication"?* Publication, generally, means the sale, placing on sale, or public distribution of copies. In the case of a motion picture, it may also include distribution to film exchanges, film distributors, exhibitors, or broadcasters under a lease or similar arrangement.

*How to Secure Copyright in a Published Motion Picture:*
1. *Produce copies with the copyright notice.*
2. *Publish the work.*
3. *Register the copyright claim* by sending to the Copyright Office: (1) two complete copies of the best edition of the motion picture; (2) a description (synopsis, press book, continuity, etc.); (3) an application on Form L-M; and, (4) a fee of $6.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. For motion pictures this notice should appear on or near the title frame, and should consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1971. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

*Return of Deposit Copies.* The deposit copies (i.e., reels) of published motion pictures are subject to retention by the Library of Congress. However, it may be possible to enter into a contract with the Librarian for the return of the copies under certain conditions, and contract forms may be obtained on request. Information regarding the contract may be obtained from the Exchange and Gift Division, Library of Congress, Washington, D.C. 20540.

---

**FOR COPYRIGHT OFFICE USE ONLY**

| Application received | Prints received | One copy received |
|---|---|---|
| FEB 2 0 1972 | | |
| Two copies received | | |
| 2 6 APR 1972 | | |
| Title and description received | | |
| APR 2 0 1972 | | |
| Fee received | | |

---

U.S. GOVERNMENT PRINTING OFFICE:1970—O-407-239       Jan. 1971—40,000       Page 4

Exhibit 22
Page 64