# EXHIBIT 23

Exhibit 23
Page 65

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-951-538

**Effective Date of Registration:**
July 30, 2015

## Title

| | |
|---|---|
| **Title of Work:** | MISSION: IMPOSSIBLE - ROGUE NATION |
| **Previous or Alternate Title:** | MISSION: IMPOSSIBLE 5 a/k/a TAURUS |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | July 29, 2015 |
| **Nation of 1st Publication:** | Iceland |
| **Preregistration:** | PRE000007917 |

## Author

| | |
|---|---|
| • **Author:** | Paramount Pictures Corporation |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Paramount Pictures Corporation<br>5555 Melrose Avenue, Hollywood, CA, 90038, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting photograph(s), preexisting music, Based on the television series created by Bruce Geller |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

## Certification

| | |
|---|---|
| **Name:** | Michelena Hallie |
| **Date:** | July 30, 2015 |

Page 1 of 1

Exhibit 23
Page 66