# EXHIBIT 25

Exhibit 25
Page 69

# CERTIFICATE OF COPYRIGHT REGISTRATION

FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA  16-189

(PA)   PAU

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*
Register of Copyrights
United States of America

EFFECTIVE DATE OF REGISTRATION
Oct. 20, 1978
(Month) (Day) (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**① Title**

TITLE OF THIS WORK: GREASE

NATURE OF THIS WORK: (See instructions)
photoplay in 110 1/2 minutes

PREVIOUS OR ALTERNATIVE TITLES:

---

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1. NAME OF AUTHOR: Allan Carr Enterprises Inc. and Stigwood Group Ltd., a joint venture
   DATES OF BIRTH AND DEATH: Born ...... Died ......
   Was this author's contribution to the work a "work made for hire"? Yes ✓  No ......
   AUTHOR'S NATIONALITY OR DOMICILE: Citizen of USA  or  Domiciled in USA
   WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No X   Pseudonymous? Yes ...... No X
   AUTHOR OF: (Briefly describe nature of this author's contribution) entire work (See Rider)

2. NAME OF AUTHOR:
   Was this author's contribution to the work a "work made for hire"? Yes ...... No ......
   AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ...... or Domiciled in ......
   WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ......   Pseudonymous? Yes ...... No ......
   AUTHOR OF:

3. NAME OF AUTHOR:
   Was this author's contribution to the work a "work made for hire"? Yes ...... No ......
   AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ...... or Domiciled in ......
   WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ......   Pseudonymous? Yes ...... No ......
   AUTHOR OF:

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 1977
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date: December 31, 1977 *
Nation: United States
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Paramount Pictures Corporation
1 Gulf and Western Plaza
New York, New York 10023

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.) Claimant obtained ownership on the basis of instruments in writing.

Exhibit 25
Page 70