# EXHIBIT 29

Exhibit 29
Page 78

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-131-027

**Effective Date of Registration:**
October 25, 2018

## Title

| | |
|---|---|
| **Title of Work:** | VENOM |
| **Previous or Alternate Title:** | Antidote |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | October 03, 2018 |
| **Nation of 1st Publication:** | Trinidad and Tobago |
| **Preregistration:** | PRE000010037 |

## Author

| | |
|---|---|
| • **Author:** | Columbia Pictures Industries, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc.<br>10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |
| **Copyright Claimant:** | Tencent Pictures (USA) LLC<br>661 Bryant Street, Palo Alto, CA, 94301, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music, previously published books, magazines, newspapers, artwork, posters, video games and computer/internet software/programs.  Based on the Marvel Comics character Venom and related characters within the Spider-Man Universe. |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

Page 1 of 2

Exhibit 29
Page 79

## Certification

| | |
|---|---|
| **Name:** | Julie LaBeach |
| **Date:** | October 05, 2018 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding special handling request: Claim upgraded for Special Handling per request received on 10/25/2018  due to pending or prospective litigation. Registration decision and certificate issued on 10/31/2018. |



Page 2 of 2

Exhibit 29
Page 80