# EXHIBIT 30

Exhibit 30
Page 81

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*[signature] Dnid Ladd*
REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL — UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

**FORM PA**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**PA 216 986**

☒ PA    ☐ PAU

EFFECTIVE DATE OF REGISTRATION
JUL 6 1984
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1. TITLE OF THIS WORK ▼**
THE KARATE KID

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Motion Picture

---

**2. NAME OF AUTHOR ▼**
a. Columbia-Delphi Productions II

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Entire work — See space 6

b. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP

c. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP

---

**3. YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1984 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 24   Year ▶ 1984
USA ◀ Nation

---

**4. COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Columbia Pictures Industries, Inc.
Columbia Plaza
Burbank, CA  91505

APPLICATION RECEIVED
02 JUL 1984
ONE DEPOSIT RECEIVED
02 JUL 1984   JUL 6 1984
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By agreement between copyright claimant and the author.

REMITTANCE NUMBER AND DATE

Exhibit 30
Page 82

|  |  |
|---|---|
| EXAMINED JC | FORM PA |
| CHECKED BY rt | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
| ☒ DEPOSIT ACCOUNT FUNDS USED | |

PA 216 986

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

Some original music which has been previously registered for copyright in unpublished form and outside cues which have been previously published.

**b. Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Portions of screenplay included in the motion picture, some original music, soundtrack and other cinematographic material.

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼   Brylawski & Cleary
**Account Number** ▼   DA: 050385

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
E. Fulton Brylawski, Esquire
Brylawski & Cleary
224 East Capital Street, NE
Washington, DC   20036
(202) 547-1331
Area Code & Telephone Number ▶

Be sure to give your daytime phone number.

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Columbia Pictures Industries, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Pamela M. Casagranda                                               date ▶ 6/27/84

Handwritten signature (X) ▼
*Pamela M. Casagranda*

| MAIL CERTIFI- CATE TO | Name ▼ Brylawski & Cleary |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ 224 East Capital Street, NE |
| | City/State/ZIP ▼ Washington, DC   20036 |

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

Exhibit 30
Page 83

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.