# EXHIBIT 31

Exhibit 31
Page 84

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-044-059**

**Effective Date of Registration:**
July 07, 2017

## Title

| | |
|---|---|
| **Title of Work:** | SPIDER-MAN: HOMECOMING |
| **Previous or Alternate Title:** | Spider-Man 6 |
| | Summer Of George |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | July 02, 2017 |
| **Nation of 1st Publication:** | Singapore |
| **Preregistration:** | PRE000008982 |

## Author

| | |
|---|---|
| • **Author:** | Columbia Pictures Industries, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc.<br>10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |
| **Copyright Claimant:** | LSC Film Corporation<br>2711 N. Haskell Ave., Suite 1800, Dallas, TX, 75205, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting photograph(s), preexisting music, previously published books, magazines, newspapers, artwork, posters and computer/ internet software / programs. Based on the Marvel Comic book by Stan Lee and Steve Ditko, of the character Spider-Man and related characters. |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

## Certification

Page 1 of 2

Exhibit 31
Page 85

|  |  |
|---|---|
| **Name:** | Julie LaBeach |
| **Date:** | July 07, 2017 |

| | |
|---|---|
| **Copyright Office notes:** | Regarding special handling request: Claim upgraded for special handling per request received on 07/14/2017 due to pending or prospective litigation. Registration decision and certificate issued on 7/21/2017. |



Page 2 of 2

Exhibit 31
Page 86