# EXHIBIT 32

Exhibit 32
Page 87

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**PA 2-221-398**

**Effective Date of Registration:**
January 10, 2020

**Registration Decision Date:**
January 14, 2020

## Title

| | |
|---|---|
| **Title of Work:** | JUMANJI: THE NEXT LEVEL |
| **Previous or Alternate Title:** | Jumanji: Welcome To The Jungle 2 |
| | Jumanji Jungle Sequel |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | December 04, 2019 |
| **Nation of 1st Publication:** | Philippines |
| **Preregistration:** | PRE000010722 |

## Author

- | | |
  |---|---|
  | **Author:** | Columbia Pictures Industries, Inc. |
  | **Author Created:** | entire motion picture |
  | **Work made for hire:** | Yes |
  | **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc. |
| | 10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | preexisting footage, preexisting music, previously published toys and posters. Based on the book JUMANJI by Chris Van Allsburg. |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

## Certification

Page 1 of 2

Exhibit 32
Page 88

|                  |                   |
|-----------------:|:------------------|
| **Name:**        | Julie LaBeach     |
| **Date:**        | December 13, 2019 |

|                            |                                                                                                                                                                                                              |
|---------------------------:|:-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Correspondence:**        | Yes                                                                                                                                                                                                          |
| **Copyright Office notes:**| Regarding special handling request: Claim upgraded for special handling per request received on 1/10/2020 due to pending or prospective litigation. Registration decision and certificate issued on 1/14/2020. |