# EXHIBIT 33

Exhibit 33
Page 90

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**
**PA 2-228-950**
**Effective Date of Registration:**
February 14, 2020
**Registration Decision Date:**
February 20, 2020

## Title

| | |
|---|---|
| Title of Work: | BAD BOYS FOR LIFE |
| Previous or Alternate Title: | Bad Boys 3 |
| | Bad Boys III |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | January 15, 2020 |
| Nation of 1st Publication: | Trinidad and Tobago |
| Preregistration: | PRE000010684 |

## Author

| | |
|---|---|
| • Author: | Columbia Pictures Industries, Inc. |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Columbia Pictures Industries, Inc.<br>10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |
| Copyright Claimant: | 2.0 Entertainment Borrower, LLC<br>c/o 2.0 Entertainment Financing, LLC, 10202 W. Washington Blvd., Poitier Bldg, STE 204, Culver City, CA, 90232, United States |
| Transfer statement: | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music |

Page 1 of 2

Exhibit 33
Page 91

|  |  |
|---|---|
| **Previous registration and year:** | PAU003960565, 2019 |
| **New material included in claim:** | all other cinematographic material, production as a motion picture |

## Certification

|  |  |
|---|---|
| **Name:** | Julie LaBeach |
| **Date**: | January 21, 2020 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding special handling request: Claim upgraded for Special Handling per request received on 2/14/2020 due to pending or prospective litigation. Registration decision and certificate issued on 2/20/2020. |