# EXHIBIT 34

Exhibit 34
Page 93

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-793-261**

Effective date of registration:

June 29, 2012

## Title

**Title of Work:** THE AMAZING SPIDER-MAN

**Previous or Alternative Title:** Spider-Man 4 (2012)

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** June 23, 2012  **Nation of 1st Publication:** Japan

**Preregistration:** PRE000004284

## Author

- **Author:** Columbia Pictures Industries, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Columbia Pictures Industries, Inc.
10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, previously published books, magazines, newspapers, artwork, posters, computer / internet software / programs and video games. Based on Marvel Comics character Spider-Man and related characters, along with the motion pictures SPIDER-MAN (2002), SPIDER-MAN 2 (2004) and SPIDER-MAN 3 (2007).

**Previous registration and year:** PAU 3-617-133   2012

**New material included in claim:** all other cinematographic material, production as a motion picture

## Certification

**Name:** Michael Kramer

**Date:** June 25, 2012

---

**Copyright Office notes:** Regarding deposit: English language version deposited. Special Relief granted under 202.20(d) of C.O. regulations.



Exhibit 34
Page 95

Page 2 of 2