# EXHIBIT 35

Exhibit 35
Page 96

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-889-675**

Effective date of registration:

April 16, 2014

## Title
- **Title of Work:** THE AMAZING SPIDER-MAN 2
- **Previous or Alternative Title:** Spider-Man 5 (2014)

## Completion/Publication
- **Year of Completion:** 2014
- **Date of 1st Publication:** April 16, 2014
- **Nation of 1st Publication:** Belgium

## Author
- **Author:** Columbia Pictures Industries, Inc.
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Columbia Pictures Industries, Inc.
  10202 W. Washington Blvd., Culver City, CA 90232-3195 United States

## Limitation of copyright claim
- **Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, previously published books, magazines, newspapers, artwork, posters and computer / internet software / programs. Based on the Marvel Comics character Spider-Man and related characters, along with the motion pictures SPIDER-MAN (2002), SPIDER-MAN 2 (2004), SPIDER-MAN 3 (2007) and THE AMAZING SPIDER-MAN (2012).

- **Previous registration and year:** PAU003712670   2014
- **New material included in claim:** all other cinematographic material, production as a motion picture

## Certification

Exhibit 35
Page 97

Page 1 of 2

**Name:** Michael Kramer

**Date:** April 16, 2014

---

**Correspondence:** Yes



Exhibit 35
Page 98

Page 2 of 2