# EXHIBIT 37

Exhibit 37
Page 102

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**PA 2-209-511**
Effective Date of Registration:
March 18, 2019
Registration Decision Date:
November 01, 2019

## Supplementary Registration

Supplement To: PA0001996669, 2016

## Title

Title of Work: GHOSTBUSTERS

Previous or Alternate Title: Ghostbusters (2016)

Ghostbusters Answer The Call

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: July 11, 2016
Nation of 1st Publication: United Kingdom
Preregistration: PRE000008168

## Author

- Author: Columbia Pictures Industries, Inc.
  Author Created: entire motion picture
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Columbia Pictures Industries, Inc.
10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States

## Limitation of copyright claim

Material excluded from this claim: preexisting footage, preexisting photograph(s), preexisting music, previously published artwork, posters and computer / internet related programs and images. Based on the 1984 motion picture GHOSTBUSTERS, written by Dan Aykroyd and Harold Ramis.

Page 1 of 2

Exhibit 37
Page 103

**New material included in claim:** all other cinematographic material, production as a motion picture

## Certification

**Name:** Julie LaBeach, Authorized agent of Columbia Pictures Industries
**Date:** March 18, 2019

**Explanation of Corrections:** Removing co-claimant Village Roadshow Films Global Inc., which was incorrectly provided.