# EXHIBIT 38

Exhibit 38
Page 105

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## PA 2-185-238

**Effective Date of Registration:**
July 01, 2019

United States Register of Copyrights and Director

## Title

| | |
|---|---|
| **Title of Work:** | MEN IN BLACK: INTERNATIONAL |
| **Previous or Alternate Title:** | MIB International |
| | Men In Black (2018) |
| | Men In Black 4 |
| | MIB 4 |
| | MIB |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | June 11, 2019 |
| **Nation of 1st Publication:** | France |
| **Preregistration:** | PRE000010481 |

## Author

| | |
|---|---|
| • **Author:** | Columbia Pictures Industries, Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Columbia Pictures Industries, Inc.<br>10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States |
| **Copyright Claimant:** | Tencent Pictures (USA) LLC<br>661 Bryant Street, Palo Alto, CA, 94301, United States |
| **Transfer statement:** | By written agreement |
| **Copyright Claimant:** | Hemisphere-Culver lll, LLC<br>1801 Century Park West, Los Angeles, CA, 90067, United States |

Page 1 of 2

Exhibit 38
Page 106

| | |
|---|---|
| Transfer statement: | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, previously published artwork, posters, books, magazines and newspapers. Based on the Malibu Comic series THE MEN IN BLACK by Lowell Cunningham. |
| Previous registration and year: | PAu003937961, 2018 |
| New material included in claim: | all other cinematographic material, production as a motion picture, excluding French language dubbing and subtitles as released in country of first publication. |

## Certification

| | |
|---|---|
| Name: | Julie LaBeach |
| Date: | June 21, 2019 |

| | |
|---|---|
| Correspondence: | Yes |