# EXHIBIT 39

Exhibit 39
Page 108

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

**PA 845-156**



#P=00000045156#

**EFFECTIVE DATE OF REGISTRATION**

July 10, 1997

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

MEN IN BLACK

**PREVIOUS OR ALTERNATIVE TITLES ▼**

MIB

**NATURE OF THIS WORK ▼**   See instructions

Motion Picture

## 2

**a**

**NAME OF AUTHOR ▼**

Columbia Pictures Industries, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____ U.S.A. _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Entire Work (see Space 6)

**NOTE**
Under the law, the "author" of a ...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases

1997 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.

Month ▶ July   Day ▶ 2   Year ▶ 1997   Nation ▶ USA ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼

Columbia Pictures Industries, Inc.
10202 W. Washington Blvd.
Culver City, California  90232-3195

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 10 1997
**ONE DEPOSIT RECEIVED**
JUL 10 1997  35mm/L
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

Exhibit 39
Page 109

DO NOT WRITE HERE
Page 1 of __2__ pages

EXAMINED BY DBC/lg

CHECKED BY

□ CORRESPONDENCE
Yes

FORM PA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. □ This is the first published edition of a work previously registered in unpublished form.

b. □ This is the first application submitted by this author as copyright claimant.

c. □ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Based on the Malibu comic, "The Men In Black" by Lowell Cunningham (VA 543-319); previously published film clips; unpublished original music for the picture & some musical compositions & sound recordings previously published.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**6**

See Instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼

Sony Pictures Entertainment                     DA #072443

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

See Space 9

Area Code & Telephone Number ▶  **(310) 244-7553**

**7**

Be sure to give your daytime phone number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

□ author
□ other copyright claimant
□ owner of exclusive right(s)
☒ authorized agent of    **Columbia Pictures Industries, Inc.**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gayle McDonald                                    date ▶  **7-7-97**

Handwritten signature (X) ▼

*Gayle McDonald*

**8**

**MAIL CERTIFICATE TO**

**Name** ▼   Gayle McDonald
             Columbia Pictures Industries, Inc.

Number/Street/Apartment Number ▼

10202 W. Washington Blvd.

City/State/ZIP ▼

Culver City, CA. 90232-3195

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Certificate will be mailed in window envelope

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

Exhibit 39
Page 110