# EXHIBIT 41

Exhibit 41
Page 114

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-787-577

Effective date of registration:

May 24, 2012

## Title

- **Title of Work:** MEN IN BLACK 3
- **Previous or Alternative Title:** Men In Black III
- MIB3

## Completion/Publication

- **Year of Completion:** 2012
- **Date of 1st Publication:** May 23, 2012    **Nation of 1st Publication:** Belgium
- **Preregistration:** PRE000004565

## Author

- **Author:** Columbia Pictures Industries, Inc.
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant

- **Copyright Claimant:** Columbia Pictures Industries, Inc.
  10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States
- **Copyright Claimant:** Hemisphere - Culver Picture Partners I, LLC
  c/o Sony Pictures Entertainment Inc., 10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States
- **Transfer Statement:** By written agreement

## Limitation of copyright claim

- **Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, previously published magazines, newspapers, artwork, computer / internet software, and video game footage. Based on the Malibu Comic, The Men In Black, by Lowell Cunningham (VA 543-319) and the 1997 and 2002 movies Men In Black and Men In Black II.

**Previous registration and year:** PAU 3-525-021   2010

**New material included in claim:** all other cinematographic material, production as a motion picture

## Certification

**Name:** Michael Kramer

**Date:** May 23, 2012



Exhibit 41
Page 116

Page 2 of 2