# EXHIBIT 45

Exhibit 45
Page 126

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-189-651**

**Effective Date of Registration:**
July 19, 2019



## Title

    **Title of Work:** SPIDER-MAN: FAR FROM HOME

## Completion/Publication

    **Year of Completion:** 2019
    **Date of 1st Publication:** June 28, 2019
    **Nation of 1st Publication:** Japan
    **Preregistration:** PRE000010441

## Author

-     **Author:** Columbia Pictures Industries, Inc.
    **Author Created:** entire motion picture
    **Work made for hire:** Yes
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Columbia Pictures Industries, Inc.
    10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States

## Limitation of copyright claim

    **Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, previously published books, magazines, newspapers, artwork, posters and computer / internet software / programs. Based on the Marvel Comic book by Stan Lee and Steve Ditko, of the character Spider-Man and related characters.

    **New material included in claim:** all other cinematographic material, production as a motion picture, excluding Japanese language dubbing and subtitles as released in country of first publication.

## Certification

    **Name:** Julie LaBeach
    **Date:** July 02, 2019

Page 1 of 2

Exhibit 45
Page 127