# EXHIBIT 46

Exhibit 46
Page 128

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**PA 1-721-904**

**Effective date of registration:**

March 4, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Harry Potter and the Deathly Hallows Part 1 |
| **Previous or Alternative Title:** | Harry Potter 7A |
| | Extra Time |
| | Road Movie |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | November 17, 2010 | **Nation of 1st Publication:** | Belgium |
| **Preregistration:** | PRE000004015 | | |

## Author

| | |
|---|---|
| ■  **Author:** | Warner Bros. Pictures, a division of WB Studio Enterprises Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Warner Bros. Entertainment Inc. |
| | 4000 Warner Boulevard, Burbank, CA, 91522, United States |
| **Transfer Statement:** | By Assignment |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based on the novel entitled "HARRY POTTER AND THE DEATHLY HALLOWS" written by J.K. Rowling. Screenplay entitled "HARRY POTTER AND THE DEATHLY HALLOWS - PART 1" by Steve Kloves. Certain pre-existing music, sound recordings and publications. |
| **New material included in claim:** | Motion picture, including audio, visual and other cinematographic material. |

## Rights and Permissions

Exhibit 46
Page 129

Page 1 of 2

|  |  |
|---|---|
| **Organization Name:** | Warner Bros. Entertainment Inc. |
| **Address:** | 4000 Warner Boulevard |
|  | Bldg. 156 North, Room 4620 |
|  | Burbank, CA 91522-1564  United States |

## Certification

|  |  |
|---|---|
| **Name:** | Cindy O'Neil |
| **Date:** | March 3, 2011 |



Exhibit 46
Page 130

Page 2 of 2