# EXHIBIT 48

Exhibit 48
Page 134

918 9543503   P.02

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER



**PA 1-222-542**

EFFECTIVE DATE OF REGISTRATION

7 / 1 / 04

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
HARRY POTTER AND THE PRISONER OF AZKABAN

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
MOTION PICTURE

**2 a** NAME OF AUTHOR ▼
P of A Productions Limited

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ England

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
ENTIRE WORK

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
OR { Citizen of ▶
    Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2004 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶ May   Day ▶ 31   Year ▶ 2004
United Kingdom ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼   P of A Productions Limited
The Quadrangle
The Promenade, Cheltenham
Gloucestershire, GL50 2PX, England

APPLICATION RECEIVED
JUL 01 2004
ONE DEPOSIT RECEIVED
JUL 01 2004 (8) 35mm-L
TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

Exhibit 48
Page 135

```
JUN-22-2004  03:22      J.WILLIAMS                                   818 9543503    P.03
                               818 9543503    EXAMINED BY   NLG                     FORM PA
                                              CHECKED BY
```

                                                                    FOR
☐ CORRESPONDENCE                                                    COPYRIGHT
  Yes                                                               OFFICE
                                                                    USE
                                                                    ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ■ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Novel entitled "HARRY POTTER AND THE PRISONER OF AZKABAN" by J.K. Rowling; Screenplay entitled "HARRY POTTER AND THE PRISONER OF AZKABAN" by Steve Kloves. Certain sound recordings.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Motion picture, including audio, visual and other cinematographic material.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of
Name ▼                                                Account Number ▼

Warner Bros. Entertainment Inc.                       DA013544

**CORRESPONDENCE** Give name and address to which correspondence about this application should be   Name/Address/Apt/City/State/ZIP ▼
Same as space 9.

Fax Number: (818) 954-3855
Area Code & Telephone Number ▶ (818) 954-2505

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
■ authorized agent of  P of A Productions Limited
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements
made by me in this application are correct to the best of my

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that
          PATRICIA TERESA JACKSON             date ▶  24/6/04

Handwritten signature (X) ▼
     PTJackson

MAIL        Name ▼  Cindy O'Neil
CERTIFI-             Warner Bros. Entertainment Inc.
CATE TO
            Number/Street/Apartment Number ▼
Certificate 4000 Warner Blvd., Bldg. 156 South, Suite 5330
will be
mailed in   City/State/ZIP ▼
window
envelope    Burbank, California 91522-1565

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

TOTAL P.03

Exhibit 48
Page 136