# EXHIBIT 49

Exhibit 49
Page 137

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

PA 1-279-121

*PA0001279121*

EFFECTIVE DATE OF REGISTRATION

Month 2 Day 15 Year 2006

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

TITLE OF THIS WORK ▼
HARRY POTTER AND THE GOBLET OF FIRE

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions
MOTION PICTURE

**2**

**a** NAME OF AUTHOR ▼
Patalex IV Productions Limited

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶ England

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
ENTIRE WORK

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶_____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2005 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Month ▶ November  Day ▶ 16  Year ▶ 2005
Philippines ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Patalex IV Productions Limited
The Quadrangle, The Promenade
Cheltenham, Gloucestershire GL50 1PX, England

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
FEB 15 2006  2/24/2006

ONE DEPOSIT RECEIVED
FEB 15 2006  (9) 35mm/c

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space

DO NOT WRITE HERE OFFICE USE ONLY

Exhibit 49
Page 138

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

TOTAL P 003

| EXAMINED BY | SBW | FORM PA |
|---|---|---|
| CHECKED BY | | |
| | DDW | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ CORRESPONDENCE ☑ Yes | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give   Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates▼

Novel entitled "HARRY POTTER AND THE GOBLET OF FIRE" by J K  Rowling   Screenplay entitled "HARRY POTTER AND THE GOBLET OF FIRE" by Steve Kloves   Certain sound recordings.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed▼

Motion picture, including audio, visual and other cinematographic material

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of
Name ▼                                           Account Number ▼

Warner Bros  Entertainment Inc                                         DAO13544

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be     Name/Address/Apt/City/State/ZIP ▼

Same as space 9

Fax Number     (818) 954-3855
Area Code & Telephone Number ▶     (818) 954-2505

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Patalex IV Productions Limited
            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements
made by me in this application are correct to the best of my

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that
            PATRICIA JACKSON                                     date ▶  02/21/2006

Handwritten signature (X) ▼
            PTJackson

Exhibit 49
Page 139

| MAIL CERTIFI-CATE TO | Name ▼   Cindy O'Neil   Warner Bros  Entertainment Inc. |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼   4000 Warner Blvd , Bldg  156 South, Suite 5330 |
| | City/State/ZIP ▼   Burbank, California  91522-1565 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2, Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3, Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D C  20559

**9**

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application, shall be fined not more than $2 500

This form was electronically produced by Elite Federal Forms  Inc