# EXHIBIT 50

Exhibit 50
Page 140

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**PA 1-355-547**

Effective date of registration:

September 21, 2007

## Title

- **Title of Work:** HARRY POTTER AND THE ORDER OF THE PHOENIX
- **Previous or Alternative Title:** HARRY POTTER 5
- **Nature of Work:** MOTION PICTURE

## Completion/Publication

- **Year of Completion:** 2007
- **Date of 1st Publication:** July 11, 2007
- **Nation of 1st Publication:** United States
- **Preregistration:** PRE000000605

## Author

- **Author:** Warner Bros. Pictures a division of WB Studio Enterprises Inc.
- **Author Created:** ENTIRE WORK
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant

- **Copyright Claimant:** Warner Bros. Entertainment Inc.
  4000 Warner Boulevard, Burbank, California 91522
- **Transfer Statement:** By Assignment

## Limitation of copyright claim

- **Material excluded from this claim:** Based on the novel entitled "HARRY POTTER AND THE ORDER OF THE PHOENIX" by J.K. Rowling. Screenplay entitled "HARRY POTTER AND THE ORDER OF THE PHOENIX" by Michael Goldenberg. Certain film clips and sound recordings.
- **Previously registered:** No
- **New material included in claim:** Motion picture including audio, visual and other cinematographic material.

## Certification

Page 1 of 2

Exhibit 50
Page 141

Name: CINDY O'NEIL
Date: September 19, 2007

Copyright Office notes: Regarding publication: Application also gives Canada as nation of first publication.