# EXHIBIT 51

Exhibit 51
Page 143

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-647-906**

**Effective date of registration:**

October 23, 2009

## Title

**Title of Work:** Harry Potter and the Half-Blood Prince

**Previous or Alternative Title:** Harry Potter 6

The Half-Blood Prince

Candlelight

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** July 15, 2009    **Nation of 1st Publication:** United States

**Preregistration:** PRE000002477

## Author

- **Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.

  **Author Created:** Entire Work

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.

4000 Warner Boulevard, Burbank, CA 91522 United States

**Transfer Statement:** By Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Book entitled "HARRY POTTER AND THE HALF-BLOOD PRINCE" by J.K. Rowling. Screenplay entitled "HARRY POTTER AND THE HALF-BLOOD PRINCE" by Steve Kloves. Certain sound recordings, artwork and musical compositions.

**New material included in claim:** Motion picture, including audio, visual and other cinematographic material.

Page 1 of 2

Exhibit 51
Page 144

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.

**Address:** 4000 Warner Boulevard
Bldg. 156 North, Room 4620
Burbank, CA 91522-1564  United States

## Certification

**Name:** Cindy O'Neil

**Date:** October 22, 2009