# EXHIBIT 52

Exhibit 52
Page 146

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-742-099**

Effective date of registration:

July 22, 2011

## Title

| | |
|---|---|
| **Title of Work:** | Harry Potter and the Deathly Hallows Part 2 |
| **Previous or Alternative Title:** | Harry Potter and the Deathly Hallows Part II |
| | Harry Potter 7B 3D |
| | Harry Potter 7 Part 2 3D |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2011 | | |
| **Date of 1st Publication:** | July 13, 2011 | **Nation of 1st Publication:** | Austria |
| **Preregistration:** | PRE000004656 | | |

## Author

- **Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States

**Transfer Statement:** By Assignment

## Limitation of copyright claim

**Material excluded from this claim:** Based on the novel entitled "HARRY POTTER AND THE DEATHLY HALLOWS" by J.K. Rowling. Screenplay entitled "HARRY POTTER AND THE DEATHLY HALLOWS - PART 2" by Steve Kloves. Certain pre-existing music and sound recordings.

**New material included in claim:** Motion picture, including audio, visual and other cinematographic material.

## Rights and Permissions

Exhibit 52
Page 147

Page 1 of 2

|  |  |
|---|---|
| **Organization Name:** | Warner Bros. Entertainment Inc. |
| **Address:** | 4000 Warner Boulevard |
|  | Bldg. 156 North, Room 4620 |
|  | Burbank, CA 91522-1564  United States |

## Certification

|  |  |
|---|---|
| **Name:** | Cindy O'Neil |
| **Date:** | July 21, 2011 |

