# EXHIBIT 53

Exhibit 53
Page 149

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-221-186**

**Effective Date of Registration:**
January 08, 2020

**Registration Decision Date:**
January 14, 2020

## Title

**Title of Work:** JUST MERCY

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 25, 2019
**Nation of 1st Publication:** United States
**Preregistration:** PRE000011167

## Author

- **Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States
**Transfer statement:** Assignment

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, Certain pre-existing licensed materials.

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Boulevard
Burbank, CA 91522 United States

Page 1 of 2

Exhibit 53
Page 150

## Certification

**Name:** Lupe Lopez
**Date:** January 02, 2020

**Correspondence:** Yes