# EXHIBIT 54

Exhibit 54
Page 152

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-205-188

**Effective Date of Registration:**
October 03, 2019
**Registration Decision Date:**
October 09, 2019

## Title

**Title of Work:** JOKER

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** October 02, 2019
**Nation of 1st Publication:** Belgium
**Preregistration:** PRE000011007

## Author

- **Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Blvd., Burbank, CA, 91522 United States
**Transfer statement:** By written agreement.

**Copyright Claimant:** Village Roadshow Films North America Inc.
10100 Santa Monica Blvd., Ste. 200, Los Angeles, CA, 90067, United States
**Transfer statement:** By written agreement

**Copyright Claimant:** Bron Creative USA Corp.
5542 Short Street, British Columbia, Burnaby, V5L 1L9, Canada
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, Certain licensed, preexisting materials. Based on DC Comics characters

Page 1 of 2

Exhibit 54
Page 153

New material included in claim: all other cinematographic material

**Rights and Permissions**

Organization Name: Warner Bros. Entertainment Inc.
Address: Legal Dept.
4000 Warner Blvd.
Burbank, CA 91522 United States

**Certification**

Name: Craig Hamilton
Date: October 02, 2019

Correspondence: Yes

Page 2 of 2

Exhibit 54
Page 154