# EXHIBIT 55

Exhibit 55
Page 155

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-126-256

**Effective Date of Registration:**
October 04, 2018

## Title

|  |  |
|---|---|
| **Title of Work:** | A STAR IS BORN |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | October 03, 2018 |
| **Nation of 1st Publication:** | Belgium |
| **Preregistration:** | PRE000010434 |

## Author

|  |  |
|---|---|
| • **Author:** | Warner Bros. Pictures, a division of WB Studio Enterprises Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
|  |  |
| • **Author:** | Metro-Goldwyn-Mayer Pictures Inc. |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Metro-Goldwyn-Mayer Pictures Inc.<br>245 North Beverly Drive, Beverly Hills, CA, 90210, United States |
| **Transfer statement:** | By written agreement |
|  |  |
| **Copyright Claimant:** | Warner Bros. Entertainment Inc.<br>4000 Warner Boulevard, Burbank, CA, 91522, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

|  |  |
|---|---|
| **Material excluded from this claim:** | script/screenplay, preexisting footage, preexisting photograph(s), preexisting music |

Page 1 of 2

Exhibit 55
Page 156

New material included in claim: all other cinematographic material

**Rights and Permissions**

Organization Name: Warner Bros. Entertainment Inc.
Address: 4000 Warner Boulevard
Burbank, CA 91522 United States

**Certification**

Name: Lupe Lopez
Date: October 03, 2018

