# EXHIBIT 57

Exhibit 57
Page 160

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**PA 2-253-641**

Effective Date of Registration:
August 21, 2020

Registration Decision Date:
August 24, 2020

## Title

| | |
|---|---|
| Title of Work: | SCOOB! |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | May 15, 2020 |
| Nation of 1st Publication: | United States |
| Preregistration: | PRE000011280 |

## Author

- | | |
  |---|---|
  | Author: | WAG Pictures Inc. |
  | Author Created: | entire motion picture |
  | Work made for hire: | Yes |
  | Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Warner Bros. Entertainment Inc.<br>4000 Warner Blvd., Burbank, CA, 91522, United States |
| Transfer statement: | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | script/screenplay, Certain pre-existing licensed materials. Based on characters created by Hanna-Barbera. |
| New material included in claim: | all other cinematographic material |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Warner Bros. Entertainment Inc. |
| Address: | 4000 Warner Blvd.<br>Legal Dept. |

Burbank, CA 91522 United States

## Certification

**Name:** Craig Hamilton
**Date:** May 19, 2020

**Correspondence:** Yes
**Copyright Office notes:** Regarding effective date of registration: Application, deposit, fee accepted under 17 USC 710. Application and fee received [May 19, 2020]; deposit received [August 18, 2020]; Section 710 Declaration received [August 21, 2020].

Page 2 of 2

Exhibit 11
Page 162