# EXHIBIT 58

Exhibit 58
Page 163

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-995-698**

**Effective Date of Registration:**
August 04, 2016

## Title

**Title of Work:** SUICIDE SQUAD

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 03, 2016
**Nation of 1st Publication:** Belgium
**Preregistration:** PRE000008502

## Author

- **Author:** Warner Bros. Pictures, a division of WB Studio Enterprises Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Warner Bros. Entertainment Inc.
4000 Warner Boulevard, Burbank, CA, 91522, United States
**Transfer statement:** By Assignment

**Copyright Claimant:** Ratpac-Dune Entertainment LLC
5851 West Charleston Blvd, Las Vegas, NV, 89146, United States
**Transfer statement:** By Assignment

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, Based on characters from DC Entertainment

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** Warner Bros. Entertainment Inc.
**Address:** 4000 Warner Boulevard
Burbank, CA 91522-1562 United States

Page 1 of 2

Exhibit 58
Page 164

**Certification**

  **Name:** Paula Reno
  **Date:** August 03, 2016