# EXHIBIT 59

Exhibit 59
Page 166

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**PA 2-223-593**

**Effective Date of Registration:**
January 22, 2020

**Registration Decision Date:**
January 27, 2020



## Title

**Title of Work:** TROOP ZERO (Feature Motion Picture)

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** January 17, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Amazon Content Services LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Amazon Content Services LLC
410 Terry Ave N, Seattle, WA, 98109, United States

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting music
**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** Amazon Content Services LLC
**Address:** 410 Terry Ave N
Seattle, WA 98109 United States

## Certification

**Name:** Hana Meglic
**Date:** January 17, 2020

Exhibit 59
Page 168

Page 2 of 2