# EXHIBIT 60

Exhibit 60
Page 169



**The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

Help | Search | History | Titles | Start Over

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Pass Over
Search Results: Displaying 1 of 1 entries



Labeled View

### PASS OVER.

| | |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002104410 / 2018-04-23 |
| **Application Title:** | PASS OVER (Feature Motion Picture) |
| **Title:** | PASS OVER. |
| **Description:** | Videodisc (DVD) |
| **Copyright Claimant:** | Amazon Content Services LLC, Transfer: By written agreement. Address: 410 Terry Ave N, Seattle, WA, 98109, United States. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-04-20 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Chicago's Finest, Inc., employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Pre-existing Material:** | script/screenplay, preexisting music. |
| **Basis of Claim:** | all other cinematographic material. |
| **Rights and Permissions:** | Amazon Content Services LLC, 410 Terry Ave N, Seattle, WA, 98109, United States |
| **Names:** | Chicago's Finest, Inc.<br>Amazon Content Services LLC |



| **Save, Print and Email (Help Page)** |
|:---|
| Select Download Format  Full Record ⌄   Format for Print/Save |
| Enter your email address: _____  Email |

Exhibit 60

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=Pass+Over&Search_Code=TALL&PID=M1yintthbDhc1qmOsk...

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page