# EXHIBIT 61

Exhibit 61
Page 172



**The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Chemical Hearts
Search Results: Displaying 1 of 1 entries



### *CHEMICAL HEARTS (Feature Motion Picture)*

|  |  |
|---:|:---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002253607 / 2020-08-21 |
| **Application Title:** | CHEMICAL HEARTS (Feature Motion Picture) |
| **Title:** | CHEMICAL HEARTS (Feature Motion Picture) |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Amazon Content Services LLC. Address: 410 Terry Ave N, Seattle, WA, 98109, United States. |
| **Date of Creation:** | 2020 |
| **Date of Publication:** | 2020-08-21 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Amazon Content Services LLC, employer for hire; Citizenship: United States. Authorship: entire motion picture. |
| **Pre-existing Material:** | script/screenplay, preexisting music. |
| **Basis of Claim:** | all other cinematographic material. |
| **Rights and Permissions:** | Amazon Content Services LLC, 410 Terry Ave N, Seattle, WA, 98109, United States |
| **Names:** | Amazon Content Services LLC |



| **Save, Print and Email (Help Page)** |
|:---:|
| Select Download Format [Full Record ▼]  [Format for Print/Save] |
| Enter your email address: [              ] [Email] |

Exhibit 11

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page