# EXHIBIT 62

Exhibit 62
Page 175



**The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Black Box
Search Results: Displaying 9 of 1034 entries



Labeled View

### *BLACK BOX.*

|  |  |
|--|--|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002260261 / 2020-10-09 |
| **Application Title:** | BLACK BOX (Feature Motion Picture) |
| **Title:** | BLACK BOX. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Amazon Content Services LLC. Address: 410 Terry Ave N, Seattle, WA, 98109, United States. |
| **Date of Creation:** | 2020 |
| **Date of Publication:** | 2020-10-06 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Amazon Content Services LLC, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Pre-existing Material:** | preexisting music. |
| **Basis of Claim:** | all other cinematographic material. |
| **Rights and Permissions:** | Amazon Content Services LLC, 410 Terry Ave N, Seattle, WA, 98109, United States |
| **Names:** | [Amazon Content Services LLC](#) |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [_____]  [Email] |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page