# EXHIBIT 63

Exhibit 63
Page 178

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

**PA 2-231-189**

**Effective Date of Registration:**
February 03, 2020
**Registration Decision Date:**
March 04, 2020

## Title
**Title of Work:** Ted Bundy: Falling For a Killer: 101, Boy Meets Girl

## Completion/Publication
**Year of Completion:** 2020
**Date of 1st Publication:** January 31, 2020
**Nation of 1st Publication:** United States

## Author
- **Author:** Amazon Content Services LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
**Copyright Claimant:** Amazon Content Services LLC
610 Terry Avenue N, Seattle, WA, 98109, United States

## Limitation of copyright claim
**Material excluded from this claim:** preexisting footage, preexisting music
**New material included in claim:** all other cinematographic material

## Rights and Permissions
**Organization Name:** Amazon Content Services LLC
**Address:** 410 Terry Avenue N
Seattle, WA 98109 United States

## Certification

Page 1 of 2

Exhibit 63
Page 179

**Name:** Hana Meglic
**Date:** January 31, 2020