# EXHIBIT 65

Exhibit 65
Page 184

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-782-033**

Effective date of registration:

April 20, 2012

## Title
- **Title of Work:** THINK LIKE A MAN
- **Previous or Alternative Title:** Act Like A Lady, Think Like A Man

## Completion/Publication
- **Year of Completion:** 2012
- **Date of 1st Publication:** April 20, 2012
- **Nation of 1st Publication:** United States

## Author
- **Author:** Screen Gems, Inc.
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Screen Gems, Inc.
  10202 W. Washington Blvd., Culver City, CA, 90232-3195, United States

## Limitation of copyright claim
- **Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music, previously published books, magazines, newspapers, artwork, posters, computer / internet software and video game footage.  Based upon the book "Act Like A Lady, Think Like A Man: What Men Really Think About Love, Relationships, Intimacy, and Commitment" by Steve Harvey.

- **Previous registration and year:** PAU 3-563-585   2011
- **New material included in claim:** all other cinematographic material, production as a motion picture

## Certification

Exhibit 65
Page 185

Page 1 of 2

**Name:** Michael Kramer

**Date:** April 20, 2012

---



Exhibit 65
Page 186

Page 2 of 2