# EXHIBIT 66

Exhibit 66
Page 187

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-286-734**

**Effective Date of Registration:**
February 05, 2021
**Registration Decision Date:**
April 14, 2021

## Title

| | |
|---|---|
| Title of Work: | Palmer |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2020 |
| Date of 1st Publication: | January 29, 2021 |
| Nation of 1st Publication: | United States |

## Author

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Palmer Movie, LLC |
| | 1548 16th Street, Santa Monica, CA, 90404, United States |
| Transfer statement: | By written agreement |
| Copyright Claimant: | Nadler No GMO Popcorn Co. Ltd |
| | street Not Known, city Not Known |
| Transfer statement: | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | script/screenplay |
| Previous registration and year: | PAu 3-749-595, 2014 |
| New material included in claim: | all other cinematographic material, production as a motion picture |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | SK Global Entertainment |
| Name: | Richard Lewis |
| Email: | richardl@skglobalent.com |
| Telephone: | (310)777-4537 |
| Address: | 1548 16th Street |

Page 1 of 2

Exhibit 66
Page 188

Santa Monica, CA 90404 United States

## Certification

**Name:** Tabatha Maletich
**Date:** February 03, 2021

**Correspondence:** Yes