# EXHIBIT 67

Exhibit 67
Page 190

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-278-451

**Effective Date of Registration:**
January 12, 2021

**Registration Decision Date:**
February 25, 2021

---

### Title

        Title of Work: Servant: Episode 101-Reborn

### Completion/Publication

      Year of Completion: 2019
   Date of 1st Publication: November 28, 2019
  Nation of 1st Publication: United States

### Author

-            Author: Uncle George Productions, LLC
     Author Created: entire motion picture
  Work made for hire: Yes
       Domiciled in: United States

### Copyright Claimant

   Copyright Claimant: Uncle George Productions, LLC
                            18 Campus Blvd., Suite 100, Newton Square, PA, 19073, United States
   Transfer statement: By written agreement

### Certification

             Name: Will Holtzman
              Date: January 11, 2021
Applicant's Tracking Number: 0112012-1

Exhibit 67
Page 191