# EXHIBIT 68

Exhibit 68
Page 192



**The Library has opened access to some reading rooms by appointment only. More. The Jefferson Building has reopened to visitors via timed, ticketed entry. More.**



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = See
Search Results: Displaying 2 of 852 entries



*SEE :*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0002237475 / 2020-02-20 |
| **Application Title:** | SEE - Episode 101. |
| **Title:** | SEE : 101. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Endeavor Content Capital, LLC, Transfer: By written agreement. Address: 9560 Wilshire Blvd., Beverly Hills, CA, 90212, United States. |
| | Chernin TV Productions, LLC, Transfer: By written agreement. Address: 12180 Millennium Drive, Suite 500, Playa Vista, CA, 90094, United States. |
| **Date of Creation:** | 2019 |
| **Date of Publication:** | 2019-11-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Endeavor Content Capital, LLC, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| | Chernin TV Productions, LLC, employer for hire; Domicile: United States. Authorship: entire motion picture. |
| **Names:** | Endeavor Content Capital, LLC |
| | Chernin TV Productions, LLC |

| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format | Full Record ⌄ | Format for Print/Save |
| Enter your email address: | | Email |

Exhibit 68
Page 193

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

Exhibit 68
Page 194