Name and address:
Elizabeth A. McNamara
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY  10020
Tel:  (212) 603-6437; Fax:  (212) 489-8340

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.<br><br>Plaintiff(s)<br>v.<br>DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20<br><br>Defendant(s). | CASE NUMBER<br>2:21-CV-09361-AB (MRWx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

McNamara, Elizabeth A.                       of    Davis Wright Tremaine LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   1251 Avenue of the Americas, 21st Floor
                                                               New York, NY  10020
(212) 603-6437            (212) 489-8340
*Telephone Number*         *Fax Number*
lizmcnamara@dwt.com
*E-Mail Address*                                               *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Plaintiffs (See Attachment)

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Sullivan, Sean M.                         of    Davis Wright Tremaine LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    865 S. Figueroa Street, Sute 2400
                                                               Los Angeles, CA  90017
229104          213-633-6800        213-633-6899
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
seansullivan@dwt.com
*E-Mail Address*                                               *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.
**Dated** _____

                                                               **U.S. District Judge/U.S. Magistrate Judge**


American LegalNet, Inc.
www.FormsWorkFlow.com