ELIZABETH A. MCNAMARA (*Pro Hac Vice*)
  lizmcnamara@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Fax: (212) 489-8340

SEAN M. SULLIVAN (CA State Bar No. 229104)
  seansullivan@dwt.com
ARLEEN FERNANDEZ (CA State Bar No. 318205)
  arleenfernandez@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and SCREEN GEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, <br><br> Defendants. | Case No. **2:21-cv-09361-AB (MRWx)** <br><br> **STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Current Hearing Date: January 7, 2022, 10:00 a.m. <br><br> Proposed Hearing Date: February 18, 2022, 10:00 a.m. <br><br> Judge:  Hon. Andre Birotte Jr. <br><br> Action Filed: December 2, 2021 <br> Trial Date:  None Set |

IT IS HEREBY STIPULATED by and between Plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc. (collectively, "Plaintiffs") and Defendant Dwayne Anthony Johnson d/b/a AllAccessTV and Quality Restreams ("Defendant"), by and through their respective counsel of record, that good cause exists to continue the hearing on Plaintiffs' Motion for Preliminary Injunction, which is currently scheduled to be heard on January 7, 2021, based on the following:

1. On December 2, 2021, Plaintiffs filed a Complaint in this matter, naming Defendant. Dkt. No. 1.

2. Plaintiffs filed a Motion for Preliminary Injunction ("Motion") against Defendant on December 8, 2021, with a noticed hearing date of January 7, 2022 at 10:00 a.m. Declaration of Sean M. Sullivan ("Sullivan Decl.") ¶ 2.

3. Plaintiffs set the date of the hearing on their Motion in compliance with the timing requirements set forth in the Hon. Andre Birotte Jr.'s Initial Standing Order and Local Rule 6-1. *Id*.

4. On December 10, 2021, counsel for Defendant contacted Plaintiffs' counsel offering to waive service of the Complaint and Summons pursuant to Federal Rule of Civil Procedure 4 and requesting that the January 7, 2022 hearing on Plaintiffs' Motion be continued to a later date. *Id*. ¶ 3.

5. On December 16, 2021, Defendant waived service of the Summons and Complaint. Defendant's response to the Complaint is currently due on February 14, 2022. *Id*. ¶ 4; Dkt. No. 21.

6. The parties have agreed, subject to the Court's approval, to continue the hearing on Plaintiffs' Motion to February 18, 2022, the first available motion

1

hearing date following Defendant's deadline to respond to the Complaint. Sullivan Decl. ¶ 5.

7. The parties believe the hearing will be more effective if the Court allows for a brief continuance that will provide defense counsel sufficient time to get up to speed on the matter and afford the parties the opportunity to engage in meaningful discussions prior to the hearing. *Id*. ¶ 6.

8. No prior continuance has been requested. *Id*. ¶ 8.

9. The Court has yet to issue a Scheduling Order in this matter. As a result, the requested continuance will not affect or alter any dates set forth by the Court. *Id*. ¶ 9.

10. The parties also agree that this stipulation will not be used to prejudice Plaintiffs' Motion for Preliminary Injunction, and that the request for a continuance should not be construed as a delay or acquiescence on the part of Plaintiffs, or otherwise be used to show that Plaintiffs' preliminary injunctive relief is not needed. *Id*. ¶ 7.

11. With the requested continuance, the new hearing date on the Motion would be February 18, 2022 at 10:00 a.m. Under Local Rule 7-9, Defendant's Opposition would be due January 28, 2022, and Plaintiffs' Reply would be due February 4, 2022. *Id*. ¶ 10.

DATED: December 23, 2021　　　　DAVIS WRIGHT TREMAINE LLP

By: */s/* Sean M. Sullivan
　　　　Sean M. Sullivan

Elizabeth A. McNamara
Sean M. Sullivan
Arleen Fernandez
DAVIS WRIGHT TREMAINE LLP

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: December 23, 2021 | LAW OFFICES OF GLENN T. LITWAK |

DATED: December 23, 2021  LAW OFFICES OF GLENN T. LITWAK

By: */s/* Glenn T. Litwak
     Glenn T. Litwak

John T. Wilson\* (Texas Bar No. 24008284)
Jennifer M. Rynell\* (Texas Bar No. 24033025)
Leigh Caudle Whitaker\* (Texas Bar No. 24094260)
Paul Abelkop\* (Texas Bar No. 24115987)
eservice@wilsonlegalgroup.com
WILSON LEGAL GROUP P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
\*Pro Hac Vice Applications Forthcoming

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
LAW OFFICES OF GLENN T. LITWAK
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 310-858-5574
(F): 310-207-4180

Attorneys for Defendant

3

**L.R. 5-4.3.4 Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 23, 2021      DAVIS WRIGHT TREMAINE LLP

By: */s/* Sean M. Sullivan
        Sean M. Sullivan

Elizabeth A. McNamara
Sean M. Sullivan
Arleen Fernandez
DAVIS WRIGHT TREMAINE LLP

Attorneys for Plaintiffs

PROOF OF SERVICE BY ELECTRONIC MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017-2566.

On December 23, 2021, I served the foregoing document(s) described as: **STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** by forwarding a portable document file to the electronic mail address(es) below:

John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
Leigh Caudle Whitaker* (Texas Bar No. 24094260)
Paul Abelkop* (Texas Bar No. 24115987)
eservice@wilsonlegalgroup.com
WILSON LEGAL GROUP P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
**Pro Hac Vice Applications Forthcoming*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
LAW OFFICES OF GLENN T. LITWAK
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 310-858-5574
(F): 310-207-4180

**(FROM ELECTRONIC MAIL ADDRESS yvettemerino@dwt.com)** at 865 South Figueroa Street, Suite 2400, Los Angeles, California.

Executed on December 23, 2021, at Los Angeles, California.

x    FederalI declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

| **Yvette Merino** | |
|---|---|
| Print Name | Signature |