1  ELIZABETH A. MCNAMARA (*Pro Hac Vice*)
   lizmcnamara@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   1251 Avenue of the Americas, 21st Floor
3  New York, New York 10020
   Telephone: (212) 603-6437
4  Fax: (212) 489-8340

5  SEAN M. SULLIVAN (CA State Bar No. 229104)
   seansullivan@dwt.com
6  ARLEEN FERNANDEZ (CA State Bar No. 318205)
   arleenfernandez@dwt.com
7  DAVIS WRIGHT TREMAINE LLP
   865 South Figueroa Street, 24th Floor
8  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
9  Fax: (213) 633-6899

10 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and SCREEN GEMS, INC.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20,<br><br>　　　　　Defendants. | Case No. **2:21-cv-09361-AB (MRWx)**<br><br>**DECLARATION OF SEAN M. SULLIVAN IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Current Hearing Date:<br>January 7, 2022, 10:00 a.m.<br><br>Proposed Hearing Date:<br>February 18, 2022, 10:00 a.m.<br><br>Judge:　　Hon. Andre Birotte Jr.<br><br>Action Filed: December 2, 2021<br>Trial Date:　　None Set |

## DECLARATION OF SEAN M. SULLIVAN

I, Sean M. Sullivan, declare and state as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for Plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc. (collectively, "Plaintiffs") in this action. I submit this declaration in support of the parties' Stipulation to Continue the Hearing Date on Plaintiffs' Motion for Preliminary Injunction. I am over the age of 18, have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. On December 8, 2022, Plaintiffs filed a Motion for Preliminary Injunction against Defendant Dwayne Anthony Johnson d/b/a AllAccessTV and Quality Restreams ("Defendant"), with a noticed hearing date of January 7, 2022. Plaintiffs set the date of the hearing on their Motion for Preliminary Injunction in compliance with the timing requirements set forth in the Hon. Andre Birotte Jr.'s Initial Standing Order and Local Rule 6-1.

3. On December 10, 2021, counsel for Defendant contacted me offering to waive service of the Complaint and Summons pursuant to Federal Rule of Civil Procedure 4 and requesting that the January 7, 2022, hearing on Plaintiffs' Motion be continued to a later date.

4. On December 16, 2021, the parties reached an agreement on service and Defendant waived service of the Summons and Complaint. Defendant's response to the Complaint is currently due on February 14, 2022.

5. Plaintiffs and Defendant also agreed to stipulate, subject to the Court's approval, to continue the hearing on Plaintiffs' Motion for Preliminary Injunction to

1

February 18, 2022, the first available motion hearing date following Defendant's deadline to respond to the Complaint.

6. The parties agree that good cause exists to continue the hearing date on Plaintiffs' Motion for Preliminary Injunction. Such a stipulation will allow the hearing to be more effective, as it provides defense counsel sufficient time to get up to speed on the matter and affords the parties the opportunity to engage in meaningful discussions prior to the hearing.

7. Prior to reaching this agreement, Defendant's counsel confirmed to me that Defendant will not use this stipulation to prejudice Plaintiffs' Motion for Preliminary Injunction, and that Defendant will not argue that the request for a continuance should be construed as a delay or acquiescence on the part of Plaintiffs, or otherwise argue that the request for a continuance shows that Plaintiffs' preliminary injunctive relief is not needed.

8. No prior continuance has been requested.

9. The Court has yet to issue a Scheduling Order in this matter. As a result, the requested continuance will not affect or alter any dates set forth by the Court.

10. With the requested continuance, the new hearing date on Plaintiffs' Motion for Preliminary Injunction would be February 18, 2022, at 10:00 a.m., Defendant's Opposition would be due January 28, 2022, and Plaintiffs' Reply would be due February 4, 2022.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on December 23, 2021, at Los Angeles, CA.

                                         /s/ Sean M. Sullivan
                                           Sean M. Sullivan

## PROOF OF SERVICE BY ELECTRONIC MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017-2566.

On December 23, 2021, I served the foregoing document(s) described as: **DECLARATION OF SEAN M. SULLIVAN IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** by forwarding a portable document file to the electronic mail address(es) below:

John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
Leigh Caudle Whitaker* (Texas Bar No. 24094260)
Paul Abelkop* (Texas Bar No. 24115987)
eservice@wilsonlegalgroup.com
WILSON LEGAL GROUP P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice Applications Forthcoming*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
LAW OFFICES OF GLENN T. LITWAK
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 310-858-5574
(F): 310-207-4180

**(FROM ELECTRONIC MAIL ADDRESS yvettemerino@dwt.com)** at 865 South Figueroa Street, Suite 2400, Los Angeles, California.

Executed on December 23, 2021, at Los Angeles, California.

x    FederalI declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

**Yvette Merino**
Print Name                                    Signature