UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and SCREEN GEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, <br><br> Defendants. | Case No. **2:21-cv-09361-AB (MRWx)** <br><br> **[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Current Hearing Date: <br> January 7, 2022, 10:00 a.m. <br><br> Proposed Hearing Date: <br> February 18, 2022, 10:00 a.m. <br><br> Judge:       Hon. Andre Birotte Jr. <br><br> Action Filed: December 2, 2021 <br> Trial Date:   None Set |

## [PROPOSED] ORDER

Having reviewed the parties' Stipulation to Continue the Hearing Date on Plaintiffs' Motion for Preliminary Injunction, the Court hereby finds good cause for the requested continuance, and GRANTS the parties' stipulated request to continue the hearing date on Plaintiffs' pending Motion for Preliminary Injunction from January 7, 2022, at 10:00 a.m. to **February 18, 2022, at 10:00 a.m.** Pursuant to Local Rules 7-9 and 7-10, Defendant's opposition will be due **January 28, 2022**, and Plaintiffs' reply will be due **February 4, 2022**.

IT IS SO ORDERED

DATE: _____  _____
UNITED STATES DISTRICT JUDGE
HON. ANDRE BIROTTE JR.

PROOF OF SERVICE BY ELECTRONIC MAIL

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017-2566.

    On December 23, 2021, I served the foregoing document(s) described as: **[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** by forwarding a portable document file to the electronic mail address(es) below:

John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
Leigh Caudle Whitaker* (Texas Bar No. 24094260)
Paul Abelkop* (Texas Bar No. 24115987)
eservice@wilsonlegalgroup.com
WILSON LEGAL GROUP P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice Applications Forthcoming*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
LAW OFFICES OF GLENN T. LITWAK
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 310-858-5574
(F): 310-207-4180

    **(FROM ELECTRONIC MAIL ADDRESS yvettemerino@dwt.com)** at 865 South Figueroa Street, Suite 2400, Los Angeles, California.

    Executed on December 23, 2021, at Los Angeles, California.

x    Federal - I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

**Yvette Merino**
Print Name      Signature