UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and SCREEN GEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, <br><br> Defendants. | Case No. **2:21-cv-09361-AB (MRWx)** <br><br> **ORDER GRANTING CONTINUANCE OF HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Having reviewed the parties' Stipulation to Continue the Hearing Date on Plaintiffs' Motion for Preliminary Injunction, the Court hereby finds good cause for the requested continuance, and **GRANTS** the parties' stipulated request. The hearing date on Plaintiffs' pending Motion for Preliminary Injunction is continued from January 7, 2022, at 10:00 a.m. to **February 18, 2022, at 10:00 a.m.** Defendant's opposition will be due **January 28, 2022**, and Plaintiffs' reply will be due **February 4, 2022**.

**IT IS SO ORDERED.**

DATE: December 27, 2021

Hon. André Birotte Jr.
United States District Judge

1