Glenn T. Litwak SBN 91510
Law Offices of Glenn T. Litwak
201 Santa Monica Blvd., Suite 300
Santa Monica, California 90401
Tel: (310) 858-5574; Fax: (310) 207-4180

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.<br><br>Plaintiff(s)<br>v.<br>DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-09361-AB (MRWx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wilson John T.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(972) 248-8080
*Telephone Number*

(972) 248-8088
*Fax Number*

eservice@wilsonlegalgroup.com
*E-Mail Address*

of

Wilson Whitaker Rynell
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS

*Name(s) of Party(ies) Represented*      ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Litwak, Glenn T.
*Designee's Name (Last Name, First Name & Middle Initial)*

91510
*Designee's Cal. Bar No.*

(310) 858-5574
*Telephone Number*

(310) 207-4180
*Fax Number*

glenn@glennlitwak.com
*E-Mail Address*

of

Law Offices of Glenn T. Litwak
201 Santa Monica Blvd., Suite 300
Santa Monica, California 90401

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　☐ for failure to complete Application: _____
　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)　　(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*　　Page 1 of 1