John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
Leigh Caudle Whitaker* (Texas Bar No. 24094260)
Paul Abelkop* (Texas Bar No. 24115987)
eservice@wilsonlegalgroup.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice Applications Pending/Forthcoming
Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 310-858-5574
(F): 310-207-4180

**Attorneys for Defendant Dwayne Anthony Johnson d/b/a AllAccessTV and Quality Restreams**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, <br><br> Defendants. | Case No. 2:21-cv-09361-AB (MRWx) <br><br> **DECLARATION OF JENNIFER M. RYNELL IN SUPPORT OF DEFENDANT'S OPPOSED MOTION TO CONTINUE HEARING AND DEADLINE FOR RESPONSE TO COMPLAINT** <br><br> Current Hearing Date: <br> February 18, 2022, 10:00 a.m. <br><br> Proposed Hearing Date: <br> April 22, 2022, 10:00 a.m. <br><br> Judge:    Hon. Andre Birotte Jr. <br><br> Action Filed: December 2, 2021 <br> Trial Date:    None Set |

1

## DECLARATION OF JENNIFER M. RYNELL

I, Jennifer M. Rynell, declare and state as follows:

1. I am a partner with the law firm of Wilson Whitaker Rynell, counsel for Defendant Dwayne Anthony Johnson d/b/a AllAccessTV and Quality Restreams ("Defendant") in this action. I submit this declaration in support of Defendant's Opposed Motion to Continue Hearing Date on Plaintiffs' Motion for Preliminary Injunction and Defendant's Deadline for Response to Complaint. I am over the age of 18, have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. On December 2, 2021, Plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc. (collectively, "Plaintiffs") filed a Complaint in this matter, naming Defendant. Dkt. No. 1.

3. Plaintiffs filed a Motion for Preliminary Injunction against Defendant on December 8, 2021, with a noticed hearing date of January 7, 2022 at 10:00 a.m. Dkt. No. 14.

4. On December 10, 2021, counsel for Defendant contacted Plaintiffs' counsel offering to waive service of the Complaint and Summons pursuant to Federal Rule of Civil Procedure 4 and requesting that the January 7, 2022 hearing on Plaintiffs' Plaintiffs' Motion for Preliminary Injunction be continued accordingly to a date beyond the deadline to respond to the Complaint.

5. On December 16, 2021, Defendant waived service of the Summons and Complaint. Defendant's response to the Complaint is currently due on February 14, 2022.

6. Plaintiffs and Defendant also previously stipulated to continue the hearing on Plaintiffs' Motion for Preliminary Injunction to February 18, 2022, the first available motion hearing date following Defendant's deadline to respond to the Complaint. Dkt. No. 22.

7. Since January 18, 2022, counsel for the parties have been corresponding and participating in video conferences on a possible stipulation relating to Plaintiffs' Motion for Preliminary Injunction that would obviate the need for Court intervention and save party and judicial resources.

8. On January 20, 2022, counsel for Defendant circulated a draft stipulation relating to a preliminary injunction against Defendant. It was broadly worded, substantive, and provided in good faith.

9. At that time and thereafter in the parties' correspondence and conferences, counsel for Defendant also asked that Plaintiffs agree to grant Defendant an extension on its deadline to respond to the Complaint and to agree to a continuance of the hearing date on Plaintiffs' Motion for Preliminary Injunction, subject to the Court's approval.

10. This would be Defendant's first request for an extension on the deadline to respond to the Complaint, as the prior stipulation simply documented the sixty days to which Defendant was already entitled pursuant to the waiver of service rules and his agreement to the waiver.

11. Despite the negotiations and draft stipulation being in the works, counsel for Plaintiffs would not agree to the requested continuance and extension, absent substantive concessions by Defendant on the stipulation in a very compressed timeframe.

12. Defendant requests, subject to the Court's approval, to continue the deadline for Defendant to respond to the Complaint until April 15, 2022.

13. Counsel for Defendant believes that this additional time will give the parties an opportunity to continue negotiations and possibly obviate the need for

additional expenditures of party and judicial resources on Plaintiffs' Motion for Preliminary Injunction.

14. Further, subject to the Court's approval, Defendant requests that the hearing on Plaintiffs' Motion be continued to April 22, 2022, the first available motion hearing date following the new proposed deadline for Defendant to respond to the Complaint. This proposed hearing date is in compliance with the timing requirements set forth in the Hon. Andre Birotte Jr.'s Initial Standing Order and Local Rule 6-1.

15. The purpose of the continuance of the deadlines is to potentially obviate the need for Court involvement on the Motion and for the parties to pursue possible resolution of Plaintiffs' Motion for Preliminary Injunction and possibly the whole case.

16. The parties have requested and been granted one prior continuance of the hearing on Plaintiffs' Motion for Preliminary Injunction based on Defendant's waiver of service and extended answer date pursuant to Federal Rule of Civil Procedure 4. Dkt. No. 10.

17. The Court has yet to issue a Scheduling Order in this matter. As a result, the requested continuance will not affect or alter any dates set forth by the Court.

18. With the requested continuance, the new hearing date on the Motion would be April 22, 2022, at 10:00 a.m. Under Local Rule 7-9, Defendant's Opposition would be due April 1, 2022, and Plaintiffs' Reply would be due April 8, 2022.

19. This motion is made following the conferences of counsel pursuant to Local Rule 7-3, which took place in email correspondence beginning on January 20, 2022 up through the filing of the instant motion, as well as by video conference on January 25, 2022.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on January 27, 2022, at Dallas, Texas.

By: _____
Jennifer M. Rynell

## PROOF OF SERVICE BY ELECTRONIC MAIL

I am employed in the County of Dallas, State of Texas. I am over the age of 18 and not a party to the above-referenced action. My business address is Wilson Whitaker Rynell, Wilson Legal Group, P.C., 16610 Dallas Parkway, Suite 1000, Dallas, Texas 75248.

On January 27, 2022, I served the foregoing document(s) described as:

**DECLARATION OF JENNIFER M. RYNELL IN SUPPORT OF DEFENDANT'S OPPOSED MOTION TO CONTINUE HEARING AND DEADLINE FOR RESPONSE TO COMPLAINT** by forwarding a portable document file to the electronic mail address(es) below:

Elizabeth A. McNamara (Pro Hac Vice)
lizmcnamara@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Fax: (212) 489-8340

Sean M. Sullivan (CA State Bar No. 229104)
seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs

**FROM ELECTRONIC MAIL ADDRESS jennifer@wilsonlegalgroup.com** at 16610 Dallas Parkway, Suite 1000, Dallas, Texas 75248.

Executed on January 27, 2022, at Dallas, Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and I am a member of this bar, an employee of member of the bar at whose direction this service was made, or have been admitted (and/or filed to be admitted *pro hac vice*).

Jennifer M. Rynell