John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
Leigh Caudle Whitaker* (Texas Bar No. 24094260)
Paul Abelkop* (Texas Bar No. 24115987)
eservice@wilsonlegalgroup.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice Applications Pending/Forthcoming
Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 310-858-5574
(F): 310-207-4180

**Attorneys for Defendant Dwayne Anthony Johnson d/b/a AllAccessTV and Quality Restreams**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, <br><br> Defendants. | **Case No. 2:21-cv-09361-AB (MRWx)** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S OPPOSED MOTION TO CONTINUE HEARING AND DEFENDANT'S DEADLINE FOR RESPONSE TO COMPLAINT** <br><br> Current Hearing Date: <br> February 18, 2022, 10:00 a.m. <br><br> Proposed Hearing Date: <br> April 22, 2022, 10:00 a.m. <br><br> Judge:     Hon. Andre Birotte Jr. <br><br> Action Filed: December 2, 2021 <br> Trial Date:    None Set |

1

**[PROPOSED] ORDER**

Having reviewed Defendant's Opposed Motion to Continue Hearing on Plaintiffs' Motion for Preliminary Injunction and the deadline for Defendant to respond to Plaintiff's Complaint for Copyright Infringement, the Court hereby finds good cause for the requested continuance, and GRANTS Defendant's request to continue the hearing date on Plaintiffs' pending Motion for Preliminary Injunction from **February 18, 2022, at 10:00 a.m. to April 22, 2022, at 10:00 a.m.** Pursuant to Local Rules 7-9 and 7-10, Defendant's opposition will be due **April 1, 2022**, and Plaintiffs' reply will be due **April 8, 2022**. IT IS FURTHER ORDERED that the deadline for Defendant to respond to Plaintiff's Complaint for Copyright Infringement is extended to **April 15, 2022**.

IT IS SO ORDERED.

DATE: _____       _____
UNITED STATES DISTRICT JUDGE
HON. ANDRE BIROTTE JR.

## PROOF OF SERVICE BY ELECTRONIC MAIL

I am employed in the County of Dallas, State of Texas. I am over the age of 18 and not a party to the above-referenced action. My business address is Wilson Whitaker Rynell, Wilson Legal Group, P.C., 16610 Dallas Parkway, Suite 1000, Dallas, Texas 75248.

On January 27, 2022, I served the foregoing document(s) described as:

**[PROPOSED] ORDER GRANTING DEFENDANT'S OPPOSED MOTION TO CONTINUE HEARING AND DEFENDANT'S DEADLINE FOR RESPONSE TO COMPLAINT** by forwarding a portable document file to the electronic mail address(es) below:

Elizabeth A. McNamara (Pro Hac Vice)
lizmcnamara@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Fax: (212) 489-8340

Sean M. Sullivan (CA State Bar No. 229104)
seansullivan@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs

**FROM ELECTRONIC MAIL ADDRESS jennifer@wilsonlegalgroup.com** at 16610 Dallas Parkway, Suite 1000, Dallas, Texas 75248.

Executed on January 27, 2022, at Dallas, Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and I am a member of this bar, an employee of member of the bar at whose direction this service was made, or have been admitted (and/or filed to be admitted *pro hac vice*).

Jennifer M. Rynell