# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>DWAYNE ANTHONY JOHNSON, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21-cv-09361-AB-MRW<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   1/27/2022

Document Number(s):   26

Title of Document(s):   Defendant's Opposed Motion to Continue Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendant's Deadline for Response to Complaint

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Incorrect event selected. Correct event to be used is: Applications/Ex Parte Applications/Motions/Petitions/Requests > Continue. The filer used the event, Responses/Replies/Other Motion Related Documents > Objection/Opposition (Motion related), for docketing this filing

Other:

**Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: January 28, 2022      By:  /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                               Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**