**Name and address:**

Glenn T. Litwak SBN 91510
Law Offices of Glenn T. Litwak
201 Santa Monica Blvd., Suite 300
Santa Monica, California 90401
Tel: (310) 858-5574; Fax: (310) 207-4180

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.<br><br>Plaintiff(s)<br>v.<br>DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20<br><br>Defendant(s). | **CASE NUMBER**<br>2:21-cv-09361-AB (MRWx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wilson John T.                                                                     of    Wilson Whitaker Rynell
*Applicant's Name (Last Name, First Name & Middle Initial)*        Wilson Legal Group P.C.
(972) 248-8080              (972) 248-8088                                      16610 Dallas Parkway, Suite 1000
*Telephone Number*       *Fax Number*                                      Dallas, Texas 75248
eservice@wilsonlegalgroup.com
*E-Mail Address*                                                                      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* ____

**and designating as Local Counsel**
Litwak, Glenn T.                                                                    of    Law Offices of Glenn T. Litwak
*Designee's Name (Last Name, First Name & Middle Initial)*       201 Santa Monica Blvd., Suite 300
91510          (310) 858-5574          (310) 207-4180                   Santa Monica, California 90401
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
glenn@glennlitwak.com
*E-Mail Address*                                                                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: ____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated ____

                                                                                              **U.S. District Judge/U.S. Magistrate Judge**