```
 1  ELIZABETH A. MCNAMARA (Pro Hac Vice)
      lizmcnamara@dwt.com
 2  DAVIS WRIGHT TREMAINE LLP
    1251 Avenue of the Americas, 21st Floor
 3  New York, New York 10020
    Telephone: (212) 603-6437
 4  Fax: (212) 489-8340

 5  SEAN M. SULLIVAN (CA State Bar No. 229104)
      seansullivan@dwt.com
 6  SAMANTHA LACHMAN (CA State Bar No. 331969)
      samlachman@dwt.com
 7  DAVIS WRIGHT TREMAINE LLP
    865 South Figueroa Street, 24th Floor
 8  Los Angeles, California 90017-2566
    Telephone: (213) 633-6800
 9  Fax: (213) 633-6899

10  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and SCREEN GEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, <br><br> Defendants. | Case No. **2:21-cv-09361-AB (MRWx)** <br><br> **DECLARATION OF SEAN M. SULLIVAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S "OPPOSED MOTION" FOR PRELIMINARY INJUNCTION AND DEFENDANT'S DEADLINE FOR RESPONSE TO COMPLAINT** <br><br> Judge:       Hon. Andre Birotte Jr. <br><br> Action Filed: December 2, 2021 <br> Trial Date:   None Set |

# DECLARATION OF SEAN M. SULLIVAN

I, Sean M. Sullivan, declare and state as follows:

1. I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for Plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc. (collectively, "Plaintiffs") in this action. I submit this declaration in support of Plaintiffs' Opposition to Defendant's Ex Parte Application to Continue the Hearing on Plaintiffs' Motion for a Preliminary Injunction and Defendant's Deadline to Respond to the Complaint. I am over the age of 18, have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would competently testify to them.

2. On December 8, 2021, Plaintiffs filed a Motion for Preliminary Injunction against Defendant Dwayne Anthony Johnson d/b/a AllAccessTV and Quality Restreams ("Defendant"), with a noticed hearing date of January 7, 2022. Plaintiffs set the date of the hearing on their Motion for Preliminary Injunction in compliance with the timing requirements set forth in the Hon. Andre Birotte Jr.'s Initial Standing Order and Local Rule 6-1.

3. On December 10, 2021, counsel for Defendant contacted me offering to waive service of the Complaint and Summons pursuant to Federal Rule of Civil Procedure 4 and requesting that the hearing on Plaintiffs' Motion be continued to a later date.

4. On December 16, 2021, the parties reached an agreement on service and Defendant waived service of the Summons and Complaint. Defendant's response to the Complaint is currently due on February 14, 2022.

5. Plaintiffs and Defendant also agreed to stipulate to continue the

hearing on Plaintiffs' Motion for Preliminary Injunction to February 18, 2022, the first available motion hearing date following Defendant's deadline to respond to the Complaint. The Court granted the parties' stipulation and continued the hearing on Plaintiffs' Motion to February 18, 2022.

6. On January 18, 2022, counsel for Defendant contacted me and my partner, Liz McNamara, to discuss a possible proposed stipulation relating to Plaintiffs' Motion. On January 20, after Ms. McNamara and I participated in an initial discussion with counsel for Defendant, counsel for Defendant provided us with a draft of a proposed stipulated preliminary injunction. Defendant also requested an extension of time to respond to Plaintiffs' Motion and the Complaint while the parties agreed on the stipulation and scope of the injunction.

7. From the outset of discussions with counsel for Defendant, Ms. McNamara and I emphasized that we would have to review the specifics of any suggested stipulated injunction before we could agree to an extension. After receiving the draft stipulated injunction, we responded to counsel for Defendant noting that we were willing to recommend to our clients that we should enter into a stipulation to extend the deadlines for the preliminary injunction motion and complaint subject to Defendant's agreement on certain core points important to Plaintiffs. One of those points was that the injunction should cover not only Defendant, but those acting in active concert or participation with him.

8. Despite further discussions with counsel for Defendant, Defendant never agreed to extending the proposed stipulated injunction to cover the conduct of any individuals or entities, who, along with Defendant, own or operate or were working in active concert with him or AllAccessTV and Quality Restreams.

9. On January 27, 2022, I conducted a search on Whois.com for allaccessiptv.com. That search revealed that a domain previously registered to Defendant changed on December 10, 2021, making all administrative and registrant information private. A PDF of the result of that search is submitted with this

1 | declaration as "Exhibit A."

2 |     I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

4 |     Executed on January 28, 2022, at Los Angeles, CA.

                           /s/ Sean M. Sullivan
                            Sean M. Sullivan

4883-9168-6667v.2 0067328-000025

PROOF OF SERVICE BY ELECTRONIC MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, California 90017-2566.

On January 28, 2022, I served the foregoing document(s) described as: **DECLARATION OF SEAN M. SULLIVAN IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** by forwarding a portable document file to the electronic mail address(es) below:

John T. Wilson* (Texas Bar No. 24008284)
Jennifer M. Rynell* (Texas Bar No. 24033025)
Leigh Caudle Whitaker* (Texas Bar No. 24094260)
Paul Abelkop* (Texas Bar No. 24115987)
eservice@wilsonlegalgroup.com
WILSON LEGAL GROUP P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
**Pro Hac Vice Applications Forthcoming*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
LAW OFFICES OF GLENN T. LITWAK
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 310-858-5574
(F): 310-207-4180

**(FROM ELECTRONIC MAIL ADDRESS yvettemerino@dwt.com)** at 865 South Figueroa Street, Suite 2400, Los Angeles, California.

Executed on January 28, 2022, at Los Angeles, California.

x    Federal - I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

**Yvette Merino**
Print Name                                              Signature

1

4883-9168-6667v.2 0067328-000025