

DOMAINS   WEBSITE   CLOUD   HOSTING   SERVERS   EMAIL   SECURITY   WHOIS   SUPPORT   LOGIN   0

## allaccessiptv.com

Updated 13 days ago   Please try again in 24 minutes

### Domain Information

| | |
|---|---|
| Domain: | allaccessiptv.com |
| Registrar: | PDR Ltd. d/b/a PublicDomainRegistry.com |
| Registered On: | 2021-12-10 |
| Expires On: | 2022-12-10 |
| Updated On: | 2021-12-10 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1.dallaswebserver.com<br>ns2.dallaswebserver.com |

### Registrant Contact

| | |
|---|---|
| Name: | Domain Admin |
| Organization: | Privacy Protect, LLC (PrivacyProtect.org) |
| Street: | 10 Corporate Drive |
| City: | Burlington |
| State: | MA |
| Postal Code: | 01803 |
| Country: | US |
| Phone: | +1.8022274003 |
| Email: | contact@privacyprotect.org |

### Administrative Contact

| | |
|---|---|
| Name: | Domain Admin |
| Organization: | Privacy Protect, LLC (PrivacyProtect.org) |
| Street: | 10 Corporate Drive |
| City: | Burlington |
| State: | MA |
| Postal Code: | 01803 |
| Country: | US |
| Phone: | +1.8022274003 |
| Email: | contact@privacyprotect.org |

**Interested in similar domains?**

allaccesiptv.com — Buy Now
allaccessiptv24.com — Buy Now
getallaccessiptv.com — Buy Now
all19accessiptv.com — Buy Now
allaccessiptv.net — Buy Now
allaccesshdtv.com — Buy Now





## Technical Contact

| | |
|---|---|
| Name: | Domain Admin |
| Organization: | Privacy Protect, LLC (PrivacyProtect.org) |
| Street: | 10 Corporate Drive |
| City: | Burlington |
| State: | MA |
| Postal Code: | 01803 |
| Country: | US |
| Phone: | +1.8022274003 |
| Email: | contact@privacyprotect.org |

## Raw Whois Data

```
Domain Name: ALLACCESSIPTV.COM
Registry Domain ID: 2660886181_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.publicdomainregistry.com
Registrar URL: www.publicdomainregistry.com
Updated Date: 2021-12-10T21:24:48Z
Creation Date: 2021-12-10T21:24:45Z
Registrar Registration Expiration Date: 2022-12-10T21:24:45Z
Registrar: PDR Ltd. d/b/a PublicDomainRegistry.com
Registrar IANA ID: 303
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Registry Registrant ID: Not Available From Registry
Registrant Name: Domain Admin
Registrant Organization: Privacy Protect, LLC (PrivacyProtect.org)
Registrant Street: 10 Corporate Drive
Registrant City: Burlington
Registrant State/Province: MA
Registrant Postal Code: 01803
Registrant Country: US
Registrant Phone: +1.8022274003
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: contact@privacyprotect.org
Registry Admin ID: Not Available From Registry
Admin Name: Domain Admin
Admin Organization: Privacy Protect, LLC (PrivacyProtect.org)
Admin Street: 10 Corporate Drive
Admin City: Burlington
Admin State/Province: MA
Admin Postal Code: 01803
Admin Country: US
Admin Phone: +1.8022274003
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: contact@privacyprotect.org
Registry Tech ID: Not Available From Registry
Tech Name: Domain Admin
Tech Organization: Privacy Protect, LLC (PrivacyProtect.org)
Tech Street: 10 Corporate Drive
Tech City: Burlington
Tech State/Province: MA
Tech Postal Code: 01803
Tech Country: US
Tech Phone: +1.8022274003
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: contact@privacyprotect.org
Name Server: ns1.dallaswebserver.com
```

1/27/22, 3:07 PM
Whois allaccessiptv.com
Case 2:21-cv-09361-AB-MRW   Document 34-2   Filed 01/28/22   Page 3 of 4   Page ID #:499

```
Name Server: ns2.dallaswebserver.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse-contact@publicdomainregistry.com
Registrar Abuse Contact Phone: +1.2013775952
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2022-01-14T19:42:37Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Registration Service Provided By:

PRIVACYPROTECT.ORG is providing privacy protection services to this domain name to
protect the owner from spam and phishing attacks. PrivacyProtect.org is not
responsible for any of the activities associated with this domain name. If you wish
to report any abuse concerning the usage of this domain name, you may do so at
http://privacyprotect.org/contact. We have a stringent abuse policy and any
complaint will be actioned within a short period of time.

The data in this whois database is provided to you for information purposes
only, that is, to assist you in obtaining information about or related to a
domain name registration record. We make this information available "as is",
and do not guarantee its accuracy. By submitting a whois query, you agree
that you will use this data only for lawful purposes and that, under no
circumstances will you use this data to:
(1) enable high volume, automated, electronic processes that stress or load
this whois database system providing you this information; or
(2) allow, enable, or otherwise support the transmission of mass unsolicited,
commercial advertising or solicitations via direct mail, electronic mail, or
by telephone.
The compilation, repackaging, dissemination or other use of this data is
expressly prohibited without prior written consent from us. The Registrar of
record is PDR Ltd. d/b/a PublicDomainRegistry.com.
We reserve the right to modify these terms at any time.
By submitting this query, you agree to abide by these terms.
```

### related domain names

publicdomainregistry.com    icann.org    dallaswebserver.com    privacyprotect.org    internic.net

## Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

## Hosting & Products

Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
Google Workspace
SSL Certificates

## Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

## Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

Login  or  Create an Account

Follow Us

Sitelock

CodeGuard

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy