ELIZABETH A. MCNAMARA (*Pro Hac Vice*)
   lizmcnamara@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Fax: (212) 489-8340

SEAN M. SULLIVAN (CA State Bar No. 229104)
   seansullivan@dwt.com
SAMANTHA LACHMAN (CA State Bar No. 331969)
   samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California  90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and SCREEN GEMS, INC., | Case No. **2:21-cv-09361-AB (MRWx)**<br><br>**NOTICE OF ERRATA**<br><br>Assigned to the Hon. Andre Birotte, Jr.<br><br>Action Filed:  December 2, 2021 |
| Plaintiffs, | |
| vs. | |
| DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, | |
| Defendants. | |

**TO THE COURT, CLERK OF THE COURT AND ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc. (collectively, "Plaintiffs") hereby submit this Notice of Errata in connection with the filing of Plaintiffs' Opposition to Defendant's "Opposed Motion" to Continue Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendant's Deadline for Response to Complaint, Docket No. 34, filed on January 28, 2022 (the "Opposition").  Plaintiffs inadvertently omitted a portion of the title of the Opposition and selected the incorrect motion to link the Opposition to when filing.  The Opposition should have been titled "Plaintiffs' Opposition to Defendant's 'Opposed Motion' to Continue Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendant's Deadline for Response to Complaint" and was linked to Docket No. 14, but should have been linked to Docket No. 26.

DATED: January 28, 2022

DAVIS WRIGHT TREMAINE LLP
ELIZABETH A. MCNAMARA
SEAN M. SULLIVAN
SAMANTHA LACHMAN


By: */s/ Sean M. Sullivan*
　　　Sean M. Sullivan

Sean M. Sullivan
Samantha Lachman
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566

Elizabeth A. McNamara
DAVIS WRIGHT TREMAINE LLP
1251 Ave. of the Americas, 21st Floor
New York, New York 10020

Attorneys for Plaintiffs

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST., SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899