# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.<br><br>Plaintiff(s)<br>v.<br>DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-09361-AB (MRWx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

**Rynell, Jennifer M.** of
*Applicant's Name (Last Name, First Name & Middle Initial)*

(972) 248-8080    (972) 248-8088
*Telephone Number    Fax Number*

eservice@wilsonlegalgroup.com
*E-Mail Address*

Wilson Whitaker Rynell
Wilson Legal Group, P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
**DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS**
*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other:

and designating as Local Counsel
**Litwak, Glenn T.** of
*Designee's Name (Last Name, First Name & Middle Initial)*

91510    (310) 858-5574    (310) 207-4180
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

glenn@glennlitwak.com
*E-Mail Address*

Law Offices of Glenn T. Litwak
201 Santa Monica Blvd., Suite 300
Santa Monica, California 90401
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid, ☐ be refunded ☒ not be refunded.

Dated January 31, 2022

*U.S. District Judge/U.S. Magistrate Judge*

G-64 ORDER (5/16)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1