## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.<br><br>v.<br>Plaintiff(s)<br><br>DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV<br>and QUALITY RESTREAMS; and DOES 1-20<br><br>Defendant(s). | **CASE NUMBER**<br><br>2:21-cv-09361-AB  (MRWx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wilson, John T. _____ of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(972) 248-8080          (972) 248-8088

*Telephone Number          Fax Number*

eservice@wilsonlegalgroup.com

*E-Mail Address*

> Wilson Whitaker Rynell
> Wilson Legal Group, P.C.
> 16610 Dallas Parkway, Suite 1000
> Dallas, Texas 75248

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS

*Name(s) of Party(ies) Represented*      ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Litwak, Glenn T. _____ of

*Designee's Name (Last Name, First Name & Middle Initial)*

91510          (310) 858-5574          (310) 207-4180

*Designee's Cal. Bar No.      Telephone Number      Fax Number*

glenn@glennlitwak.com

*E-Mail Address*

> Law Offices of Glenn T. Litwak
> 201 Santa Monica Blvd., Suite 300
> Santa Monica, California 90401

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** ☐ be refunded ☒ not be refunded.

**Dated**      January 31, 2022

_____
**U.S. District Judge/U.S. Magistrate Judge**