UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No.: | 2:21-cv-09361-AB (MRWx) | Date: | February 3, 2022 |
|---|---|---|---|

| Title: | *Universal City Studios Productions, LLLP, et al. v. Dwayne Anthony Johnson d/b/a Allaccesstv and Quality Restreams, and DOES 1–20* |
|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **Order DENYING Defendant's Requests to Continue Hearing on Preliminary Injunction and GRANTING IN PART Defendant's Request to Continue Deadline for Response to Complaint**

Before the Court is Defendant's Opposed Motion to Continue Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendant's Deadline for Response to Complaint. (Dkt. No. 26).

As Plaintiffs rightly point out in their Opposition, Defendant's brief does not comply with the Central District's rules for the submission of motions. (Dkt. No. 34 at 4). *See* C.D. Cal. L.R. 7-4, 7-5. Defendant appears to have intended to file an *ex parte* application, though Defendant did not follow the requirements for doing so. (*See* Dkt. No. 34 at 5). The Court therefore advises Defendant to ensure that all future filings adhere to the Central District's Local Rules and this Court's Standing Order.

Defendant makes two requests: first, that the hearing on Plaintiffs' Motion for Preliminary Injunction ("Motion"), (Dkt. No. 14), which is currently set for February 18, 2022, be continued to April 22, 2022, and second, that Defendant's deadline for

responding to Plaintiff's Complaint, (Dkt. No. 1), which is now set for February 14, 2022, be continued to April 15, 2022.

Plaintiffs seek a preliminary injunction in order to restrain Defendant (and any other individuals or entities who own or operate AllAccessTV and Quality Restreams) from engaging in the alleged mass-scale infringement of their intellectual property rights. Plaintiffs allege not only that Defendant (and any associated individuals and/or entities) have infringed Plaintiffs' rights in the past but that they continue to do so on an ongoing basis. Given the nature of this allegation, it would not be appropriate to continue the hearing date for Plaintiff's Motion, absent a showing of extraordinary need by Defendant. So far, Defendant has made no such showing. Moreover, Defendant has been aware of the Motion since December 8, 2021, and has therefore had ample time to prepare an Opposition. For these reasons, Defendant's first request is **DENIED**. The hearing on Plaintiff's Motion remains set for February 18, 2022.

As to Defendant's second request, although the Court will not continue the deadline for a response to Plaintiffs' Complaint to April 22, 2022, it hereby continues that deadline to **March 18, 2022.** This gives Defendant sufficient time both to prepare for the hearing on Plaintiffs' Motion and to prepare a response to Plaintiffs' Complaint.

**IT IS SO ORDERED**.