Elizabeth A. McNamara (*Pro Hac Vice* Application forthcoming)
   lizmcnamara@dwt.com
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Fax: (212) 489-8340

Sean M. Sullivan, Esq. (Cal. Bar No. 229104)
   seansullivan@dwt.com
Samantha Lachman (Cal. Bar No. 331969)
   samlachman@dwt.com
Davis Wright Tremaine LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and, SCREEN GEMS, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, <br><br> Defendants. | Case No. 2:21-cv-09361-AB (MRWx) <br><br> **SUPPLEMENTAL DECLARATION OF JAN VAN VOORN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge: Hon. Andre Birotte Jr. <br> Date: February 18, 2022 <br> Time: 10:00 a.m. <br> Courtroom: 7B <br><br> Filed concurrently with Reply in Support of Motion for Preliminary Injunction <br><br> Action Filed: December 2, 2021 <br> Trial Date: None Set |

## DECLARATION OF JAN VAN VOORN

I, Jan van Voorn, declare as follows:

1. I am Executive Vice President and Chief, Global Content Protection ("GCP") Enforcement and Operations, at the Motion Picture Association ("MPA"), where I have worked since 2013. I have worked in the field of intellectual property infringement, enforcement, investigations, and litigation for 14 years. Prior to joining the MPA, I had a career in law enforcement and led teams specialized in investigating and prosecuting organized and computer crimes.

2. I submit this supplemental declaration in support of Plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc. (collectively, "Plaintiffs") Reply in Support of Motion for Preliminary Injunction. I previously submitted a declaration in support of Plaintiffs' Motion for Preliminary Injunction, which I executed on December 1, 2021 (the "December 1 Declaration").

3. Except as otherwise noted, the contents of this declaration are based on my personal knowledge and the results of the investigation conducted by the GCP team and at my direction. The exhibits attached hereto were collected in conjunction with our investigation. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

4. In my December 1 Declaration, I detailed how subscribers can obtain a subscription to the AllAccessTV ("AATV") service and how in late October 2021, a GCP investigator was able to renew his AATV subscription and obtain credentials to access the AATV Platforms. The facts contained in this Declaration further confirm the evidence previously submitted in support of Plaintiffs Motion for Preliminary Injunction.

2

SUPP. DECLARATION OF JAN VAN VOORN
ISO PLTF'S MOTION FOR PRELIMINARY INJUNCTION
4865-5300-2764v.3 0067328-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

5.  On February 3, 2022, an GCP investigator used the same subscription credentials obtained in late October 2021, to access the AATV service through the AATV VOD Android application. The investigator confirmed that as of February 3, 2022 the AATV service remains active. Attached as **Exhibit 1** are true and correct copies of screen captures of the home page for the VOD interface for the Android AATV Platforms that were taken on February 3, 2022 and include URLs obtained by using a proxy/network analysis tool to capture the web traffic (certain subscriber identifying information has been redacted from the screenshot to protect the anonymity of the investigator).

6.  On February 3, 2022, members of my GCP team also confirmed that Defendant again changed the method for purchasing an AATV subscription. Defendant no longer uses backoffice.vpnsafevault.com. Instead, new customers are directed to clientarea.vpnsafevault.com. That website similarly does not have AATV branding; it is designed to appear like it sells VPN software to consumers. However, like backoffice.vpnsafevault.com, it is used to sell subscriptions to the AATV services. After purchasing a subscription from clientarea.vpnsafevault.com, a member of my GCP team received an email from support@aatvpanelcs.com confirming the purchase. Attached as **Exhibits 2** and **3** are true and correct copies of screen captures of the homepage and subscription pages for clientarea.vpnsafevault.com and the email received from support@aatvpanelcs.com (certain subscriber identifying information has been redacted from the screenshot to protect the anonymity of the investigator).

7.  After receiving these login credentials found in the email from support@aatvpanelcs.com, a member of GCP team on February 4, 2022, used those credentials to access the AATV service through the AATV VOD Android application and again confirmed that users can obtain access to (and watch) movies on the AATV service.

3

SUPP. DECLARATION OF JAN VAN VOORN
ISO PLTF'S MOTION FOR PRELIMINARY INJUNCTION
4865-5300-2764v.3 0067328-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

8. Attached as **Exhibit 4** are true and correct copies of screen captures reflecting VOD offerings of the movie, *Back to the Future* on the AATV VOD Platforms that were taken on February 4, 2022 and include URLs obtained by using a proxy/network analysis tool to capture the web traffic (certain subscriber identifying information has been redacted from the screenshot to protect the anonymity of the investigator).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on this 4th day of February 2022 at Redondo Beach, California.

Jan Van Voorn

4

SUPP. DECLARATION OF JAN VAN VOORN
ISO PLTF'S MOTION FOR PRELIMINARY INJUNCTION
4865-5300-2764v.3 0067328-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899