# EXHIBIT 2

https://clientarea.vpnsafevault.com/home





