# EXHIBIT 4

**https://vod.mediaflo.net/player_api.php?action=get_vod_info&vod_id=1254&username=[REDACTED]&password=[REDACTED]**



**https://vod.mediaflo.net/movie/[REDACTED]/[REDACTED]/1254.mp4**

