ELIZABETH A. MCNAMARA (*Pro Hac Vice*)
  lizmcnamara@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Fax: (212) 489-8340

SEAN M. SULLIVAN (CA State Bar No. 229104)
  seansullivan@dwt.com
SAMANTHA LACHMAN (CA State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and SCREEN GEMS, INC., | Case No. **2:21-cv-09361-AB (MRWx)** <br><br> **JOINT STIPULATION REGARDING ENTRY OF PRELIMINARY INJUNCTION** <br><br> Judge:        Hon. Andre Birotte Jr. <br><br> Action Filed: December 2, 2021 <br> Trial Date:   None Set |
| Plaintiffs, | |
| vs. | |
| DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, | |
| Defendants. | |

## **STIPULATION**

WHEREAS, on December 2, 2021, Plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc. (collectively, "Plaintiffs") brought this action alleging copyright infringement against Dwayne Anthony Johnson d/b/a AllAccessTV and Quality Restreams ("Defendant") (Plaintiffs and Defendant are referred as "Party" or "Parties."), and DOES 1-20;

WHEREAS, on December 8, 2021, Plaintiffs filed a Motion for Preliminary Injunction and supporting documents, ECF Nos. 14-17, on January 28, 2022, Defendant filed an Opposition, ECF No. 36, and on February 4, 2022, Plaintiffs filed a Reply and supporting documents, ECF No. 43;

WHEREAS, in order to streamline this litigation and reduce the cost to the Parties and the Court in adjudicating the claims and requests in Plaintiffs' Motion for Preliminary Injunction Plaintiffs and Defendant agree that good cause exists for entry of the attached [Proposed] Preliminary Injunction;

THEREFORE, the Parties by and through their respective counsel of record, **STIPULATE AND AGREE** to the following:

1. The Parties agree to entry of a stipulated preliminary injunction in the form of the attached [Proposed] Preliminary Injunction, which the Parties request the Court enter.

2. Defendant denies liability and makes no admission of liability by entry of this Stipulation.

3. Plaintiffs agree that Defendant makes no admission of liability by entry of this Stipulation.

4. The Parties agree that Defendant expressly reserves the right to contest

Plaintiffs' request for permanent injunctive relief on any grounds and entry of this Stipulation shall not limit the Parties' ability to make any argument relating to injunctive relief.

5.     The Parties agree that nothing in this Stipulation shall prejudice or hinder any Party's ability to appeal or challenge on appeal any order or judgment in this case.

6.     The Parties agree that, except as expressly set forth herein, nothing in this Stipulation shall prevent any Party from advancing any defense or argument in accordance with any Court Scheduling Order, the Federal Rules of Civil Procedure, and/or the Court's local rules. The Parties reserve all rights relating to all other remaining claims and defenses.

7.     The Parties agree that other than in the above-styled case or any appeals therefrom, this Stipulation may not be used in connection with any other lawsuit or proceeding.

8. The Parties agree that Plaintiffs are not required to post a bond relating to the preliminary injunction.

9. The Parties agree that, subject to the Court's entry of the [Proposed] Preliminary Injunction, the hearing on Plaintiffs' Motion for Preliminary Injunction, currently set for February 18, 2022, may be vacated and taken off-calendar.

IT IS SO STIPULATED.

DATED: February 17, 2022          DAVIS WRIGHT TREMAINE LLP

By: */s/* Sean M. Sullivan
                     Sean M. Sullivan

Elizabeth A. McNamara
Sean M. Sullivan
Samantha Lachman
DAVIS WRIGHT TREMAINE LLP

Attorneys for Plaintiffs

DATED: February 17, 2022

WILSON LEGAL GROUP P.C.

By: */s/* Jennifer M. Rynell
           Jennifer M. Rynell

John T. Wilson (Texas Bar No. 24008284)
Jennifer M. Rynell (Texas Bar No. 24033025)
eservice@wilsonlegalgroup.com
WILSON LEGAL GROUP P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
LAW OFFICES OF GLENN T. LITWAK
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 310-858-5574
(F): 310-207-4180

Attorneys for Defendant

**L.R. 5-4.3.4 Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 17, 2022                    DAVIS WRIGHT TREMAINE LLP

                                            By: */s/* Sean M. Sullivan _____
                                                     Sean M. Sullivan

                                            Elizabeth A. McNamara
                                            Sean M. Sullivan
                                            Samantha Lachman
                                            DAVIS WRIGHT TREMAINE LLP

                                            Attorneys for Plaintiff