**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and, SCREEN GEMS, INC.<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20,<br><br>　　　　　　　　Defendants. | Case No. **2:21-cv-09361-AB (MRWx)**<br><br>**[PROPOSED] PRELIMINARY INJUNCTION**<br><br>Judge:　　Hon. Andre Birotte Jr.<br>Courtroom: 7B<br><br>Action Filed: December 2, 2021<br>Trial Date: None Set |

## [PROPOSED] PRELIMINARY INJUNCTION

Dwayne Anthony Johnson d/b/a AllAccessTV and Quality Restreams ("Defendant"), and all persons who are allegedly acting in active concert or participation with Defendant (collectively, the "Enjoined Parties"), **ARE HEREBY PRELIMINARILY RESTRAINED AND ENJOINED** as follows:

1. The Enjoined Parties shall not directly or secondarily, publicly perform, copy, reproduce, distribute, stream, transmit, or otherwise infringe in any manner any of Plaintiffs' copyrighted works, or any other works whose copyrights are owned or exclusively controlled by Plaintiffs and/or their affiliates (the "Copyrighted Works"), nor facilitate, induce, or contribute to the unauthorized reproduction and/or public performance of the Copyrighted Works by others.

2. The Enjoined Parties shall not operate, or in any way do business as, AllAccessTV and Quality Restreams and shall not operate any website, application, system, software, or service for purposes of providing unauthorized access Internet Protocol television or video-on-demand to any person or entity.

3. To the extent the Enjoined Parties have control over a domain listed below as of the date of this Order, the Enjoined Parties shall not modify, sell, transfer to another owner, or delete any of the following domain names: aatvdigitalmedia.com, aatvpanel.com, aatvapp.live, myaatv.com, aatvdigital.com, aatvwebplayer.com, allaccessiptv.com, allaccesstv.live, tv.allaccesstv.live, vod.allaccesstv.live, kids.allaccesstv.live, aatv.media, qualityrestreams.com, qsplaylist.com, qualitystreamz.guru, qsprovider.com, mediaflo.net, and v2.dmdapi.com (collectively "Domain Names").

4. Within five (5) business days of this Order being signed by the Court, the Enjoined Parties shall park the Domain Names.

5. As of the date this Order is signed by the Court and throughout the pendency of the case, the Enjoined Parties shall not make or cause any changes to be made to the WHOIS or similar contact/identifying information that exists for each

1  Domain Name and shall maintain the Domain Names with the current registrar.

2      6.    As of the date this Order is signed by the Court and throughout the pendency of the case, and except as otherwise required to park such Domain Names, the Enjoined Parties shall not further modify any aspect of the domain registration records of the Domain Names.

    7.    The Enjoined Parties shall not knowingly take any action for the purpose or that has the effect of circumventing the requirements of the Preliminary Injunction.

IT IS FURTHER ORDERED that, the activities in Paragraph 3-6 above relating to restrictions on transfers and changes by Defendant as to the Domain Names will also apply to NameCheap, Inc. and GoDaddy.com, LLC, the respective domain registrars for the Domain Names, as well as all others who receive notice of this Order, who will be likewise restricted.

IT IS FURTHER ORDERED Plaintiffs may complete service of process of this Order on NameCheap, Inc. and GoDaddy.com, LLC and any persons who are allegedly acting in active concert or participation, including resellers, by Overnight Mail.

IT IS FURTHER ORDERED, that Plaintiffs are not required to post a bond relating to the preliminary injunction.  Plaintiffs' Motion for Preliminary Injunction [ECF No. 14] is vacated and taken off-calendar

DATE: _____      _____
                                        UNITED STATES DISTRICT JUDGE
                                        HON. ANDRE BIROTTE JR.