John T. Wilson*
Texas Bar No. 24008284
Jennifer M. Rynell*
Texas Bar No. 24033025
eservice@wilsonlegalgroup.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
*Pro Hac Vice*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 310-858-5574
(F): 310-207-4180

**Attorneys for Defendant Dwayne Anthony Johnson
d/b/a AllAccessTV and Quality Restreams**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, <br><br> Defendants. | **Case No. 2:21-cv-09361-AB (MRWx)** <br><br> **DEFENDANT DWAYNE ANTHONY JOHNSON D/B/A ALLACCESSTV AND QUALITY RESTREAMS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br><br> Judge:         Hon. Andre Birotte Jr. <br><br> Action Filed: December 2, 2021 <br> Trial Date:    None Set |

Pursuant to Local Rule 7.1.1, Defendant Dwayne Anthony Johnson d/b/a AllAccessTV and Quality Restreams ("Defendant"), by and through undersigned counsel of record, hereby provides his Certification and Notice of Interested Parties.

1

The undersigned, counsel of record for Defendant certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

There are no known interested parties other than those participating in the case and those disclosed in Plaintiffs' Corporate Disclosure Statement and Notice of Interested Parties. (Dkt. No. 4).

DATED: March 18, 2022                    Respectfully submitted,

By: /s/ *John T. Wilson*
John T. Wilson*
Texas Bar No. 24008284
Jennifer M. Rynell*
Texas Bar No. 24033025
eservice@wilsonlegalgroup.com
**WILSON WHITAKER RYNELL**
Wilson Legal Group P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088
**Pro Hac Vice*

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
**LAW OFFICES OF GLENN T. LITWAK**
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 310-858-5574
(F): 310-207-4180

**ATTORNEYS FOR DEFENDANT**