ELIZABETH A. MCNAMARA (*Pro Hac Vice*)
  lizmcnamara@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Fax: (212) 489-8340

SEAN M. SULLIVAN (CA State Bar No. 229104)
  seansullivan@dwt.com
SAMANTHA LACHMAN (CA State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and SCREEN GEMS, INC., | Case No. **2:21-cv-09361-AB (MRWx)** <br><br> **JOINT STIPULATION TO CONTINUE CASE SCHEDULE** <br><br> Action Filed:  December 2, 2021 <br> Trial Date:  May 12, 2023 |
| Plaintiffs, | |
| vs. | |
| DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, | |
| Defendants. | |

## **STIPULATION**

Plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc. (collectively, "Plaintiffs") and Defendant Dwayne Anthony Johnson d/b/a ALLACCESSTV and Quality Restreams ("Defendant") (together, the "Parties"), by and through their respective counsel of record, enter into this Stipulation with respect to the following facts:

1.    On May 24, 2022, the Court issued a Scheduling Order governing this case (Doc. 52).

2.    The Parties have not previously requested, nor has the Court granted an extension or continuation of the dates set forth in the Court's Scheduling Order.

3.    Since entry of the Court's Scheduling Order, the Parties have exchanged documents and information, while also amicably discussing a potential resolution to the matter.

4.    The Parties believe they are close to a potential resolution, but require additional time to complete their discussions and memorialize any potential resolution.

5.    The Parties have agreed, subject to the Court's approval, to extend all deadlines in this matter by approximately 30 days to allow the Parties time to continue settlement discussions.

**NOW, THEREFORE,** the Parties respectfully request the Court enter the accompanying proposed Order amending the currently scheduled dates and briefing schedules as follows:

JOINT STIPULATION TO CONTINUE CASE SCHEDULE
4882-9944-0942v.3 0067328-000025

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Last Date to Hear Motion to Amend Pleadings/Add Parties [Fridays] | September 30, 2022 | October 28, 2022 |
| Non-Expert Discovery Cut-Off | October 21, 2022 | November 21, 2022 |
| Expert Disclosure (Initial) | October 21, 2022 | November 21, 2022 |
| Expert Disclosure (Rebuttal) | November 18, 2022 | December 18, 2023 |
| Expert Discovery Cut-Off | December 12, 2022 | January 11, 2023 |
| Last Date to Hear Motions [Fridays] | February 17, 2023 | March 17, 2023 |
| Deadline to Complete Settlement Conference | March 3, 2023 | April 3, 2023 |
| Trial Filings (first round) | April 21, 2023 | May 19, 2023 |
| Trial Filings (second round) | April 28, 2023 | May 26, 2023 |
| Final Pre-Trial Conference, hearing on Motions in Limine [Fridays] | May 12, 2023 | June 9, 2023 |
| Trial | May 30, 2023 | June 27, 2023 |

JOINT STIPULATION TO CONTINUE CASE SCHEDULE
4882-9944-0942v.3 0067328-000025

IT IS SO STIPULATED.

DATED: September 8, 2022        DAVIS WRIGHT TREMAINE LLP

By: */s/* Sean M. Sullivan
               Sean M. Sullivan

Elizabeth A. McNamara
Sean M. Sullivan
Samantha Lachman
DAVIS WRIGHT TREMAINE LLP

Attorneys for Plaintiffs

DATED: September 8, 2022        WILSON LEGAL GROUP P.C.

By: */s/* Jennifer M. Rynell
               Jennifer M. Rynell

John T. Wilson (Texas Bar No. 24008284)
Jennifer M. Rynell (Texas Bar No. 24033025)
eservice@wilsonlegalgroup.com
WILSON LEGAL GROUP P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
LAW OFFICES OF GLENN T. LITWAK
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 310-858-5574
(F): 310-207-4180

Attorneys for Defendant

JOINT STIPULATION TO CONTINUE CASE SCHEDULE
4882-9944-0942v.3 0067328-000025

**L.R. 5-4.3.4 Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 8, 2022

DAVIS WRIGHT TREMAINE LLP

By: */s/* Sean M. Sullivan
           Sean M. Sullivan

Elizabeth A. McNamara
Sean M. Sullivan
Samantha Lachman
DAVIS WRIGHT TREMAINE LLP

Attorneys for Plaintiffs

JOINT STIPULATION TO CONTINUE CASE SCHEDULE
4882-9944-0942v.3 0067328-000025