# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and, SCREEN GEMS, INC.<br><br>     Plaintiffs,<br><br> vs.<br><br>DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20,<br><br>     Defendants. | Case No. 2:21-cv-09361-AB (MRWx)<br><br>[~~*PROPOSED*~~] ORDER RE: JOINT STIPULATION TO CONTINUE CASE SCHEDULE<br><br>Action Filed: December 2, 2021<br>Trial Date: May 12, 2023 |

# ORDER

The Court having received and considered the Parties' Stipulation to Continue the Case Schedule, and for good cause shown:

**IT IS HEREBY ORDERED** that the following dates in the Court's Scheduling Order (Doc. 52) be and hereby are extended as follows:

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Last Date to Hear Motion to Amend Pleadings/Add Parties [Fridays] | September 30, 2022 | October 28, 2022 |
| Non-Expert Discovery Cut-Off | October 21, 2022 | November 21, 2022 |
| Expert Disclosure (Initial) | October 21, 2022 | November 21, 2022 |
| Expert Disclosure (Rebuttal) | November 18, 2022 | December 18, 2023 |
| Expert Discovery Cut-Off | December 12, 2022 | January 11, 2023 |
| Last Date to Hear Motions [Fridays] | February 17, 2023 | March 17, 2023 |
| Deadline to Complete Settlement Conference | March 3, 2023 | April 3, 2023 |
| Trial Filings (first round) | April 21, 2023 | May 19, 2023 |
| Trial Filings (second round) | April 28, 2023 | May 26, 2023 |
| Final Pre-Trial Conference, hearing on Motions in Limine [Fridays] | May 12, 2023 | June 9, 2023 at 11:00 a.m. |
| Trial | May 30, 2023 | June 27, 2023 at 8:30 a.m. |

DATE:  September 12, 2022        _____
                                 UNITED STATES DISTRICT JUDGE

2

HON. ANDRÉ BIROTTE JR.