ELIZABETH A. MCNAMARA (*Pro Hac Vice*)
  lizmcnamara@dwt.com
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 603-6437
Fax: (212) 489-8340

SEAN M. SULLIVAN (CA State Bar No. 229104)
  seansullivan@dwt.com
SAMANTHA LACHMAN (CA State Bar No. 331969)
  samlachman@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and SCREEN GEMS, INC., | Case No. **2:21-cv-09361-AB (MRWx)** <br><br> **JOINT STIPULATION TO CONTINUE CASE SCHEDULE** <br><br> Action Filed:  December 2, 2021 <br> Trial Date:  June 27, 2023 |
| Plaintiffs, | |
| vs. | |
| DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, | |
| Defendants. | |

## **STIPULATION**

Plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc. (collectively, "Plaintiffs") and Defendant Dwayne Anthony Johnson d/b/a ALLACCESSTV and Quality Restreams ("Defendant") (together, the "Parties"), by and through their respective counsel of record, enter into this Stipulation with respect to the following facts:

1.     On May 24, 2022, the Court issued a Scheduling Order governing this case (Doc. 52).

2.     On September 8, 2022, the Parties submitted a stipulation to modify the Scheduling Order based on the Parties statement that they believed they were close to a potential resolution, seeking to extend all deadlines in the matter by approximately 30 days (Doc. 53).  On September 12, 2022, the Court entered an Order extending the case deadlines in the matter, pursuant to the Parties' request (Doc. 54).

3.     Since entry of the Court's September 12 Order, the Parties have engaged in numerous additional conferences regarding a potential resolution to the matter and have exchanged further documents and information, including drafts of documents memorializing any such resolution.

4.     While the Parties have made substantial progress toward a resolution, the Parties require additional time to finalize their discussions and the documents necessary to memorialize any potential resolution.

5.     Accordingly, the Parties have agreed, subject to the Court's approval, to extend all deadlines in this matter by an additional period of approximately 30

days to allow the Parties time to finalize their discussions and finalize the documents necessary to memorialize any resolution.

**NOW, THEREFORE,** the Parties respectfully request the Court enter the accompanying proposed Order amending the currently scheduled dates and briefing schedules as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | November 21, 2022 | December 21, 2022 |
| Expert Disclosure (Initial) | November 21, 2022 | December 21, 2022 |
| Expert Disclosure (Rebuttal) | December 18, 2022[1] | January 17, 2023 |
| Expert Discovery Cut-Off | January 11, 2023 | February 10, 2023 |
| Last Date to Hear Motions [Fridays] | March 17, 2023 | April 17, 2023 |
| Deadline to Complete Settlement Conference | April 3, 2023 | May 3, 2023 |
| Trial Filings (first round) | May 19, 2023 | June 19, 2023 |
| Trial Filings (second round) | May 26, 2023 | June 26, 2023 |
| Final Pre-Trial Conference, hearing on Motions in Limine [Fridays] | June 9, 2023 | July 7, 2023 |
| Trial | June 27, 2023 | July 25, 2023 |

---

[1] The Parties in their first stipulation inadvertently inserted 2023 as the year for this entry in their Proposed Order, which the Court adopted into its final Order.  The Parties believe the appropriate year should be 2022 and have made this change in this stipulation and in the concurrently submitted Proposed Order.

JOINT STIPULATION TO CONTINUE CASE SCHEDULE
4880-3236-9469v.1 0067328-000025

1    IT IS SO STIPULATED.

2

3    DATED: November 8, 2022          DAVIS WRIGHT TREMAINE LLP

4                                     By: */s/* Sean M. Sullivan

5                                            Sean M. Sullivan

6                                     Elizabeth A. McNamara
                                      Sean M. Sullivan
7                                     Samantha Lachman
                                      DAVIS WRIGHT TREMAINE LLP

8                                     Attorneys for Plaintiffs

9
     DATED: November 8, 2022          WILSON LEGAL GROUP P.C.
10
                                      By: */s/* Jennifer M. Rynell
11                                           Jennifer M. Rynell

12                                    John T. Wilson (Texas Bar No.
                                      24008284)
13                                    Jennifer M. Rynell (Texas Bar No.
                                      24033025)
14                                    eservice@wilsonlegalgroup.com
                                      WILSON LEGAL GROUP P.C.
15                                    16610 Dallas Parkway, Suite 1000
                                      Dallas, Texas 75248
16                                    (T) 972-248-8080
                                      (F) 972-248-8088
17
                                      Glenn T. Litwak (State Bar No. 91510)
18                                    glenn@glennlitwak.com
                                      LAW OFFICES OF GLENN T.
19                                    LITWAK
                                      201 Santa Monica Boulevard, Suite 300
20                                    Santa Monica, California 90401
                                      (T): 310-858-5574
21                                    (F): 310-207-4180

22                                    Attorneys for Defendant

23

24

25

26

27

28

                                     3

**L.R. 5-4.3.4 Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 8, 2022                   DAVIS WRIGHT TREMAINE LLP

By: */s/* Sean M. Sullivan
                                                           Sean M. Sullivan

Elizabeth A. McNamara
Sean M. Sullivan
Samantha Lachman
DAVIS WRIGHT TREMAINE LLP

Attorneys for Plaintiffs

4