**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and, SCREEN GEMS, INC.<br><br>          Plaintiffs,<br><br>     vs.<br><br>DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20,<br><br>          Defendants. | Case No. **2:21-cv-09361-AB (MRWx)**<br><br>[*PROPOSED*] **ORDER RE: JOINT STIPULATION TO CONTINUE CASE SCHEDULE**<br><br>Action Filed: December 2, 2021<br>Trial Date: June 27, 2023 |

# ORDER

The Court having received and considered the Parties' Stipulation to Continue the Case Schedule, and for good cause shown:

**IT IS HEREBY ORDERED** that the following dates in the Court's Order Re: Joint Stipulation to Continue Case Schedule (Doc. 54) be and hereby are extended as follows:

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Non-Expert Discovery Cut-Off | November 21, 2022 | December 21, 2022 |
| Expert Disclosure (Initial) | November 21, 2022 | December 21, 2022 |
| Expert Disclosure (Rebuttal) | December 18, 2022 | January 17, 2023 |
| Expert Discovery Cut-Off | January 11, 2023 | February 10, 2023 |
| Last Date to Hear Motions [Fridays] | March 17, 2023 | April 17, 2023 |
| Deadline to Complete Settlement Conference | April 3, 2023 | May 3, 2023 |
| Trial Filings (first round) | May 19, 2023 | June 19, 2023 |
| Trial Filings (second round) | May 26, 2023 | June 26, 2023 |
| Final Pre-Trial Conference, hearing on Motions in Limine [Fridays] | June 9, 2023 | July 7, 2023 |
| Trial | June 27, 2023 | July 25, 2023 |

DATE: _____    _____
UNITED STATES DISTRICT JUDGE
HON. ANDRE BIROTTE JR.