1
2
3
4
5
6
7

8            **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10                **WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and, SCREEN GEMS, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**Case No. 2:21-cv-09361-AB (MRWx)**

**[~~*PROPOSED*~~] ORDER RE: JOINT STIPULATION TO CONTINUE CASE SCHEDULE**

               Plaintiffs,

    vs.

DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20,

               Defendants.

26
27
28

## ORDER

The Court having received and considered the Parties' Stipulation to Continue the Case Schedule, and for good cause shown:

**IT IS HEREBY ORDERED** that the following dates in the Court's Order Re: Joint Stipulation to Continue Case Schedule (Doc. 54) be and hereby are extended as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | November 21, 2022 | December 21, 2022 |
| Expert Disclosure (Initial) | November 21, 2022 | December 21, 2022 |
| Expert Disclosure (Rebuttal) | December 18, 2022 | January 17, 2023 |
| Expert Discovery Cut-Off | January 11, 2023 | February 10, 2023 |
| Last Date to Hear Motions [Fridays] | March 17, 2023 | April 21, 2023 |
| Deadline to Complete Settlement Conference | April 3, 2023 | May 3, 2023 |
| Trial Filings (first round) | May 19, 2023 | June 16, 2023 |
| Trial Filings (second round) | May 26, 2023 | June 23, 2023 |
| Final Pre-Trial Conference, hearing on Motions in Limine [Fridays] | June 9, 2023 | July 7, 2023 |
| Trial | June 27, 2023 | July 25, 2023 |

DATE: November 10, 2022

_____

UNITED STATES DISTRICT JUDGE
HON. ANDRÉ BIROTTE JR.