1 | ELIZABETH A. MCNAMARA (*Pro Hac Vice*)
  | lizmcnamara@dwt.com
2 | DAVIS WRIGHT TREMAINE LLP
  | 1251 Avenue of the Americas, 21st Floor
3 | New York, New York 10020
  | Telephone: (212) 603-6437
4 | Fax: (212) 489-8340

5 | SEAN M. SULLIVAN (CA State Bar No. 229104)
  | seansullivan@dwt.com
6 | SAMANTHA LACHMAN (CA State Bar No. 331969)
  | samlachman@dwt.com
7 | DAVIS WRIGHT TREMAINE LLP
  | 865 South Figueroa Street, 24th Floor
8 | Los Angeles, California 90017-2566
  | Telephone: (213) 633-6800
9 | Fax: (213) 633-6899

10 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and SCREEN GEMS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20, <br><br> Defendants. | Case No. **2:21-cv-09361-AB (MRWx)** <br><br> **STIPULATION REGARDING [PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION** <br><br> Judge: Hon. Andre Birotte Jr. <br><br> Action Filed: December 2, 2021 <br> Trial Date: July 25, 2023 |

**STIPULATION**

WHEREAS, on December 2, 2021, Plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc. (collectively, "Plaintiffs") brought this action alleging copyright infringement against Dwayne Anthony Johnson d/b/a AllAccessTV and Quality Restreams ("Defendant") (Plaintiffs and Defendant are referred as "Party" or "Parties."), and DOES 1-20;

WHEREAS, the Parties have reached an agreement to resolve this action, the full terms and conditions of which are set forth in the Parties' "Settlement Agreement," dated as of March 16, 2023.

WHEREAS, the Settlement Agreement is conditioned upon entry by the Court of a Stipulated Judgment and Permanent Injunction, each in the form set forth, respectively, in Exhibit 1 and Exhibit 2 hereto.

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate:

1. To the entry of the [Proposed] Stipulated Judgment and [Proposed] Permanent Injunction.

2. Defendant irrevocably and fully waives any and all right to appeal the Stipulated Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

///

**IT IS SO STIPULATED.**

DATED: March 22, 2023          DAVIS WRIGHT TREMAINE LLP

By:     /S/ Sean M. Sullivan
              Sean M. Sullivan

Elizabeth A. McNamara
Sean M. Sullivan
Samantha Lachman
DAVIS WRIGHT TREMAINE LLP

Attorneys for Plaintiffs

DATED: March 22, 2023          WILSON LEGAL GROUP P.C.

By:     /S/ Jennifer M. Rynell
              Jennifer M. Rynell

John T. Wilson (Texas Bar No. 24008284)
Jennifer M. Rynell (Texas Bar No. 24033025)
eservice@wilsonlegalgroup.com
WILSON LEGAL GROUP P.C.
16610 Dallas Parkway, Suite 1000
Dallas, Texas 75248
(T) 972-248-8080
(F) 972-248-8088

Glenn T. Litwak (State Bar No. 91510)
glenn@glennlitwak.com
LAW OFFICES OF GLENN T. LITWAK
201 Santa Monica Boulevard, Suite 300
Santa Monica, California 90401
(T): 310-858-5574
(F): 310-207-4180

Attorneys for Defendant

**L.R. 5-4.3.4 Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed on this document, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 22, 2023                    DAVIS WRIGHT TREMAINE LLP

By: /S/ Sean M. Sullivan
    Sean M. Sullivan

Elizabeth A. McNamara
Sean M. Sullivan
Samantha Lachman
DAVIS WRIGHT TREMAINE LLP

Attorneys for Plaintiff

3