# EXHIBIT 1

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and, SCREEN GEMS, INC.<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20,<br><br>　　　　　　Defendants. | Case No.  2:21-cv-09361-AB (MRWx)<br><br>**[PROPOSED] JUDGMENT**<br><br>Judge:　　Hon. Andre Birotte Jr.<br>Courtroom: 7B<br><br>Action Filed: December 2, 2021<br>Trial Date: July 25, 2023 |

# [PROPOSED] JUDGMENT

Plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc. (collectively "Plaintiffs") brought this action against Dwayne Anthony Johnson d/b/a ALLACCESSTV and Quality Restreams ("Defendant") on December 2, 2021.

Plaintiffs and Defendant have stipulated to judgment and a permanent injunction.

IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

[1] Judgment is entered for Plaintiffs and against Defendant for infringement of the Copyrighted Works.

[2] Damages are awarded in favor of Plaintiffs and against Defendant, in the total amount of thirty million dollars ($30 million).

[3] A Permanent Injunction is entered against Defendant by separate Order.

[4] All claims and defenses in this action are hereby resolved by this Stipulated Judgment and the Permanent Injunction.

[5] The Parties will bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATE: _____       _____
                              UNITED STATES DISTRICT JUDGE
                              HON. ANDRE BIROTTE JR.