**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CITY STUDIOS LLC; UNIVERSAL TELEVISION LLC; UNIVERSAL CONTENT PRODUCTIONS LLC; DREAMWORKS ANIMATION LLC; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; AMAZON CONTENT SERVICES LLC; APPLE VIDEO PROGRAMMING LLC; WARNER BROS. ENTERTAINMENT INC.; NETFLIX US, LLC; COLUMBIA PICTURES INDUSTRIES, INC.; and, SCREEN GEMS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>DWAYNE ANTHONY JOHNSON d/b/a ALLACCESSTV and QUALITY RESTREAMS; and DOES 1-20,<br><br>Defendants. | Case No. 2:21-cv-09361-AB (MRWx)<br><br>[~~PROPOSED~~] PERMANENT INJUNCTION |

**[PROPOSED] PERMANENT INJUNCTION**

Plaintiffs Universal City Studios Productions LLLP, Universal City Studios LLC, Universal Television LLC, Universal Content Productions LLC, DreamWorks Animation LLC, Disney Enterprises, Inc., Paramount Pictures Corporation, Amazon Content Services LLC, Apple Video Programming LLC, Warner Bros. Entertainment Inc., Netflix US, LLC, Columbia Pictures Industries, Inc., and Screen Gems, Inc. (collectively "Plaintiffs") Dwayne Anthony Johnson d/b/a ALLACCESSTV ("AATV") and Quality Restreams (collectively "Defendant") have agreed to a Permanent Injunction against Defendant, and such other persons or entities who were or are in active concert or participation with Defendant (collectively, the "Enjoined Parties").

Defendant is hereby RESTRAINED and ENJOINED as follows:

1. The following definitions shall apply:

    (a) "AATV and Quality Restreams services" shall refer to the unauthorized dissemination (including without limitation by means of transmitting performances by internet streaming) of copyrighted content to internet users (whether directly or indirectly through third parties acting at an Enjoined Party's direction or in concert with an Enjoined Party), for streaming, copying, recording, storing, or any other use of such content, as well as all related hardware, software, middleware or services \ ever marketed, promoted, sold, delivered, supported and/or utilized for such unauthorized dissemination.

    (b) "Copyrighted Works" shall mean all copyrighted works (and any portions thereof) in which any Plaintiffs (or parent, subsidiary, or affiliate of any Plaintiff) owns or controls an exclusive right under the Copyright Act, 17 U.S.C. §§ 101 et seq.

2. The Enjoined Parties:

    (a) Shall be permanently restrained and enjoined from infringing or causing any other person to infringe, by any means, directly or indirectly, any

exclusive rights under the Copyright Act in the Copyrighted Works.

     (b) Shall be permanently restrained and enjoined from operating or causing any other person to operate the AATV and Quality Restreams services.

     (c) Shall be further enjoined from operating or causing any other person to operate any website, system, software, or service that is substantially similar to the AATV and Quality Restreams services.

     (d) Shall not directly or indirectly take any steps to release publicly, distribute, transfer, or give any source code, object code, other technology, domain names, trademarks, brands, assets or goodwill in any way related to the AATV and Quality Restreams services.

3. Defendant irrevocably and fully waives notice of entry of the Permanent Injunction, and understands and agrees that violation of the Permanent Injunction will expose Defendant to all penalties provided by law, including contempt of Court.

4. Defendant will give notice of this Permanent Injunction to any such other persons or entities who were or are allegedly in active concert or participation in AATV and Quality Restreams services.

5. Defendant consents to the continuing jurisdiction of the Court for purposes of enforcement of the Permanent Injunction, and irrevocably and fully waives and relinquishes any argument by Defendant that venue or jurisdiction by this Court is improper or inconvenient. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing the final Judgment and Permanent Injunction.

**IT IS SO ORDERED.**

DATE: March 24, 2023

_____
UNITED STATES DISTRICT JUDGE
HON. ANDRÉ BIROTTE JR.